# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 17, 2005

To: United States Court of Appeals    Attn: (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                    ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103     ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:          CV 00-00765SPK-LEK     Appeal No:    03-15687

Short Title:     GAUDIN VS. REMIS

Clerk's Files in    __4__    volumes (✓) original ( ) certified copy

Bulky docs    _____    volumes (folders) docket #

Reporter's Transcripts    __2__    volumes (✓) original ( ) certified copy
12/8/00, 1/10/03

Exhibits    _____    volumes ( ) under seal

_____    boxes ( ) under seal

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 20 2006
DISTRICT OF HAWAII

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _[signature]_     Date: 04·20·06

cc: all counsel