# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/06/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 00-00765SPK-LEK

CASE NAME: Catherine Jane Von Kennel Gaudin vs. John R. Remis, Jr.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 07/06/2006                    TIME:

COURT ACTION: **EO: Court Order:**

This matter is set for evidentiary hearing on October 24, 2006 at 10:00 a.m. before Judge Samuel P. King. Each party is to file its proposed findings of fact and conclusions of law by October 10, 2006. By October 17, 2006, the parties shall file and provide the court and opposing counsel with a declaration setting forth the direct testimony of any witnesses that party intends to call to testify at trial. The declaration shall be in lieu of live direct testimony. The witness shall be available at the hearing for live cross-examination unless opposition counsel stipulates that no cross-examination is requested. An out-of-state witness, if any, may appear for cross-examination by telephone or video with leave of court. By October 17, 2006, the parties shall file and provide the court and opposition counsel with their trial briefs and exhibits.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager