# Life's GREATEST Decision

In the beginning God created Adam and Eve and gave them His Garden of Eden. They knew nothing about sin. God visited them in the cool of the day and they enjoyed sweet fellowship with their Creator. God only made one restriction. "And the LORD God commanded the man, saying, Of every tree of the garden thou mayest freely eat: But of the tree of the knowledge of good and evil, thou shalt not eat of it: for in the day that thou eatest thereof thou shalt surely die." Gen. 2:16,17

Jesus said, "...I am the way, the truth, and the life: no man cometh unto the Father, but by me." Jn. 14:6

"...the gift of God is eternal life through Jesus Christ our Lord." Rom. 6:23

My friend, if you reject God's gift of eternal life, not only will you remain separated from God now, but when you die without Christ you will be *eternally* separated from God in the flames of hell. Please, don't wait until it is too late.

**Have you made the right decision?** Even though you are not worthy of God's mercy, He wants to save you! Right now, will you pray to God, asking the Lord Jesus Christ to forgive you and give you eternal life?

"For whosoever shall call upon the name of the Lord shall be saved." Rom. 10:13

If you have trusted the Lord Jesus Christ as your Saviour, please write and let us know.

Name_____
Address_____
City _____ State ____ Zip _____
P.O.

*Handwritten note:*
My dearest Johnny
Happy Birthday
I am praying for
you and I love you.
Love, Mother ox
8/28/06  262-0131

EXHIBIT D

In spite of God's blessings, Adam and Eve disobeyed God and ate of the forbidden tree. That day they died spiritually. **"For the wages of sin is death..."** Rom. 6:23

Separated by their own choice from God, who loved them, they were driven out of the garden... and mankind has been separated from God ever since. **"Wherefore, as by one man sin entered into the world, and death by sin; and so death passed upon all men, for that all have sinned:"** Rom. 5:12

So you and I, like Adam, are sinners. We have not obeyed all of God's commandments. **"As it is written, There is none righteous, no, not one:"** Rom. 3:10 **"For all have sinned, and come short of the glory of God:"** Rom. 3:23

Some people think they can earn God's acceptance by doing good works, **"But we are all as an unclean thing, and all our righteousnesses are as filthy rags..."** Isa. 64:6  God says your good works are *not good* - in His sight. You are still a sinner separated from God!

My friend, there is a terrible penalty for sin. If you die in your sins, you will spend eternity in the flames of a burning hell! **"And whosoever was not found written in the book of life was cast into the lake of fire."** Rev. 20:15 **"And the smoke of their torment ascendeth up for ever and ever..."** Rev. 14:11

But the GOOD NEWS is that the Lord Jesus Christ has paid the full penalty for your sin. God has made a way for you to be reconciled to Him. **"But God commendeth his love toward us, in that, while we were yet sinners, Christ died for us."** Rom. 5:8

**"For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life."** Jn. 3:16

**"...he was wounded for our transgressions, he was bruised for our iniquities..."** Isa. 53:5

Because Jesus shed His precious blood for all of your sins, God will free you from the guilt, the power, and the penalty of sin, if you will only **"repent...and believe the gospel."** Mk.1:15 The Apostle Paul preached to all, **"...that they should repent and turn to God..."** Acts 26:20

The *gospel* is **"that Christ died for our sins according to the scriptures; And that he was buried, and that he rose again the third day..."**
  1 Cor. 15:3,4

**"...Believe on the Lord Jesus Christ, and thou shalt be saved..."** Acts 16:31

Neither your family, baptism, church membership, nor good works can save you. **"For by grace are ye saved through faith; and that not of yourselves: it is the gift of God: Not of works, lest any man should boast."** Eph. 2:8,9