## First Steps for New Believers

Congratulations on your decision to trust Jesus Christ as your personal Savior. You are now God's child and He loves you unconditionally. Welcome to the family of God! As a brand new child of God, you need the following to help you begin to grow in Christ:

**You Need a Spiritual FAMILY - a Church Home.**

Find a good Church Family where you can grow in your faith. A good church will preach that the Bible is God's Word, Jesus is God's Son Who died for our sins and rose again, Salvation is entirely by God's grace through faith (from start to finish), genuine believers are eternally secure in Christ, Heaven and Hell are real, God exists as a Trinity of Father, Son, and Holy Spirit, and baptism is for believers and is by immersion.

Follow Christ's first command to new believers by being baptized by immersion as a picture of the death, burial, and resurrection of Christ.

**You Need Spiritual Food - The Bible**

Begin reading your Bible daily. (John, Romans, Mark, & Proverbs are great starting points)

**You Need a Spiritual Friend - Jesus**

Begin praying daily, confessing your failures, asking help for your needs, thanking, adoring and getting to know God, surrendering to Him daily and asking for His strength to live the Christian Life.

**ASSURANCE OF SALVATION**

The Bible tells us, *He that hath the Son hath life; and he that hath not the Son of God hath not life. These things have I written unto you that believe on the name of the Son of God; that ye may know that ye have eternal life and that ye may believe on the name of the Son of God.* (1 John 5:12-13)

According to these verses, if you have believed (trusted) Christ for salvation, you have (right now) ETERNAL life because you have the Son of God. Since there is no end to eternity you cannot lose this life. Knowing this also helps us continue to believe or trust Christ day by day.

Date I accepted Christ: ______________________

Person who Shared Christ with Me:

______________________________

## Your invitation to Koolau Baptist Church

Likelike Highway
Koolau
Baptist
Church
Keneke Street
Kahekili Highway
Kuukeo Street

45-633 Keneke St, Kaneohe, HI

Pastor John Goodale
Singles Pastor Dave McCarthy

Phone: 233-2900
Website: http://koolaubc.org

**SUNDAY**
9:45 AM Sunday School
10:30 AM Morning Worship
6:30 PM Evening Worship

**WEDNESDAY**
7:00 PM Patch the Pirate
7:00 PM Teen Time
7:00 PM Prayer Meeting & Midweek Service

If you accepted Christ through this Gospel Tract, we would love to hear from you!
To contact us or to order more copies of this tract:
Faith Bible Institute - a ministry of Rowland Road Baptist Church, 336 Rowland Road, Monroe, LA 71203
www.FaithBibleInstitute.com or RowlandRoadBaptist.com

Copyright Faith Bible Institute, 2002 All Rights Reserved

September 2005
Hello, Andreas
my sweetheart
I love you ox
Love mother ox
ox ox ox ox ox

**YOU CAN KNOW FOR SURE**

*These things have I written unto you that believe on the name of the Son of God; that ye may know that ye have eternal life, and that ye may believe on the name of the Son of God.*
1 John 5:13

EXHIBIT D

# Man's Greatest Misunderstanding

Good people go to Heaven and
Bad people go to Hell

## God's Truth

### We are all Going to Heaven by Being Good

**We are all sinners & cannot save ourselves.**

What then? are we better than they? No, in no wise: for...are all under sin; As it is written, There is none righteous, no, not one...There is none that doeth good, no, not one...there is no difference: For all have sinned and come short of the glory of God. Romans 3:9-10,12b,22b,23

All we like sheep have gone astray; we have turned every one to his own way... Isaiah 53:6a

We are either sinful or sinless and no one is sinless. Just as in any earthly court, it only takes one sin to be guilty before God.
James 2:10; Mt 5:48

**Salvation cannot be by our good works for we would break any set of commands God gave.**

...If there had been a law given which could have given life, verily righteousness should have been by the law. But the scripture hath concluded all under sin, that the promise by faith of Jesus Christ might be given to them that believe. Galatians 3:21-22

**Illustration**
Even in Eden when man was given the entire planet with just one tree/sin to avoid, man broke even that simple command.

