## II. TWO BIRTHS ARE UNDER CONSIDERATION — Why The First a Reject?

John 6:63 "It is the Spirit that quickeneth; the flesh profiteth nothing: the words that I speak unto you, they are Spirit, and they are life."

Romans 8:8 "So then they that are in the flesh cannot please God."

Romans 7:18 "For I know that in me (that is, in my flesh,) dwelleth no good thing: for to will is present with me; but how to perform that which is good I find not."

1. **Nothing** Before experiencing the new birth all are unprofitable (Romans 3:12). If God's Son says the flesh profiteth nothing, then it profits nothing.

2. **Cannot please God** This means that, even though a person joined the church, was baptized, confirmed, paid his debts, he could not please God with his first fleshly birth. These statements, profiteth nothing, cannot please God, do not tell us what is wrong with this first birth or our first nature. However, there is another passage of Scripture that gives us a perfect portrait of this nature. It is easy to comprehend why a Holy God must reject this nature. Here it is in the next text of Scripture in Gal. 5:19-21.

## III. A PORTRAIT OF THIS FLESHLY NATURE (REPULSIVE).

Galatians 5:19 "Now the works of the flesh are manifest, which are these: adultery, fornication, uncleanness (impurity), lasciviousness (indecency), 20. Idolatry, witchcraft, hatred, variance (strife), emulations (jealousy), wrath, strife (divisions), seditions (factions), heresies, 21. Envyings, murders, drunkenness, revellings, and such like:.... they that do such things shall not inherit the kingdom of God."

**Paul draws a contrast,** Galatians 5:22,23 "But the fruit of the Spirit is love, joy, peace, longsuffering, gentleness, goodness, faith, meekness, temperance: against such there is no law."

All these evils Paul mentioned are in our everyday society. Here we have a catalog of seventeen evils in one cluster. This is the operation of the fleshly nature man was born with the first time. Jesus added other sins to this list in Mark 7:22, such as theft, covetousness (a love for money), blasphemy (using God's name in vain). Cursing received the death penalty in the Old Testament (Leviticus 24:23).

Why would a person blaspheme the God who made him? The answer is sin has made his first nature against God. "Because the carnal mind is enmity against God......" (Romans 8:7). This fleshly nature is an enemy of God (Colossians 1:21).

## IV. THE SINFUL FLESHLY NATURE ORIGINATED WITH ADAM.

Romans 5:19 — "For as by one man's disobedience many were made sinners, so by the obedience of one shall many be made righteous."

This verse covers the whole scope of redemption. The two federal-headships of the human race are under consideration, Adam and Christ.

1. **One man's disobedience** Because Adam ate of the forbidden fruit in the garden of Eden, he received not only the death penalty, but also a fallen, sinful nature. His first son, Cain, murdered his own brother, Abel. All inherited Adam's sinful nature. No one is born with a righteous nature. "There is none righteous, no, not one". (Romans 3:10). This describes man's condition under sin before experiencing the new birth (Romans 3:9). No one could live a righteous life with only a sinful nature.

2. **By the obedience of one** Christ was obedient unto death, even the death of the cross (Philippians 2:8). The moment God imparts the righteous nature, as a result of being born again (2 Peter 1:4), the blood of Christ removes all guilt of sin from our soul and conscience. "Unto him that loved us, and washed us from our sins in his own blood,.....". (Revelation 1:5).

Every one has a will of his own, which gives him the power of making a choice. If he rejects God's sacrifice through the death of His Son, he must pay his own sin debt. The sin debt is death, which leads us to our next point.

## V. THE PERSON WHO REJECTS THE ATONING SACRIFICE OF CHRIST EXPERIENCES THE WAGES OF SIN.

Romans 6:23— "For the wages of sin is death; but the gift of God is eternal life through Jesus Christ our Lord."

Revelation 20:14-15 — "And death and hell were cast into the lake of fire. This is the second death. And whosoever was not found written in the book of life was cast into the lake of fire."

1. **Wages of sin** Wages is something earned. Sin does pay its pay is death; "and sin, when it is finished, bringeth forth death." (James 1:15).

