ORIGINAL

CHUNMAY CHANG #3302
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Tel. 808-536-2288
Fax 808-536-8807
Attorney for Respondent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 17 2006

at _11_ o'clock and _24_ min. _P_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, | ) | Civil No. 00-00765 SPK |
| | ) | |
| Petitioner, | ) | DECLARATION OF ANDREAS |
| | ) | WAILANI REMIS |
| v. | ) | |
| | ) | |
| JOHN R. REMIS, JR., | ) | |
| | ) | |
| Respondent. | ) | :Hearing Date: October 24, 2006 |
| | ) | Hearing Time: 10:00 AM |
| | ) | Judge: SAMUEL P. KING |

**DECLARATION OF ANDREAS WAILANI REMIS**

ANDREAS WAILANI REMIS hereby declares under penalty of perjury that the

following are true and correct:

1.  I am the son of Petitioner, Catherine Gaudin (hereinafter "Gaudin") and

Respondent, John R. Remis, Jr. I was born June 23, 1992 and am now 14 years old.

I make this Declaration as my direct testimony in the hearing to be conducted herein.

2.  This Declaration is based upon personal knowledge of the facts stated.

3.  I understand this case involves an international treaty called The Hague Convention

and that Gaudin is trying to have me and my brother, John Anolani Remis and me sent back to

Canada with her. I am writing this because I do not want to go back to my mother or Canada and

neither does my brother, John.

4.  In December 2000, I had to come to this Court with John and our Guardian Ad

Litem ("GAL") when Gaudin first tried to take us back to Canada. My brother and I were very afraid to go back to Canada with Gaudin. I remember being very scared about what was happening. I felt good that my father kept looking back at us. I remember Nitta, the GAL told us she would have Gaudin visit us in the hall but Gaudin didn't want to see us. It made me feel bad even though I was afraid of her. It felt very good when we found out we could stay with my father in Hawaii a few days later.

5.   I know that in 2001, the Hawaii Family Court also decided my brother and I could stay in Hawaii. We learned Gaudin moved to Kailua, Hawaii sometime in 2001. Even though she lived here, she has not called us at all since the beginning of 2001. About 2 years later, John and I felt this case was finally over when the Hawaii Supreme Court agreed we could stay with my father.

6.  Everything Gaudin was doing to try to take us away made my brother and I angry and scared. Before the Family Court case, Gaudin called the cops on my father several times and they came to our house at night while my Dad was making us salad. It really scared us. We also had to be interviewed by a police detective because of lies Gaudin said about my father. We were even video-taped. I also understand that this case is in federal court and Gaudin has been appealing to get my brother and me back to her.

7.  My brother and I do not ever want to live with Gaudin anywhere. All I remember is how bad she treated us. I hated to have to study the Bible all the time. We had to read psalms and memorize them in French and English. The Bible work was too much for John and it made him cry, breathe heavily and rock back and forth. I was afraid for John. We were dressed in weird clothes. We couldn't play with any friends unless they studied the Bible with us. We couldn't even eat lunch at school with classmates because Gaudin took us home. When my Dad would call on Saturdays, Gaudin wouldn't let us answer the phone. She never let us call him. She only let us call our Grandma twice the whole time we were in Canada. Gaudin constantly told us our Dad was Satan or a friend of Satan. This made my brother and I very angry and sad. Living with Gaudin was not a happy time. She had total control over us. She even threw out presents we received from relatives and friends. Gaudin would never let me laugh with my brother and always made me sleep with her and leave John alone. I was very angry that she did that. I can't think of going to live with her ever.

8. Now, Gaudin is still trying to have us live with her. I don't understand why she is doing this. She says she loves us when she sent Bible work to us for the past 6 years but I don't feel any love from her. She has never asked me how I feel in more than 6 years. I never received a birthday or Christmas card from her. Gaudin has never sent a gift to me or John. Gaudin doesn't act like any mother I know or just a person.

9. I understand that because John is16, the Hague Convention doesn't apply to him. However, it is very scary that she can still try to get me to go back to Canada with her. I want to say I do not want to go back with Gaudin at all. I want to stay in Hawaii with my Dad and John. The only thing Gaudin has sent us in the past 6 years are envelopes with Bible pamphlets with a tiny post-it note saying she loves us. I don't believe it. She thinks my father is the devil and we shouldn't be with him. I think there is something wrong with her. Gaudin preaches being a good Christian but she just talks bad about everyone, especially our Dad. I don't want to be with someone who hates my Dad so much.

10. Living with our Dad we know we are loved. Every morning Dad is in a good mood and says, "Good Morning Hawaii!" Dad takes care of breakfast and dinner for us every day. I like it when he asks us what we want for breakfast when we go to sleep. We always say "Nazdrovya" when we drink our orange juice and vitamins. John and I have our own room with our own computer and study desk which Dad built when we moved in. We are allowed to be together at night. We help around the house by washing and drying clothes and help Dad in his office when he asks. We get an allowance each week and Dad gives us extra money for good grades. John and I have a lot of friends and we are allowed to visit them and they can visit us. We get to speak to our Grandma every Sunday. This makes us feel great. John and I help each other with school work but he helps me more because he has already taken a lot of my

classes.

11.  I am now a freshman at Roosevelt High School.  I'm a wide-receiver for the junior varsity football team.  This spring I am going to join the track team to improve my running.  My Dad has been teaching me how to play different ball games for years.  My favorite is football and Dad throws passes to me almost every day, even when I have practice.  Dad picks us up and drops us off at school each day and got us cell phones to be able to coordinate our times.  Dad makes sure I keep a planner and get my homework done since sports take so much time.  I expect to get A's and B's this quarter.  I know how much my Dad cares about me every day.  I feel safe, secure and happy living with my brother and father.  I should not have to move back with my mother and stop living my dreams of making the NFL.

12.   Dad takes me to his gym on Sundays and I play basketball with John.  Then we do weight training with Dad.  This helps to build up for football.  After the gym we go to Waikiki and boogie-board.  Dad also throws the football to me and I get practice at catching wet footballs.  I do not want to stop my life by moving to Canada.

13.  I went back to Dr. Merez last week and told her my reasons for not wanting to go back to my mother. Although I miss having a mother, I don't miss my mother.   I believe I am old enough to choose to be with my Dad and brother and not be alone with Gaudin studying the Bible, not having any friends and not even being able to speak to my family.  No one should have to live like that.

FURTHER DECLARANT SAYETH NAUGHT.

DATED:  Honolulu, Hawaii, October 17, 2006.

ANDREAS WAILANI REMIS

4