CHUNMAY CHANG #3302
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Tel. 808-536-2288
Fax 808-536-8807
Attorney for Respondent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 17 2006

at 11 o'clock and 24 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN,         ) | Civil No. 00-00765 SPK |
| ) | |
| Petitioner,          ) | DECLARATION OF JOHN |
| ) | ANOLANI REMIS, IV |
| v.          ) | |
| ) | |
| JOHN R. REMIS, JR.,          ) | |
| ) | |
| Respondent.          ) | Hearing Date: October 24, 2006 |
| ) | Hearing Time: 10:00 AM |
| ) | Judge: SAMUEL P. KING |

### DECLARATION OF JOHN ANOLANI REMIS, IV

JOHN ANOLANI REMIS, IV, hereby declares under penalty of perjury that the following are true and correct:

1. I am the son of Petitioner, Catherine Gaudin (hereinafter "Gaudin") and Respondent, John R. Remis, Jr. I was born September 17, 1990 and am now 16 years old. I make this Declaration as my direct testimony in the hearing to be conducted herein.

2. This Declaration is based upon personal knowledge of the facts stated.

3. I understand this case involves an international treaty called The Hague Convention and that Gaudin has tried to have my brother, Andreas Wailani Remis and me sent back to Canada with her. I am writing this because I do not want to go back to my mother or Canada and neither does my brother, Andreas.

4. In December 2000, I had to come to this Court with Andreas and our Guardian Ad

1

Litem ("GAL") when Gaudin first tried to take us back to Canada. My brother and I were very afraid to go back to Canada with Gaudin. I remember being scared and that Gaudin did not even look at me or my brother in the court. I felt good that my father kept looking back at us. I remember Nitta, the GAL told us she would have Gaudin visit us in the hall but Gaudin didn't want to see us. It made me feel bad even though I was afraid of her. It felt very good when we found out we could stay with my father in Hawaii a few days later.

5. I know that in 2001, the Hawaii Family Court also decided my brother and I could stay in Hawaii. I didn't like the fact that Gaudin appealed that decision. We learned Gaudin moved to Kailua, Hawaii sometime in 2001. Even though she lived here, she has not called us at all since the beginning of 2001. About 2 years later, Andreas and I felt this case was finally over when the Hawaii Supreme Court agreed we could stay with my father.

6. Everything Gaudin was doing to try to take us away made my brother and I angry and scared. Before the Family Court case, Gaudin called the cops on my father several times and they came to our house at night while my Dad was making us salad. It really scared us. We also had to be interviewed by a police detective because of false things Gaudin said about my father. We were even video-taped. I also understand that this case is in federal court and Gaudin has been appealing to get my brother and I back to her.

7. My brother and I do not ever want to live with Gaudin anywhere. All I remember is how bad she treated us. The worst was we had to study the Bible all the time. We had to read psalms and memorize them in French and English. I wasn't even allowed to speak English at school. The Bible work was too much for me and it made me cry and breathe heavily because I just couldn't take it. We were dressed in weird clothes. We couldn't play with any friends unless they studied the Bible with us. We couldn't even eat lunch at school with classmates because Gaudin took us home. When my Dad would call on Saturdays, Gaudin wouldn't let us answer the phone. She never let us call him. She only let us call or Grandma only twice the whole time we were there. Gaudin constantly told us our Dad was Satan or a friend of Satan. This made my brother and I very angry and sad. Living with Gaudin was like being in a concentration camp. She had total control over us. She even threw out presents we received from relatives and friends. Gaudin would never let me laugh with my brother and always made me sleep alone. It was an awful experience. I cannot imagine going to live with her ever.

8. Now, Gaudin is still trying to have us live with her. I don't understand why she is doing this. She says she loves us when she sent Bible work to us for the past 6 years. I think love means you show someone you love them by asking how they feel, sending a birthday card, a Christmas card or gift. Gaudin has never done this since we moved back to Hawaii. To me, Gaudin is a strange person and acts nothing like a mother.

9. I understand that because I am 16 now, the Hague Convention no longer applies to me. However, I sadly understand that it still applies to my brother. I just want to say I know for an absolute fact that my brother wants to stay in Hawaii with me and our Dad. Andreas does not want to live with Gaudin in Canada or anywhere. To us, nothing has changed with Gaudin because all we have received from her are envelopes with Bible pamphlets. It seems to her everyone is a sinner and bad and needs salvation. We don't think so. Gaudin preaches being a good Christian but she just talks bad about everyone, especially our Dad. We don't want to be with someone who hates so much.

10. Living with our Dad we know we are loved. Every morning Dad is in a good mood and says, "Good Morning Hawaii!" Dad takes care of breakfast and dinner for us every day. I like it when he asks us what we want for breakfast when we go to sleep. Andreas and I sleep in our own room. We allowed to laugh in bed. We help around the house by washing and drying clothes and help Dad in his office when he asks. We get an allowance each week to save money for gifts. Andreas and I like visiting friends and having them over our house. We enjoy speaking to our Grandma every Sunday. Andreas and I help each other with school work. My "uncle" Paul got me a guitar and I have been learning to play and am happy to play for my Grandma and other people at parties. Gaudin only let us play religious songs.

11. Right now I am a junior at Roosevelt High School. I am a member of the varsity

3

cross-country and track teams which gives me the chance to have a lot of friends. My Dad has always taught my brother and me about different sports and plays them with us. Dad picks us up and drops us off at school each day and got us cell phones to be able to coordinate our times. Dad is always concerned about getting schoolwork done since sports take so much time. I am doing well at school and expect to get A's and B's this quarter. However, I did not do well in honors physics and my Dad encouraged me to change to theoretical physics this semester. I know how much my Dad cares about me every day. It feels safe and secure to be living here and we should not have to move to Canada where life was terrible.

12. Andreas is now a freshman at Roosevelt High School so we are even closer going to the same school. Andreas plays as a wide-receiver of the junior varsity football team. Andreas and I love football and play catch with Dad almost every day. Andreas and I help each other with homework almost every day. Andreas and I love to play basketball on Sundays and then go to the beach. We are happy together and very close to each other.

13. Because of the way Gaudin's treated my brother and me we had to go to a psychologist for about a year. It seems like it was a waste because Gaudin is still making me angry and sad.

14. I really object to going back to Canada and absolutely do not want to even see Gaudin. My brother should also absolutely stay in Hawaii with me and our Dad. Living with Gaudin would be the same as being a prison where we would be isolated and not allowed to do anything that Gaudin did not think was "righteous". Gaudin would just want us to study the Bible and become "good Christian soldiers". Gaudin has no idea who I am or anything about me as a person nor my brother. I'm sure my brother would run away rather than be subjected to Gaudin's religious fanaticism and hatred for my Dad. Gaudin has never tried to understand me

or my brother and has nothing to do with us. But, she now wants to have us return to Canada. This is very cruel.

FURTHER DECLARANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, October 17, 2006.

　　　　　　　　　　　　　　　　　　　　　　_/s/ John Anolani Remis IV_
　　　　　　　　　　　　　　　　　　　　　　JOHN ANOLANI REMIS, IV

---

DECLARATION OF JOHN ANOLANI REMIS, IV; GAUDIN V. REMIS, UNITED STATES DISTRICT COURT: DISTRICT OF HAWAII; CIVIL NO. 00-00765 SPK