CHUNMAY CHANG #3302
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Tel. 808-536-2288
Fax 808-536-8807
Attorney for Respondent

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 17 2006

at 11 o'clock and 24 min P
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, nka LYNCH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN R. REMIS, JR.,<br><br>　　　　Respondent. | Civil No. 00-00765 SPK<br><br>DECLARATION OF<br>JOHN R. REMIS, JR.;<br>EXHIBIT A<br>(certificate of service)<br><br>Hearing Date: October 24, 2006<br>Senior Judge: SAMUEL P. KING |

### DECLARATION OF JOHN R. REMIS, JR.

JOHN R. REMIS, JR., an attorney duly licensed to practice law in the State of Hawaii and before the United States District Court for the District of Hawaii, hereby declares under penalty of perjury that the following is true to the best of my knowledge:

1. Your Declarant received the original Declaration of Pamela Boyer Merez, Psy.D. dated October 13, 2006 which is attached hereto as Exhibit "A".

FURTHER DECLARANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, October 17, 2006

　　　　　　　　　　　　　　　　　　　　　JOHN R. REMIS, JR.