**Pamela Boyer Merez, Psy.D.**
1221 Kapiolani Blvd., Ste. 348
Honolulu, Hawaii 96814
(808) 596-2988

October 13, 2006                    ORIGINAL

RE: Civil No. 00-00765 SPK

To Whom It May Concern:

I hereby declare under penalty of perjury that the following are true and correct to the best of my knowledge and belief.

I saw John Remis IV (Date of Birth: 9/17/90) and Andreas Remis (Date of Birth: 6/23/92) in individual psychotherapy from 1/5/01 through 1/24/02. Treatment goals were to help both boys adjust to the changes in their lives and treat/alleviate symptoms of depression and anxiety that were associated with the circumstances that they endured while living with their mother in Canada. During the course of treatment, I found both boys to have a strong, supportive, and positive bond with each other, which greatly facilitated their treatment progress.

I saw Andreas again on 10/12/06. He is a happy and well-adjusted teenaged boy who is doing well in school, is actively involved in football, and has many friends. Andreas remains closely bonded with his brother John, who has been the only constant in his life. Developmentally, Andreas is at an age where enduring and supportive family relationships are critical for the task of becoming independent, developing behavioral and personal boundaries, and establishing an identity.

Given Andreas' close and enduring relationship with his brother and current developmental challenges, separating the boys would have a negative impact on Andreas' mental health, and would put him a great risk of psychological harm. In my opinion, there are no sufficient alternative remedial solutions for Andreas if he were to be separated from his brother at this time.

Andreas, at age 14, is a bright, articulate, and thoughtful boy who is of sufficient age and maturity to make decisions on his own.

Sincerely,

*Pamela Boyer Merez, Psy.D.*

Pamela Boyer Merez, Psy.D.
Hawaii Licensed Psychologist (License #PSY-528)

EXHIBIT A