## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on Paul A. Lynch, attorney for Petitioner by depositing same in an envelope with first class postage prepaid and addressed to the following:

>Paul A. Lynch
>Lynch Ichida Thompson & Kim
>First Hawaiian Tower
>1132 Bishop Street, Suite 1405
>Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, October 17, 2006.

>CHUNMAY CHANG
>Attorney for Respondent