# PAUL DAVID DEERING, Ph.D.

University of Hawaiʻi at Manoa
Department of Curriculum Studies
1776 University Ave.
Honolulu, HI 96822
(808) 956-9993  e-mail: deering@hawaii.edu
MLMED Web Page:
http://www.hawaii.edu/mlmed

635 Kaʻumaka Place
Honolulu, HI
96825
(808)392-9707

## PROFESSIONAL HISTORY

**2006- Present**   **Professor**
**1998-2006**       **Associate Professor**
**1993-98**         **Assistant Professor**
                    **Department of Curriculum and Instruction**
                    **College of Education**
                    **University of Hawaiʻi at Manoa**
                    1776 University Ave.  WA2-224
                    Honolulu, Hawaiʻi 96822
                    Responsibilities:  Coordinator/developer of M.Ed. in Curriculum Studies
                        with a Middle Level Emphasis (MLMED) Program – cohorts on Oʻahu
                        and Maui; Chair, Division of Secondary and Middle Level Education
                        (1998-99).  Graduate (M.Ed. and Ph.D.) and undergraduate teaching,
                        and advising of students in middle level, social studies, elementary and
                        secondary education, other areas of curriculum and instruction, and
                        educational research methods, particularly qualitative.  Conducting
                        research on school renewal, teaching, teacher education, middle level
                        education/early adolescence, multicultural education, social studies
                        education, educational policy.  Providing service to local, state,
                        national and international educational entities and communities.

**2001**            **Visiting Scholar**
                    **University of Sydney**
                    **School of Professional Studies**
                    Sydney, New South Wales, Australia
                    Symposia, lectures, consultation and collaboration at the University of
                        Sydney and other universities, K-12 school districts and schools in
                        Australia and New Zealand regarding middle grades education and
                        teacher education.

**1994- Present**   **Educational Consultant**
                    **Head & Heart Educational Innovations**
                    635 Kaʻumaka Place
                    Honolulu, HI  96825
                    Consultation and staff development regarding school renewal: middle level

Paul D. Deering, Ph.D.                                                                    Page 2

education; multicultural education; active, constructivist instructional approaches; authentic assessment; special education; collaborative learning; maintaining a positive learning environment; interdisciplinary curriculum; early adolescent development; equal access to learning; team-building; communication and advisory skills; social studies education; parent effectiveness.

**1992-93**          **Adjunct Assistant Professor/Research Associate**
                     **University of Colorado**
                     **School of Education**
                     Campus Box 249
                     Boulder, CO  80309
                     Responsibilities:  Project Director -- The Cooperative Reading Project, a collaborative intervention with teachers in an urban, bilingual elementary school to examine and improve upon small-group literacy instruction; funded by the James S. McDonnell Foundation.  Instructor -- Models of Effective Instruction, a required course in the M.Ed. Program.

**1987-92**          **Teaching Associate**
                     **University of Colorado**
                     **School of Education**
                     Responsibilities:  Instructor -- Oral Communication for Teachers; and Methods and Materials for Secondary Social Studies.  Supervision of Elementary and Secondary Student Teachers.

**1988-92**          **Research Assistant**
                     **University of Colorado**
                     **School of Education**
                     Projects/Responsibilities:  Design, administration and analysis of a survey of faculty regarding their international activities, for the Center for International Research and Educational Projects (1992).  Project design, data collection and analysis, and report writing with Michael S. Meloth -- Cooperative Learning Project; Addressing Science Misconceptions; Cooperative Reading Tasks (1988-92).  Background research and consultation on research methods text, with Margaret A. Eisenhart (1989).  Background research, test-writing, consultation for ninth grade civics text with James Davis (1988-89).

**1978-87**          **Teacher**
                     **Harding Middle School**
                     Lakewood Public Schools
                     Lakewood, OH    44107
                     Teacher of seventh and eighth grade Geography, American History, Social Studies, Gifted and Talented, and Outdoor Education.  Instructor and Program Developer of Gifted and Talented Program, 1980-87; Director/Program Developer of Wilderness Adventure Program -- program combining social studies, personal growth, team-building and

outdoor/adventure education, 1981-87; Co-Director of intramural sports, 1984-87; Staff member, 1978-87, and Co-Director, 1986-87, of Kelleys Island Outdoor School -- three-day outdoor education outing for seventh graders; designed summer school curriculum for eighth grade American History, 1984. Additional certifications: National Standard Wilderness Leadership Certification, Wilderness Education Association; Advanced First Aid and Emergency Care, American Red Cross; Circle-M Ski Mountaineering, National Ski Patrol Systems, Inc.

**1986**          **Instructor/Photographer**
                 **Wilderness Education Association**
                 **Driggs, ID**
                 Conduct training of wilderness/outdoor educators in facilitative leadership, group dynamics, program management, expedition leadership; Photograph field-based courses on wilderness search and rescue, Emergency Medical Technician certification, mountaineering, spelunking, kayaking.

**1985-87**     **Instructor/Visiting Instructor Program/Classroom Teacher Educator**
                 **Cleveland State University**
                 **College of Education**
                 2121 Euclid Ave.
                 Cleveland, Ohio 44115
                 Instructor: Social Studies Curriculum and Methods; Human Relations; 1985-87. Visiting Instructor Program clinical faculty member responsibilities: Teaching -- Curriculum and Instruction, Reading Foundations, Social Studies Curriculum and Methods, Human Relations; and Field Supervision of pre-service teachers; 1985-86. Classroom Teacher Educator: University-trained supervisor of pre-service teachers in student teaching and field internships; 1983-87.

**ACADEMIC HISTORY**
**Ph.D.**         **University of Colorado**
**1992**          **School of Education**
                 Campus Box 249
                 Boulder, CO 80309
                 Major area: Instruction and Curriculum
                 Minor areas: Social Context of Instruction; Anthropological Perspectives and Research Methods; Multicultural and Experiential Foundations; Spanish language.
                 Dissertation: An Ethnographic Study of Cooperative Learning in a Multiethnic, Working Class Middle School

**Student**       **International Spanish Institute of Ensenada**
**1989**          Ensenada, B.C., Mexico
                 Studied Spanish language and culture during the summer in an intensive

Paul D. Deering, Ph.D.                                                                    Page 4

instruction and immersion program.  Am functionally fluent.