**All men would therefore be lost unless God provided salvation freely by grace through faith.**

Therefore it is of faith, that it might be by grace...
Romans 4:16a

**God loves us and wants us in Heaven, but our sin separates us from God – so God has a Plan.**

For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life. John 3:16

### Christ Paid the Way to Heaven on the Cross

**We deserve to be punished for our own sins.**

"The wages of sin is death..." Romans 6:23

**Christ is our Savior Who Paid the Penalty of our Sin on the Cross.**

But God commendeth [proved] his love toward us, in that, while we were yet sinners, Christ died for us.
Romans 5:8

What did we owe? Death -Romans 6:23
What did Christ pay? Death -Romans 5:8

But He was wounded for our transgressions, He was bruised for our iniquities: the chastisement of our peace was upon Him; and with His stripes we are healed. All we like sheep have gone astray...and the LORD hath laid on Him the iniquity of us all...for the transgression of my people was He stricken...Thou shalt make His soul an offering for sin...for He shall bear their iniquities...and He bare the sin of many... Isaiah 53:5-6, 8, 10-12

**If we could get to Heaven by being good, Christ would have died for nothing.**

I do not frustrate the grace of God: for if righteousness come by [obeying] the law, then Christ is dead in vain. Galatians 2:21

**Illustration**
Any earthly judge who cast aside justice and did not punish a caught murderer, merely because of a personal relationship with the guilty, would be an unjust Judge. Even so God, as the holy Creator, Lawgiver, and Judge of mankind, could not justly set aside justice - simply because of His love for us. What He did was pronounce us guilty, sentence us to death, and then step down from Heaven, to become Man, and then satisfy justice by dying in our place. (Rom. 3:19; 1 Pete 3:18)

### Heaven is a Free Gift to be Accepted by Faith

...But the gift of God is eternal life through Jesus Christ our Lord. Romans 6:23b

**We receive this Free Gift By Asking and Believing.**

That if thou shalt confess with thy mouth the Lord Jesus, and shalt believe in thine heart that God hath raised Him from the dead, thou shalt be saved. For with the heart man believeth unto righteousness; and with the mouth confession is made unto salvation... For whosoever shall call upon the name of the Lord shall be saved.
Romans 10:9-10,13

Knowing that a man is not justified by the works of the law, but by the faith of Jesus Christ, even we have believed in Jesus Christ, that we might be justified by the faith of Christ, and not by the works of the law: for by the works of the law shall no flesh be justified. Gal. 2:16

**Will YOU Believe on Christ?**

Who hath believed our report? Isaiah 53:1a
...Believe on the Lord Jesus Christ, and thou shalt be saved... Acts 16:31

A – Admit you are a Sinner who cannot save yourself.
B – Believe on Christ as the Savior Who Died for you.
C – Call on the Lord Jesus and ask Him to Save you.

**We Must Trust Christ Alone.**

Jesus saith unto him, I am the way, the truth, and the life: no man cometh unto the Father, but by Me. John 14:6

Christ ALONE saves them, but without repentance (Lk 13:3) or without fully transferring their trust for salvation from themselves to Christ (Phil 3:4-9). We must trust Christ ALONE, not Christ and our own good works, religion, church membership, baptism or even a prayer.

**Sample Prayer**

Jesus, I know I am a sinner who deserves to be punished for my own sins in Hell, but I believe that You were punished in my place when You died for me and rose again. I know I can do nothing to save myself, so I now repent of my sins and trust in You alone as my Savior. Please forgive my sins, save my soul & give me a home in heaven. Come into my heart and take over my life, for I give it to you right now. Thank you for hearing & answering this prayer and for saving my soul. Amen.