2. **"Death"** in the Bible implies separation from God. The first death is separation from God when the lost person dies. The second death is separation from God in the lake of fire.

3. **Lake of fire** To think of eternity in a lake of fire and brimstone with an asbestos physical body that would never be annihilated, but would burn forever, is more than our feeble minds can fathom. This is not for ten, a hundred, a thousand, a million, a billion or a trillion years, but for ever and ever. Hell is a place of no mercy. The rich man was denied a drop of water (Luke 16:24).

4. **Good news** The Lord is .... not willing that any should perish, but that all should come to repentance (2 Peter 3:9—1 Timothy 2:3-4).

## VI. SAVED BY FAITH, NOT OF WORKS.

Ephesians 2:8-9 – "For by grace are ye saved through faith; and that not of yourselves: it is the gift of God: Not of works, lest any man should boast."

1. **Saved through faith** Faith brings the soul in contact with God. Faith plays a vital part in obtaining salvation. See Romans 5:1; Hebrews 11:6.

The lost person must believe that Jesus is the Son of God (Acts 8:37), born of a virgin (Matthew 1:23), died on the cross for our sins (1 Corinthians 15:3), rose again the third day (1 Corinthians 15:4). The evidence—He was seen of Cephas, of the twelve, of 500 in one gathering (1 Corinthians 15:5-6). His resurrection is true prophetically (Psalm 16:10; Acts 2:27), historically (Acts 1:3-4), experimentally (2 Corinthians 5:17).

2. **Not of works** Something in man's nature desires to earn salvation. He supposes if he has a good religion, lives by the Golden Rule, does the best he can, these things help to attain heaven. There are two reasons good works do not help earn salvation. A person could not, with a fallen, fleshly, sinful nature, produce a good work to meet God's approval (Romans 8:8). Good works do not remove sin, only blood does-Hebrews 9:22. Good works follow salvation (Ephesians 2:10), but do not help attain it.

## VII. CHRIST PAID OUR SIN DEBT, DIED AS OUR SUBSTITUTE.

Romans 5:8—"But God commendeth his love toward us, in that, while we were yet sinners, Christ died for us."

1 Peter 3:18—"For Christ also hath once suffered for sins, the just for the unjust, that he might bring us to God, being put to death in the flesh, but quickened by the Spirit."

1. **The just for the unjust** The just One here is Christ. He is perfect. The unjust are the guilty ("and all the world may become guilty before God"—Romans 3:19). Jesus died as our Substitute, the innocent for the guilty. Fourteen indictments are brought against man in God's criminal court trial in Romans 3:9-19. The penalty is death.

Imagine yourself being found guilty in a criminal court. You get the death penalty. You are on Death Row, awaiting the day of execution. A friend goes to the Governor of the state to plead for your release. The Governor insists that the law is based upon justice, and the crime demands a payment. The innocent replies, "If there is no other alternative, I will die in his place." God saw us all guilty. Jesus volunteered to come and die in our place. Now we can be set free from the law of sin and death if we accept the pardon on his terms (Romans 8:2; John 8:36).

VIII. LEGALLY THIS SIN DEBT CANNOT BE CHARGED TO OUR ACCOUNT IF WE ACCEPT HIS SALVATION ON HIS TERMS. HIS TERMS ARE REPENTANCE & FAITH.

Acts 20:21—"Testifying both to the Jews, and also to the Greeks, repentance toward God, and faith toward our Lord Jesus Christ."

Luke 13:3—"I tell you, Nay: but, except ye repent, ye shall all likewise perish."

Acts 17:30—"And the times of this ignorance God winked at; but now commandeth all men every where to repent."

Repentance means the lost person must be willing to turn from his own personal ambitions in life and turn to God and His way of life as prescribed in the Scriptures. Repentance involves renouncing self and being willing to live for the Creator. It means our purpose in life is to honor Him. Sin makes every mortal man self-centered. Basically every sinner does just what he wants to, instead of doing what God wants him to do. "we have turned every one to his own way" (Isaiah 53:6).

Repentance is a turning from sin, which is God's enemy, with a desire to be God's friend. The person who repents and surrenders says, "Not my will, but thine be done."