**1986**
**Wilderness**        **Wilderness Education Association**
**Leader**            Driggs, ID
**Certification**     Certified to lead educational outings/expeditions in wilderness
                      environments; curriculum includes facilitative leadership, group
                      dynamics, outdoor curriculum design/delivery/assessment, minimum-
                      impact travel/camping, nutrition, food acquisition and preparation,
                      safety, first aid, evacuation, environmental/legal regulations, natural
                      history, mountaineering.

**M.Ed.**             **Cleveland State University**
**1984**              **College of Education**
                      2121 Euclid Ave.
                      Cleveland, Ohio  44115
                      Major areas:  Curriculum and Instruction/Emerging Adolescence
                      Minor areas:  Humanistic Education; Gifted and Talented; Outdoor
                      Education
                      Additional coursework at John Carroll University, Kent State University,
                      and the University of Akron.

**B.A.**              **Cleveland State University**
**1978**              **College of Arts and Sciences**
                      2121 Euclid Ave.
                      Cleveland, Ohio  44115
                      Major area:  Comprehensive Social Studies
                      Minor area:  Secondary Education


**AWARDS**
2004-07    Elected: Board of Trustees Representative for West Region, National Middle
           School Association; Westerville, OH.

2004       Fellowship Supervisor:  David Lang, Recipient of Queensland Fellowship for
           Educational Studies, Queensland, Australia.

2004       Fellowship Supervisor:  Anne Clennett, Recipient of Hardie Fellowship for
           Educational Studies, University of Tasmania, Australia.

2003       Nominee: Board of Trustees Representative for West Region, National Middle
           School Association; Westerville, OH.

2002-03    Nominee:  Excellence in Teaching Award; University of Hawai'i-Manoa.

2001       Visiting Scholar:  University of Sydney, School of Professional Studies

Paul D. Deering, Ph.D.                                                    Page 5

(Education), Stephen Crump, Head of School.

1999    Nominee: Board of Trustees Representative for West Region, National Middle
        School Association; Westerville, OH.

1997-98    Leadership Associate:  National Network for Educational Renewal Leadership
           Institute; John I. Goodlad, Director; Seattle, WA

1997-98    Nominee:  Excellence in Teaching Award; University of Hawai'i-Manoa.

1984    Instructor for Northwestern University's National Talent Search -- Summer
        enrichment program for gifted and talented adolescents.

1984-85    VIP: Visiting Instructor Program,  College of Education, Cleveland State
           University, Cleveland, Ohio.

1978    Student Teaching Certificate of Excellence:  College of Education, Cleveland State
        University, Cleveland, Ohio.

1972    Commencement Speaker, Cleveland Heights High School-- elected by graduating
        class of approximately 1000, Cleveland Heights, Ohio.


**GRANTS**

2003    $10,000:  Pearl City Highlands Intermediate School; Professional Development
        School Pre-Planning Grant, preliminary to grant application for $50,000
        per year for 5 years.

1999    $4650 (Not funded):  University of Hawai'i-Manoa, Educational Improvement
        Fund. Master of Secondary Education with a Middle Level Emphasis:
        MLMED Innovation Project.

1996    $4375:  Hawai'i School-University Partnership. "Program Evaluation:  Master of
        Secondary Education with a Middle Level Emphasis."

1996    $800:  University of Hawai'i-Manoa, Office of Faculty Development and
        Academic Services' Educational Improvement Fund.  "Professional
        Materials for Multicultural, Middle Level Teacher Education."

1996    $1,800:  Hawai'i School-University Partnership. Program Retreat:  Master of
        Secondary Education with a Middle Level Emphasis.

1995    $4,700 (Not funded):  University of Hawai'i-Manoa, College of Education
        Development Fund. "Symposia on Leadership in Middle Level School
        Renewal."

1995    $2,423 (Not funded):  University of Hawai'i-Manoa, University Research Council.

Paul D. Deering, Ph.D.                                                                    Page 6

                         "Research on Multicultural Middle Level Education Project."

1995        $87,310:  U.S. Department of Education-Title III Grant-Local Reform and Professional Development.  "Central Oahu District's Middle Level Education Project."  Consultant on writing of grant.

1994        $125,000 (Not funded):  Partners in Education-Apple Education Grants. "Middle School within a School"--computer hardware and software for instruction and teacher education.  Co-writer/applicant with Hawai'i Association of Middle Schools and Konawaena Intermediate School.

1992        $59,400:  James S. McDonnell Foundation Postdoctoral Research Fellowship in the Program for Cognitive Studies for Educational Practice.

1992        $2,000 IMPART Grant "Implementation of Multicultural Perspectives and Approaches in Research and Teaching, University of Colorado" for Cooperative Reading Project.

1987-91    $10,000 (total):  University of Colorado Doctoral Fellowships.

1990-92    $600 (total): Graduate School Dean's Small Grants, University of Colorado

1984-87    $400 (total):  Classroom Improvement Grants, Classroom Teacher Educator Program, Lakewood Public Schools, Lakewood, Ohio.

1982        $3000:  "Wilderness Adventure Program;" Grant to Teachers, Martha Holden Jennings Foundation, Cleveland, Ohio.


## BIBLIOGRAPHY
### Refereed Journal Articles

2006        Deering, P.D., Hilson, N., Kohler, M., Gallardo, R., Ahuna, R, Watanabe, C., Arakaki, J., Blaisdell, M., Kanetake, J., McGivern, H., Adair, M., Simpson, C., Kaneshiro, B., Guerrera, T. Collaborating with multicultural students and families, Hawai'i style. *New Horizons for Learning Online Journal, 12*(1): http://www.newhorizons.org/strategies/multicultural/deering_et_al.htm#a.

2005        Deering, P.D., with Kohler, M., Gallardo, R., Ahuna, R., Watanabe, C., Wong, R.L., Acoba, R., Leong, D., Rushton, M., Lee, W., Link, P., Nakano, J., Wong, C., Nippolt, J., Fernandez, M., Arakaki, J., Blaisdell, M., Kanetake, J., McGivern, H., Adair, M., & Ligsay, D.  It takes an 'ohana to educate young adolescents in a multilingual, multicultural society. <u>Middle School Journal, 37(2) 15-21</u>.

2003        Deering, P.D., with Perez, A., Wong, C., Leong, D., & Yap, J.  What's driving you crazy?  A question to drive collaborative, inquiry-based middle level school reform -- Public and separate middle grades schools. <u>Middle School Journal,</u>

Paul D. Deering, Ph.D.                                                                                  Page 7

34(5) 31-37.