A genuinely saving faith simply means, "I am a sinner, with a fallen, sinful nature. I am helpless and cannot save myself. Therefore I will put my trust in the Saviour who died for me on the cross. I will accept Him as my risen Lord." Then salvation is offered as a free gift.

IX. SALVATION IS OFFERED AS A FREE GIFT.

1. John 1:12, "But as many as received him, to them gave he power to become the sons of God, even to them that believe on his name."

2. Romans 10:9, "That if thou shalt confess with thy mouth the Lord Jesus, and shalt believe in thine heart that God hath raised him from the dead, thou shalt be saved."

As soon as you read this verse to your prospect, have them to bow their head and repeat this prayer, one sentence at a time.

SINNER'S PRAYER

Dear Lord, be merciful to me a sinner. I believe Jesus died for my sins on the Cross, And rose again the third day. I repent of my sins.
By faith I receive the Lord Jesus as my Savior. You promised to save me, and I believe You, because You are God and cannot lie.
I believe right now the Lord Jesus is my personal Savior, and all my sins are forgiven through His precious blood.
I thank You, dear Lord, for saving my soul, in Jesus' Name. Amen.

X. NEW CONVERT'S RESPONSIBILITY
- Be Identified with His Lord In Baptism Romans 6:4 "Therefore we are buried with him by baptism into death: that like as Christ was raised up from the dead by the glory of the Father, even so we also should walk in newness of life. Acts 8:36-37; 16:33.
- Attend the Lord's House Every Lord's Day Hebrews 10:25—"Not forsaking the assembling of ourselves together, as the manner of some is; but exhorting one another: and so much the more, as ye see the day approaching." Acts 20:7; 1 John 3:14.
- Tell Others What Great Things the Lord Hath Done. Mark 5:19 "Howbeit Jesus suffered him not, but saith unto him, Go home to thy friends, and tell them how great things the Lord hath done for thee, and hath had compassion on thee."
- Study to Meet His Lord's Approval. 2 Timothy 2:15. "Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth."

If the one who has just professed faith is unwilling to submit to the above instructions, it is most evident that he did not repent, that he does not love the Saviour, for He said, "If a man love me, he will keep my words". John 14:23. "And hereby we do know that we know him, if we keep his commandments. He that saith, I know him, and keepeth not his commandments, is a liar, and the truth is not in him." (1John 2:3-4). The person who hears the Word and does not do it is under a deception. "But be ye doers of the word, and not hearers only, deceiving your own selves" (James 1:22).

THE SOUL-WINNER'S
NEW TESTAMENT SALVATION

1. Joe, have you and Betty visited any church in this neighborhood? (Ordinarily the answer is yes.) This indicates you have a real interest in God, the Bible, and eternity.

2. Have you ever made a study of an experience in John 3 our Saviour referred to on the new birth — (If no).

3. Oh, you should do so, as it gives you a definite assurance and an inward security you will end up in heaven when this life is over.

4. Since life is so brief (James 4:14), so uncertain (206,000 die every 24 hours), and eternity is so long, would you mind if I read the statements our Lord gave on this subject?

I. THE NEW BIRTH IS THE KEY TO ETERNAL LIFE.

John 3:3 — "Jesus answered and said unto him, Verily, verily, I say unto thee, Except a man be born again, he cannot see the kingdom of God."
John 3:6 — "That which is born of the flesh is flesh; and that which is born of the Spirit is spirit."
John 3:7 — "Marvel not that I said unto thee, Ye must be born again."

1. **Born again** This means a birth from above. The new birth is not religion, church membership, baptism, confirmation, keeping the Ten Commandments, living by the Golden Rule or even living a good moral life. Nicodemus was a very religious man, according to man's standards, a good man, yet Jesus informed him unless he experienced a second birth he could not enter the kingdom of God. The new birth is not anything we do, but something God does for us.
One thing is positively sure, no one will enter the kingdom of God or make it to heaven unless he has the experience (John 3:5).

2. **Born of the flesh** Here we have two births under consideration: a fleshly, physical birth and a spiritual birth. The startling question is: Why was the first, fleshly birth rejected? We shall learn by comparing a spiritual truth with a spiritual truth