2003    Deering, P.D., with Hipp, A., Imai, L., Kurashige, M., Reimer, T., Adair, M., McGivern, H., O'Brien, P., & Ota, C.  What's driving you crazy?  A question to drive collaborative, inquiry-based middle level school reform – Private and multi-level middle grades schools. Middle School Journal, 35(1) 46-51.

1999    Deering, P.D., & Lindstrom, B.G.  Empowering multicultural educators in a middle grades masters of education degree program.  National Forum of Teacher Education, 8, 36-42.

1999    Stephens, D.L., Zilliox, J.T., & Deering, P.D., with Omura, M.T., Tsuchiyama, Story, J.A.  Learners' perspectives on learning to teach.  National Forum of Teacher Education, 8, 28-35.

1999    Deering, P.D., & Lindstrom, B.G.  Empowering multicultural educators in a middle grades masters of education degree program.  National Forum of Applied Educational Research, 11, 36-42.

1999    Stephens, D.L., Zilliox, J.T., & Deering, P.D., with Omura, M.T., Tsuchiyama, Story, J.A.  Learners' perspectives on learning to teach.  National Forum of Applied Educational Research, 11, 29-35.

1998    Deering, P.D.  Making comprehensive inclusion of special needs students work in a middle school.  Middle School Journal, 29(3)12-19.

1996    Deering, P.D., An ethnographic study of norms of inclusion and cooperation in a multiethnic middle school.  Urban Review, 28, 21-39.

1994    Meloth, M.S., & Deering, P.D.  Task talk and task awareness under different cooperative learning conditions.  American Educational Research Journal, 31(1), 138-165.

1993    Deering, P.D., & Meloth, M.S.  A descriptive study of naturally occurring discussion in cooperative learning groups.  Journal of Classroom Interaction(28), 7-14.

1992    Meloth, M.S., & Deering, P.D.  The effects of two cooperative conditions on peer group discussions, reading comprehension, and metacognition.  Contemporary Educational Psychology, 17, 175-193.

1990    Deering, P.D.  "Hardley hegemony": Teachers and mystification.  Teaching, 2, 27-33.

1989    Deering, P., & Kraft, R.  Public school choice:  What choice for teachers? Teaching, 1, 22-31.

Paul D. Deering, Ph.D.                                                        Page 8

**Under Review**

Deering, P.D., & Ashford, A.N.  Is it ha'aha'a?:  Co-constructing professional empowerment with multicultural middle level educators.  Submitted for review for publication to the Journal of Teacher Education.

Deering, P.D.  Helping middle level educators to become leaders for change.  Submitted for review for publication to Research in Middle Level Education Quarterly.

Ashford, A.N. & Deering, P.D.  Professional portfolios as tools of empowerment for in-service educators. Submitted for review for publication to the Research in Middle Level Education Quarterly.

**In Preparation**

Deering, P.D. & Black, R.S.  Wreaking havoc on American public schools:  The real agenda of the "No Child Left Behind" Act. For  submission to Phi Delta Kappan.

Deering, P.D.  The federal government's 'No Child Left Behind Act': *Just say NO!*  For  submission to the Middle School Journal.

Deering, P.D.  Collaborating with multicultural educators in defining and constructing empowerment.   For submission to Action in Teacher Education.

Deering, P.D.  Who *is* Columbus?: Multicultural elementary teacher education students confront history and teaching.  For  submission to Action in Teacher Education.

Deering, P.D.  *Doing* middle level education with middle level educators:  It makes all the difference.  For  submission to the Middle School Journal.

**Chapters Published in Scholarly Volumes**

2005        Appropriate education versus high-stakes testing:  Early adolescents. Conference proceedings: Annual International Conference between the University of Hawai'i at Manoa and Bukkyo University--The Current State and Issues of Education in Japan and the USA.  October 20, 2005. Kyoto, Japan: Bukkyo University.

2005        Deering, P.D., & Black, R.S.  Comprehensive inclusion. Encyclopedia of middle grades education  (pp. 235-237).  P. G. Andrews & V.A. Anfara, Jr. (Editors). Greenwich, CT: Information Age.

2005        Black, R.S., & Deering, P.D.  Inclusion. Encyclopedia of middle grades education (pp. 233-235).  P. G. Andrews & V.A. Anfara, Jr. (Editors). Greenwich, CT: Information Age.

Paul D. Deering, Ph.D.                                                                Page 9

2003      Deering, P.D. Kimo's not-so-excellent day in intermediate school.   In P. G.
            Andrews and V.A. Anfara, Jr. (Editors). <u>Leaders for a movement:</u>
            <u>Professional preparation and development of middle level teachers and</u>
            <u>administrators</u>.  Greenwich, CT: Information Age.

2003      Deering, P.D., & DeBaryshe, B. Middle level teacher education questionnaire.   In
            P. G. Andrews and V.A. Anfara, Jr. (Editors). <u>Leaders for a movement:</u>
            <u>Professional preparation and development of middle level teachers and</u>
            <u>administrators</u>.  Greenwich, CT: Information Age.

2002      Deering, P.D. <u>Middle level education in Hawai'i:  A policy analysis</u>.  Honolulu,
            HI:  Hawai'i Institute for Educational Partnerships.

2000-01   Deering, P.D.  Comprehensive inclusion of special needs students in middle
            schools: Insights from an ethnographic study.  In, K.L. Freiberg <u>Educating</u>
            <u>exceptional children (12th Edition)</u> (pp. 208-215). Guilford, CT:
            Dushkin/McGraw-Hill.

2000      Deering, P.D. An ethnographic study of norms of inclusion and cooperation in a
            multiethnic middle school.  In, Johnson, R.B., & Christensen, L.B.
            <u>Educational research:  Quantitative and qualitative approaches</u> (pp. 476-490).
            Boston: Allyn and Bacon.

1999      Meloth, M.S., & Deering, P.D.  Teacher influences on cognitive processes during
            collaborative learning.  In A.M. O'Donnell and A. King (Eds.), <u>Cognitive</u>
            <u>perspectives on peer learning</u> (pp. 235-255). Mahwah, NJ: Lawrence Erlbaum.


**Articles in Other Periodicals**
2006      Deering, P.D.  Core curriculum would be bad for Hawai'i: One-size-fits-all
            education would raise dropout rate. Honolulu, HI:  <u>Honolulu Advertiser</u>, A-
            16; April 28.

2005      Deering, P.D., Apisa, S.A., & Black, R.S.  'No child' wreaking havoc on schools.
            Honolulu, HI:  <u>Honolulu Advertiser</u>, F1,4; May 8.

2003      Deering, P.D.  Middle level education in Hawai'i:  Exciting developments up
            north. <u>West Australian Journal of Middle Schooling</u>.

2002      Deering, P.D.  University of Hawai'i MLMED Cohort Three graduates & Cohort
            Four begins!   <u>The Chronicle of Middle Level Education Research, 2</u>, 5-6 --
            <u>Newsletter of the Middle Level Educational Research Special Interest Group</u>
            <u>of the American Educational Research Association</u>.

2001      Deering, P.D. Kia ora!  Intermediate schools in New Zealand.  <u>Ka Pu Olo Waena --</u>
            <u>Newsletter of the Hawai'i Association of Middle Schools, 12</u>(1), 2.

Paul D. Deering, Ph.D.                                                     Page 10

2000    Deering, P.D.  The University of Hawaiʻi Manoa Masters Degree in Secondary
        Education with a Middle Level Emphasis begins Cohort 3!  Ka Pu Olo Waena
        -- Newsletter of the Hawaiʻi Association of Middle Schools, 11(1), 2.

1998    Deering, P.D.  Promoting teacher leadership in middle level education in Hawaiʻi.
        Center Correspondent:  Center for Educational Renewal and the Institute for
        Educational Inquiry, 13, 11-15.

1998    Deering, P.D.  Early adolescents write and "talk" to parents on TV.  Ka Pu Olo
        Waena -- Newsletter of the Hawaiʻi Association of Middle Schools, 9(1), 1,3.

1997    Deering, P.D.  The Masters Degree in Secondary Education with a Middle Level
        Emphasis:  Transforming middle level education in Hawaiʻi.  Educational
        Perspectives, 31, 12-16.

1997    Deering, P.D.  The "MLMED" celebrates its first birthday.  Ka Pu Olo Waena --
        Newsletter of the Hawaiʻi Association of Middle Schools, 8(3), 2-4.

1996    Deering, P.D.  Fortunately...unfortunately:  Presidential address for the Hawaiʻi
        Association of Middle Schools Annual Conference, October, 18, 1996.  Ka Pu
        Olo Waena -- Newsletter of the Hawaiʻi Association of Middle Schools, 8(2),
        1-2.

1988    Bond, D., & Deering, P.D.  Two school bills target school quality.  Greeley
        Tribune, invited editorial, February, 14, p. A22.  Greeley, CO.


**Other Publications and Reports**

2004    Deering, P.D., & Clennett, A.  Everyone has a good attitude about everything:  A
        qualitative study of an extended-schedule day at Moanalua Middle School.
        Honolulu, HI:  Hawaiʻi Department of Education.

2001    Deering, P.D.  An analysis of the Hawaiʻi Department of Education Middle Level
        Education Policy.  Honolulu, HI:  Hawaiʻi Association of Middle Schools.

2000    Deering, P.D.  Middle level education in Hawaiʻi:  A policy analysis.  Honolulu,
        HI:  Hawaiʻi Association of Middle Schools.  Paper presented to Hawaiʻi
        Board of Education in support of state's proposed "Middle Level Education
        Policy" which was eventually adopted in 2001.

1997    Deering, P.D.  A survey study of students' experiences in and attitudes toward the
        University of Hawaiʻi at Manoa College of Education's "cohort" and
        "traditional" elementary teacher education approaches.  Honolulu, HI:
        Internal report to the College of Education, University of Hawaiʻi, Manoa.

1996    Deering, P.D., with DeBaryshe, B., Stone, T.G., Davidson, D., & Pateman, B.
        Portfolio assessment plan -- M.Ed. in secondary education with a middle level
        emphasis.  Honolulu, HI:  Department of Teacher Education and Curriculum

Paul D. Deering, Ph.D.                                                                     Page 11

Studies, University of Hawai'i, Manoa.

1995        Deering, P.D. & Hewett, K.  A survey study of students' experiences in and
            attitudes toward their elementary teacher education program: Comparison
            between the new "Cohort" and traditional "Pipeline" approaches.  Honolulu,
            HI: Internal report to the College of Education, University of Hawai'i,
            Manoa.

1995        Deering, P.D. & Port, A.  Proposal for a related area of middle level education
            within the master of education degree in secondary education.  Report of the
            Hawai'i School University Partnership Implementation Task Force for Middle
            Level Teacher Education.

1995        Hawai'i Department of Education, R. Toma, Chair.  In the middle level--
            Challenge, change, charge: A framework for middle level education in
            Hawai'i..  Honolulu, HI: Author. [substantial contribution to writing].

1994        Deering, P.D., & Stone, T.G.  Middle level education mean *success for all* early
            adolescents (a response to the Hawai'i Department of Education
            Superintendent's "Success Compact").  Honolulu, HI: Hawai'i Association of
            Middle Schools.

1993        Deering, P.D., with Meloth, M.S., & Sanders, A.B.  The cooperative reading
            project: Year-end report, June, 1993.  St. Louis, MO: Submitted to the James
            S. McDonnell Foundation's Program for Cognitive Studies in Educational
            Practice [Grant #92-25].

1992        Deering, P.D.  Final report: Center for International Research and Educational
            Projects -- Survey on the internationalization of the University of Colorado,
            Boulder.  Boulder, CO.

1984        Deering, P.D.  The wilderness adventure program.  Lakewood, OH: The
            Lakewood Public Schools.


**Other Media Dissemination/Involvement**

2006        Ka'iama, M. 'Olelo Public Television Station -- interview by Manu Ka'iama with
            P.D. Deering and M. Maaka regarding federal government's education policy
            and "No Child Left Behind Act."

2005        Mercado-Kim, D., & Hemmings, F. KHNR Radio Station – Morning interview &
            call-in show.  P.D. Deering and M. Maaka featured guests discussing federal
            government's education policy and "No Child Left Behind Act"; May 25,
            2005.

2003        Wilson, C. Students, teachers, parents seek right homework balance.  Honolulu
            Advertiser, A1,A18. Sunday, December, 28. Honolulu, HI. Quoted
            extensively in article on appropriate kinds and quantity of homework for

Paul D. Deering, Ph.D.                                                 Page 12

        students K-12[th] grades.

2003     Shinn, J.  Television interview by Joann Shin, News 8 reporter on middle level education, conducted at Moanalua Middle School.  November 22.

2002     Adair, M.  HAMS yields fruit at Maryknoll Middle and Hawai'i Baptist Academy. Ka Pu Olo Waena -- Newsletter of the Hawai'i Association of Middle Schools, 13(3), 2.  (article by MLMED student).

2002     Ashford, A.N.  Masters in middle level education:  Cohort Four is in the house!  Ka Pu Olo Waena -- Newsletter of the Hawai'i Association of Middle Schools, 13(3), 1.  (article about MLMED program).

2001     Nippolt, J.C.  Art, rejection, and the importance of connections. Middle Ground, 6(2) 43-46.  (article by MLMED student).

2001     "With sir, it's love." Wanganui Chronicle, D1,D6.  Article on staff development workshop conducted by Paul Deering with faculty of Rutherford Intermediate School regarding traits and educational needs of early adolescents.  Friday, January 26, 2001.  Wanganui, New Zealand.

2001     Alameida, C.  Skeletons in your classroom.  Science Scope, 25(2) 18-21.  (article by MLMED student).

2000     Infante Nii, E.  "Growing pangs of youth often interfere with reading." Honolulu Advertiser, D1,D6.  Sunday, May 21, 2000.  Honolulu, HI.  Article on sustaining early adolescents' interest in reading and school work; extensive consultation with reporter; numerous quotes in article.

2000     NEA Today.  Walk on water:  Sixth graders in Hawaii build a winning Web site-- and discover their own multiple intelligences. Retrieved October 1, 2002, from http://nea.org/neatoday/0003/bits.html  (article about MLMED student Wanda Harris).

1999     Television interview by Paul Udell, News Anchor on KITV--Channel 6 Morning News; with Hoku Kinzey and Katie Suyderhoud, 8th grade students, Maryknoll School.  September 27.  Honolulu, HI.  Focus on early adolescent education and development, Hawai'i Association of Middle Schools Annual Conference, Month of the Young Adolescent, upcoming 3rd cohort of the M.Ed. in Secondary Education with a Middle Level Emphasis.

1999     Deering, P.D.  SMiLE.  Honolulu Weekly, 9(40), 3.   A response to/update of E. Berzabal's "Back to Basics" article which described Secondary & Middle Level Education programs, which I chaired during 1998-99 school year. Honolulu, HI.

1999     Berzabal, E.  Back to basics:  The UH College of Education tries new tricks to improve teacher training.  Honolulu Weekly, 9(35), 1,6-8.  Honolulu, HI.

Paul D. Deering, Ph.D.                                                          Page 13

Extensive collaboration with author; article describes Secondary & Middle Level Education programs, which I chaired during 1998-99 school year.

1997-1999    Monthly live interviews by reporter Mary Zanakis on the KHON--Fox-2 Morning News regarding "Kids, Parents and Schools." Honolulu, HI. Issues include local and national initiatives in education, development and parenting; two interviews per session of approximately ten minutes each.

1999    Arma, P. Adolescence: A special time needs special care. Malamalama: The magazine of the university of Hawai'i system, 23(1) 8-10. Honolulu, HI. Extensive collaboration with author; several quotes in article.

1999    Kua, C. Parents at Noelani question new policy. Honolulu Star Bulletin, March 30. Honolulu, HI. Article regarding Board of Education hearing to consider proposed middle school policy; several quotes in article.

1999    Kua, C. The middle school solution. Honolulu Star Bulletin. February 10. Honolulu, HI. Front-page, 4-article feature on middle school movement locally and nationally; extensive collaboration with author; several quotes in article.

1998    Television interview by Paul Udell, News Anchor on KITV--Channel 6 Morning News; with Joan Lewis, Graduate, M.Ed. in Secondary Education with a Middle Level Emphasis/teacher, Nanakuli Intermediate School. "Developing Expert Middle Level Teachers." August 13. Honolulu, HI.

1998    Infante, E., Hoover, W., & Widener, J. Honolulu Advertiser. February 22-24. Honolulu, HI. "Danger Zone" 3-part, front-page series on early adolescents after school; extensive consultation with authors; numerous quotes in articles.

1994    Hawai'i Public Television---KHET. Consultant/guest on "Crossroads" television program regarding adolescent violence. Honolulu, HI: Internal report to the College of Education, University of Hawai'i, Manoa.


**Conference Presentations**
**Invited Addresses---National and International**

Upcoming 2006    New Developments in the Education of Young Adolescents. Adelaide, SA, Australia: Invited presentation for the International Middle Schooling Conference of South Australia, August 5, 2006.

2006    Deering, P.D. Wreaking havoc on American public schools: The real agenda of the "No Child Left Behind" Act. Panel presentation at the 2006 Annual Meeting of the American Educational Research Association, San Francisco, CA; April 7, 2006.

2005    Appropriate education versus high-stakes testing: Early adolescents. Kobe, Japan: Invited keynote address for the Annual International Conference between the

Paul D. Deering, Ph.D.                                                      Page 14

University of Hawai'i at Manoa and Bukkyo University: The Current State and Issues of Education in Japan and the USA. October 20, 2005.

2005        No middle level child left behind? Albuquerque, New Mexico: Invited keynote presentation for the Annual Conference of the New Mexico Middle Level Educators. Albuquerque, NM: September 16, 2005.

2005        Current Developments in the Education of Early Adolescents. Wellington, New Zealand: Invited keynote presentation for the Annual Conference of the New Zealand Association of Intermediate and Middle Schools. August 5, 2005.

2002        Developmentally Responsive Education for Early Adolescents. Sydney, NSW, Australia: Invited keynote presentation for the Middle Years of Schooling Conference of the Ryde/Paramatta District of the Department of Education, Employment and Training, State of New South Wales. July 30, 2002.

2002        Developmentally Responsive Education for Early Adolescents. Adelaide, SA, Australia: Invited keynote presentation for the International Middle Schooling Conference of South Australia, July 28, 2002.

2002        What's Driving You Crazy? A Question to Drive Developmentally Responsive Education for Early Adolescents. Melbourne, Victoria, Australia: Invited keynote presentation for the Middle Years Conference of the Southern Metropolitan Region of the Department of Education, Employment and Training, State of Victoria. July 26, 2002.

2001        What's driving you crazy? A question to aid the process of "Becoming a 'real middle school, whatever that is.'" Brisbane, Qld, Australia: Invited theme paper for the Middle Years of Schooling Association of Australia, May 25.

2000        Early adolescents in the New Millennium: Fortunately .... unfortunately. Edmonton, Alberta, Canada: Invited keynote address for the Alberta Middle School Association Annual Conference, April 15.

**Invited Addresses —State and Local**
2004        Sustaining the Movement for Developmentally Responsive Education for Early Adolescents. Honolulu, HI: Washington Middle School: Invited keynote presentation for the "Soaring with Standards Conference." April 30, 2004.

2003        Deering, P.D. The state of middle level education in Hawai'i. Kamuela, HI: Invited address for the Hawai'i Association of Middle Schools Annual Maui Conference.

2000        Deering, P.D., Hawai'i's early adolescents in the New Millennium. Honolulu, HI: Keynote address for the Hawai'i Association of Middle Schools Annual Conference, October 14.

Paul D. Deering, Ph.D.                                                            Page 15

2000        Deering, P.D., Living with early adolescents in the New Millennium at home and at
            school. Kahului, HI: Keynote address for the Hawai'i Association of Middle
            Schools Annual Maui Conference.

1999        Deering, P.D., Talking with early adolescents: Take a walk on the wild side!
            Kamuela, HI: Keynote address for the Hawai'i Association of Middle Schools
            Annual Maui Conference.

1998        TAPA: Teaming, Advisory, Parents as Partners, Active Learning for All --What
            Middle Level Education is All About! Honolulu, HI: Keynote address for the
            Hawai'i Association of Middle Schools Annual Conference, October 10.

1998        Re-integrating the curriculum: It's about time! Kailua, HI: Keynote address for
            the Annual Teachers as Professionals Conference.

1997        Deering, P.D. Kimo's not-so-excellent day in intermediate school: What can we do
            to make it better? Kamuela, HI: Invited address for the Hawai'i Association of
            Middle Schools Annual Maui Conference.

1996        Deering, P.D. The state of middle level education in Hawai'i. Kamuela, HI:
            Invited keynote address for the Hawai'i Association of Middle Schools Annual
            Maui Conference.

1996        Fortunately...unfortunately: Re-visioning middle level education in Hawai'i.
            Presidential keynote address for the Hawai'i Association of Middle Schools
            Annual Conference, October, 18, 1996.

## Other Invited Addresses

2006        Deering, P.D., Culturally- and developmentally-appropriate education for early
            adolescents. Batchelor, NT, Australia: Invited symposium for Batchelor
            Institute for Indigenous Education, and Batchelor School, July 31, 2006.

2002        Deering, P.D., Teacher Education and School Renewal for Educators of Early
            Adolescents. Sydney, NSW, Australia: Invited symposium for the Education
            Faculty of the University of Sydney, August 8, 2002.

2002        Deering, P.D., Becoming a developmentally-responsive middle level school:
            Implementing the DOE's Middle Level Education Policy. Invited presentation
            for middle grades principals; Hawai'i Department of Education Professional
            Development and Educational Research Institute; Honolulu, HI.

2001        Deering, P.D., Becoming a "real middle school, whatever that is." Lismore, NSW,
            Australia: Invited symposium at the Southern Cross University, May 30.

2001        Deering, P.D., Becoming a "real middle school, whatever that is." Sydney, NSW,
            Australia: Invited symposium at the University of Sydney, May 10.

Paul D. Deering, Ph.D.                                                                    Page 16

1999        Deering, P.D., Benson, J., & Okamura, L.  Professional portfolios:  A tool for
            growth, assessment and employment.  Honolulu, HI:  Invited workshop session
            for the Hawai'i State Teachers Association Student Conference.

1999        Soderberg, N., Amano, K., Deering, P.D., Grebing, W., Grebing, J., Mark, V., &
            Nagatani, S.  The state of middle level education in Hawai'i and the nation.
            Hawi, HI:  Panel discussion involving leaders of the National Middle School
            Association, the Hawai'i Association of Middle Schools, local public and
            private schools, and the University of Hawai'i, at the Hawai'i Association of
            Middle Schools Annual Big Island Conference.

1998        Deering, P.D., An inquiry into attempts to co-construct professional empowerment
            with multicultural middle level teachers.  Seattle, WA:  Invited presentation for
            the Annual Meeting of the National Network for Educational Renewal.

**Refereed Conference Presentations**
**National and International Conferences**
2005        Deering, P.D.  Empowering teachers to initiate middle level school reform.
            Presentation at the 2006 Annual Conference of the National Middle School
            Association; Philadelphia, PA; Nov. 4.

2005        Deering, P.D.  Middle level teacher development that makes a difference.
            Presentation at the 2005 National Middle School Association Conference on
            Teacher Preparation; Columbus, OH.

2005        Deering, P.D., Ashford, A., Black, R., Kahiapo, S., Apisa, S.W.  Leadership?
            Me?:  Helping Female and Multicultural Middle Level Teachers to Become
            Leaders for Change. Presentation at the 2005 Annual Meeting of the
            American Educational Research Association, Montreal, Canada.

2004        Deering, P.D.  Helping kids to direct their own behavior.  Minneapolis, MN
            Presentation at the Annual Meeting of the National Middle School Association.

2004        Deering, P.D. Nurturing a state-wide middle level education movement:   The case
            of Hawai'i.  Presentation at the Annual Meeting of the American Educational
            Research Association, San Diego, CA.

2003        Deering, P.D., Plumbo, R., & Aguinaldo, M.  Whose curriculum is it?  Insights on
            inclusive curriculum Hawai'i style.  Panel presentation involving teachers from
            Hawai'i Department of Education and private schools at the Annual
            Conference of the National Middle School Association.  Atlanta, GA:
            November 7.

2003        Deering, P.D., & Ashford, A.N.  Helping  middle level teachers to become leaders
            for change.  Paper presentation at the Annual Meeting of the American
            Educational Research Association, Chicago, IL.

Paul D. Deering, Ph.D.

2003    Ashford, A.N. & Deering, P.D.  Middle level teacher preparation: The impact of
        portfolios on teacher professional development. Paper presentation at the
        Annual Meeting of the American Educational Research Association, Chicago,
        IL.

2003    Deering, P.D., Chair/Organizer with Adair, M., McGivern, H.  Collaborating to
        make schools developmentally responsive for early adolescents.  Panel
        presentation involving teachers and administrators from Hawai'i Department of
        Education and private schools.  Presentation at the Annual Conference of the
        National Middle School Association.  Portland, OR:  November 1-3, 2002.

2002    Deering, P.D., & Ashford, A.N.  Co-constructing professional empowerment with
        multicultural middle level educators.  Paper presented at the Annual Meeting of
        the American Educational Research Association, April, 2002, New Orleans,
        LA.

2001    Deering, P.D., Chair/Organizer, with Ginoza, L., Kahiapo, S., Owens, E., Reiter, B.
        Kids Across Cultures: Universal Traits and Cultural Diversity.  Panel
        discussion involving teachers and administrators from Hawai'i Department of
        Education and private schools.  Accepted for presentation at the Annual
        Conference of the National Middle School Association.  Washington, DC,
        November 1-3, 2001.  [Did not attend conference due to September 11 War].

2001    Deering, P.D., Chair/Organizer with Kahiapo, S., Neser, L., Owens, E., Reiter, B. &
        Wong, C.  Changing Schools and Changing Diapers—Messy and Worth It!.
        Panel discussion involving teachers and administrators from Hawai'i
        Department of Education and private schools.  Accepted for presentation at the
        Annual Conference of the National Middle School Association.  Washington,
        DC, November 1-3, 2001. [Did not attend conference due to September 11
        War].

2000    Deering, P.D., Chair/Organizer.  Teacher portfolios:  Tools of empowerment and
        learning.  Panel discussion involving teachers and administrators from Hawai'i
        Department of Education and private schools.  Accepted for presentation at the
        Annual Conference of the National Middle School Association.  St. Louis, MO,
        November 1-5, 2000.

2000    Deering, P.D., Chair/Organizer.  Becoming a "real middle school" -- Whatever that
        is. Panel discussion involving teachers and administrators from Hawai'i
        Department of Education and private schools.  Accepted for presentation at the
        Annual Conference of the National Middle School Association.  St. Louis, MO,
        November 1-5, 2000.

2000    Deering, P.D.  Learning centers + multiple intelligences = 100% winners.
        Presentation at the Alberta  Middle School Association Annual Conference,
        April. Edmonton, Alberta, Canada.

Paul D. Deering, Ph.D.                                                    Page 18

2000    Deering, P.D. What do you do when you did everything right and they still misbehave?. Presentation at the Alberta Middle School Association Annual Conference, April. Edmonton, Alberta, Canada.

1999    Deering, P.D. Learning centers + multiple intelligences = 100% winners. Presentation at the Nuts n Bolts Symposium on Middle Level Education. Boulder, CO.

1999    Deering, P.D. Teachers taking charge with professional portfolios. Presentation at the Nuts n Bolts Symposium on Middle Level Education. Boulder, CO.

1999    Deering, P.D. What do you do when you did everything right and they still misbehave?. Presentation at the Nuts n Bolts Symposium on Middle Level Education. Boulder, CO.

1998    Deering, P.D., & Stone, T.G. Co-constructing professional empowerment with multicultural middle level teachers. Paper presentation at the Annual Meeting of the American Educational Research Association, April, 1998, San Diego, CA.

1998    Deering, P.D., & Stone, T.G. Co-Chairs/Organizers: Teachers taking charge in multicultural middle level schools. Panel discussion involving: teachers and administrators from Hawai'i Department of Education and Kamehameha Schools Bishop Estate schools. Denver, CO: Presentation at the Annual Meeting of the National Middle School Association.

1997    Deering, P.D. "Walking the walk" of effective middle level educational practice in teacher professional development programs. Presentation at the Annual Meeting of the National Middle School Association, Indianapolis, IN.

1997    Deering, P.D. Get outa there! Bring your curriculum into the outdoors--Bring the outdoors into your curriculum. Presentation at the Annual Meeting of the National Middle School Association, Indianapolis, IN.

1997    Deering, P.D. A study of attempts to "walk the walk" of effective practice with multicultural educators in a new middle grades M.Ed. program. Chicago, IL: Presentation at the 1997 Annual Meeting of the American Educational Research Association.

1995    Deering, P.D. Simple approaches to cooperative learning based on recent classroom research. Presentation at the Annual Meeting of the National Middle School Association; New Orleans, LA.

1995    Deering, P.D. Talking story about middle school: A collaborative effort to foster curricular innovation in a Hawaiian intermediate school. San Francisco, CA: Presentation at the Annual Meeting of the American Educational Research Association.

Paul D. Deering, Ph.D.                                                                Page 19

1994        Deering, P.D.  Indoor and outdoor activities to foster teamwork, problem-solving
            and self-esteem.  Cincinnati, OH:  Presentation at the Annual Meeting of the
            National Middle School Association.

1994        Deering, P.D.  Is "cooperative learning" either, both, or neither?:  Tales from three
            middle school classrooms.  New Orleans, LA:  Paper presented at the Annual
            Meeting of the American Educational Research Association.

1994        Deering, P.D., Meloth, M.S, & Sanders, A.B.  The Cooperative Reading Project:  A
            collaboration with teachers to examine and improve upon cooperative learning
            in literacy instruction.  New Orleans, LA:  Paper presented at the Annual
            Meeting of the American Educational Research Association.

1994        Sanders, A.B., Deering, P.D., & Meloth, M.S.  Teacher thinking and change in the
            year following a collaborative effort to improve elementary literacy instruction.
            New Orleans, LA:  Paper presented at the Annual Meeting of the American
            Educational Research Association.  (Adele B. Sanders, Presenter)

1993        Deering, P.D.  An ethnographic study of norms of inclusion and cooperation in a
            multiethnic middle school.  Atlanta, GA:  Paper presented at the Annual
            Meeting of the American Educational Research Association.

1993        Deering, P.D., Meloth, M.S, & Sanders, A.B.  An examination of teacher thinking
            during a collaborative effort to improve elementary cooperative learning
            literacy instruction.    Atlanta, GA:  Paper presented at the Annual Meeting of
            the American Educational Research Association.

1993        Meloth, M.S, Deering, P.D., & Sanders, A.B.  Teacher influences on cognitive
            processes during cooperative learning.  Atlanta, GA:  Paper presented at an
            invited session of the Annual Meeting of the American Educational Research
            Association.

1993        Meloth, M.S, Deering, P.D., & Sanders, A.B.  Some dilemmas researchers face
            when working with teachers working for change.  Charleston, SC:  Paper
            presented the National Reading Conference Annual Meeting (presented by
            Michael S. Meloth).

1992        Deering, P.D.  Chair/organizer of volunteered session at the 1992 Annual Meeting
            of the American Anthropological Association, San Francisco, CA:  "What's
            going on in the middle:  Studies of middle school education."  Author and
            presenter of paper:  Who's "in" in the middle?:  An ethnographic study of social
            organization in a multiethnic middle school.

1992        Deering, P.D.  A collaborative intervention to improve cooperative learning reading
            instruction:  The Cooperative Reading Project.  Palo Alto, CA:  Paper
            presented at the James S. McDonnell Foundation's Annual Meeting for the
            Program for Cognitive Studies for Educational Practice.

Paul D. Deering, Ph.D.                                                      Page 20

1991      Deering, P.D.  Show me that you want to work in groups:  An ethnographic study of
          cooperative learning in a multiethnic middle school.  Chicago, IL:  Paper
          presented at the Annual Meeting of the American Anthropological Association.

1991      Deering, P.D.  An ethnographic study of the social participation structure of
          cooperative learning in a multiethnic middle school.  Chicago, IL:  Paper
          presented at the Annual Meeting of the American Educational Research
          Association.

1990      Deering, P.D., & Meloth, M.S.  An analysis of the content and form of student
          interactions in cooperative groups.  Boston, MA:  Paper presented at the
          Annual Meeting of the American Educational Research Association.

1990      Meloth, M.S., & Deering, P.D.  Cooperative reading tasks, student awareness, and
          group discussions.  Boston, MA:  Paper presented at the Annual Meeting of the
          American Educational Research Association (presented by Michael S. Meloth).

1990      Meloth, M.S., & Deering, P.D.  Students' discussions and perceptions of
          cooperative reading tasks.  Paper presented at the Annual Meeting of the
          National Reading Conference, Miami, FL (presented by Michael S. Meloth).

1990      Meloth, M.S., & Deering, P.D.  Teachers' interpretation and implementation of a
          cooperative reading task.  Paper presented at the Annual Meeting of the
          National Reading Conference, Miami, FL (presented by Michael S. Meloth).

1989      Deering, P.D.  An ethnographic approach for examining participants' construction
          of a cooperative learning classroom culture.  Washington, D.C.:  Paper
          presented at the Annual Meeting of the American Anthropological Association.

1989      Meloth, M.S., & Deering, P.D.  Authentic literacy tasks and cooperative learning.
          Austin, TX:  Paper presented at the Annual Meeting of the National Reading
          Conference (presented by Michael S. Meloth).

1987      Kraft, R., & Deering, P.D.  Reform in the public schools.  Port Townsend, WA:
          Presentation at the Conference of the Association for Experiential Education.


**State and Local Conferences**

2006      Deering, P.D., What do you do when you did everything right and they still
          misbehave?  Presentation at the Annual Maui Middle Level Education
          Conference.  Kihei, HI, March 3, 2006.

2005      Deering, P.D., What do you do when you did everything right and they still
          misbehave?  Presentation at the Annual State Health Education Conference.
          Honolulu, HI, November 14.

2005      Deering, P.D., Chair/Organizer.  The UH-Manoa Master of Education Degree with
          a Middle Level Emphasis:  MLMED Open House.  Joint presentation

Paul D. Deering, Ph.D.                                                     Page 21

involving UH faculty and students. Presentation at the Hawai'i Association of Middle Schools Annual Conference. Kapolei, HI, October 8.

2005    Deering, P.D., Chair/Organizer. Coping with "No Child Left Behind." Panel discussion with Monte Selby, University of Kansas, and HIDOE Principals Caroline Wong, Suzanne Mulcahy, Nancy Soderberg at the Hawai'i Association of Middle Schools Annual Conference. Kapolei, HI, October 8.

2004    Deering, P.D., Chair/Organizer. Sustaining the momentum in the middle. Panel discussion with Sue Swaim, Executive Director, and Patty Kinney, President, National Middle School Association, and Rick Wormelli at the Hawai'i Association of Middle Schools Annual Conference. Honolulu, HI, October 9.

2003    Deering, P.D., Chair/Organizer. The "No Child Left Behind" Act and Implementation of the Hawai'i Department of Education Middle Level Education Policy – How can you do both? Panel discussion with Roger Takabayashi, President, Hawai'i State Teachers Association, Claudia Chun, Director of Teacher Reclassification, Hawai'i Department of Education, Jack Berckemeyer, Assistant Director, National Middle School Association, at the Hawai'i Association of Middle Schools Annual Conference. Mililani, HI, October 11.

2003    Deering, P.D. Implementation of the Hawai'i Department of Education Middle Level Education Policy. Presentation at the Hawai'i Association of Middle Schools Annual Maui Conference. Makawao, HI, February 22.

2002    Deering, P.D. Learning Centers + Multiple Intelligences = 100% Winners. Presentation at the Hawai'i Association of Middle Schools Annual Conference Honolulu, HI, October 12.

2002    Deering, P.D. From Intermediate to Middle School, From Moribund to Maxed. Presentation at the Hawai'i Association of Middle Schools Annual Conference Honolulu, HI, October 12.

2002    Deering, P.D. You Can't Beat 'em, so Listen to 'em!. Presentation at the Hawai'i Association of Middle Schools Annual Conference Honolulu, HI, October 12.

2001    Deering, P.D. What's driving you crazy? A question to drive middle level school reform. Presentation at the Hawai'i Association of Middle Schools Annual Conference Honolulu, HI, October 14.

2001    Deering, P.D., Chair/Organizer; Cox, M.; Henderson, L.; Lounsbury, J.; Mahi, A.; Mark, V.; Matsumoto, D.; Petrakis, J.; & Reiter, B. The Hawai'i' Department of Education's Proposed Middle Level Education Policy -- Making it happen: A Dialogue with Educators and Policy-Makers. Panel presentation at the Hawai'i Association of Middle Schools Annual Conference. Honolulu, HI, October 13.