Paul D. Deering, Ph.D.                                                    Page 22

2001      Deering, P.D., Chair/Organizer. The UH-Manoa Master of Education Degree with
          a Middle Level Emphasis: MLMED Open House. Joint presentation
          involving: UH faculty—B. DeBaryshe, B. Pateman; MLMED graduates-- G.
          Dar ; T. Kam-Yahata; M. Kurashige; L. Maesaka; MLMED Cohort 3
          students—M. Adair; M. Fernandez; D. Leong; H. McGivern; J. Nippolt.
          Honolulu, HI: presentation at the Hawai'i Association of Middle Schools
          Annual Conference, October 14.

2000      Deering, P.D. Becoming a developmentally responsive middle level school.
          Presentation at the Hawai'i Association of Middle Schools Annual Conference
          Honolulu, HI, October 14.

2000      Deering, P.D., Organizer; Stone, T.G., Chair. The Hawai'i' Department of
          Education's Proposed Middle Level Education Policy: A Dialogue with
          Policy-Makers, Educators and Concerned Parents. Panel presentation at the
          Hawai'i Association of Middle Schools Annual Conference. Honolulu, HI,
          October 14.

2000      Deering, P.D. The "Four L's" of parenting an early adolescent: Love, listening,
          limits, laughter. Honolulu, HI: Presentation at 'O 'Ohana Ho'olaule'a:
          Statewide Parent Summit; sponsored by the Hawai'i Department of Education,
          Hawai'i State Parent Teacher Student Association and the Hawai'i Community
          Education Association; May, 13.

2000      Deering, P.D. Becoming a "real middle school" -- Whatever that is. Panel
          discussion involving teachers and administrators from Maui District, Hawai'i
          Department of Education and private schools. Presentation at the Hawai'i
          Association of Middle Schools Annual Maui Conference, Kahului, HI.

1999      Deering, P.D., Chair/Organizer. The state of middle level education in Hawai'i: A
          dialogue with policy-makers and practitioners. Panel discussion involving:
          Hawai'i state legislators; Hawai'i State Department of Education Assistant
          Superintendent and personnel; Hawai'i State Board of Education president and
          members; Hawai'i State Teachers Association members; UH-Manoa College
          of Education Associate Dean and faculty; HAMS Board members; mainland
          conference presenters--C. Tomlinson, A. Fante. Honolulu, HI: presentation at
          the Hawai'i Association of Middle Schools Annual Conference; October 10.

1999      Deering, P.D., Chair/Organizer. The UH-Manoa Master of Education Degree with
          a Middle Level Emphasis: MLMED Open House. Joint presentation
          involving: UH faculty—R. Black, D. Davidson, B. DeBaryshe, B. Pateman, T.
          Stone; MLMED Cohort 1 graduates--N. Chang, J. Benson, D. Kawamoto, S.
          Kuahini Yamamoto, M. Distajo, E. Owens, L. Okamura; MLMED Cohort 2
          students—L. Imai, A. Hipp, M. Kurashige, J. Morihara, G. Dar. Honolulu, HI:
          presentation at the Hawai'i Association of Middle Schools Annual Conference;
          October 10.

Paul D. Deering, Ph.D.                                                    Page 23

1999        Deering, P.D.  Becoming a "real middle school" -- Whatever that is.  Panel with
            teachers and administrators from Hawai'i Department of Education and private
            schools:  C. Ota & M. Adair, Maryknoll School; T. Reimer & P. O'Brien, Mid-
            Pacific Institute; C. Wong & N. Chang, Moanalua Middle School; E. Owens &
            L. Takagi, Central Middle School.  Honolulu, HI:  presentation at the Hawai'i
            Association of Middle Schools Annual Conference; October 10.

1998        Deering, P.D.  Chair/Organizer:  The state of middle level education in Hawai'i.
            Panel discussion involving:  Randy Hitz, Dean, University of Hawai'i-Manoa,
            College of Education; Jack Berckemeyer, Affiliate Services Director, National
            Middle School Association; Neila Connors, Positive Connections, Inc.;
            Hawai'i State House of Representatives Education Committee Chair; Hawai'i
            Department of Education Board Members, Central Office personnel, district
            officers, school administrators, teachers;  University of Hawai'i administrators
            and faculty.  Honolulu, HI:  presentation at the Hawai'i Association of Middle
            Schools Annual Conference; October 10.

1998        Deering, P.D.  Chair/Organizer:  Teachers taking charge!  Promoting school change
            from the ground up. Panel discussion involving:  teachers and administrators
            from Hawai'i Department of Education and Kamehameha Schools Bishop
            Estate schools.  Honolulu, HI:  presentation at the Hawai'i Association of
            Middle Schools Annual Conference; October 10.

1998        Deering, P.D.  You can't beat them, so laugh with them!  Communicating with
            early adolescents.  Honolulu, HI:  Presentation at the Hawai'i Association of
            Middle Schools Annual Conference; October 10.

1997        Davidson, D., & Deering, P.D.  Identifying and developing giftedness in all
            students.  Kamuela, HI:  Presented at the Hawai'i Association of Middle
            Schools 1997 Annual Maui Conference.

1997        Stevens, C.W., & Deering, P.D.  What are early adolescents like?  What do they
            need?  Kapa'a, HI:  Presentation at the Hawai'i Association of Middle Schools
            1997 Annual Kauai Conference.

1997        Deering, P.D.  A survey study of student attitudes in the elementary cohort and the
            traditional approaches to teacher education.  Presentation at the Hawai'i
            School-University Partnership Conference on School Research.

1996        Deering, P.D.  Indoor and outdoor activities to foster teamwork, problem-solving
            and self-esteem.  Kamuela, HI:  Hawai'i Association of Middle Schools Annual
            Maui Conference.

1996        Deering, P.D.  Curriculum re-visioning.  Kealakehe, HI:  Hawai'i Association of
            Middle Schools Annual Big Island Conference.

1996        Deering, P.D.  Chair/Organizer:  "Open house" for the new "Middle Level Masters
            Program .  Honolulu, HI:  Hawai'i Association of Middle Schools Annual

Paul D. Deering, Ph.D.                                                    Page 24

                Conference.

1996        Deering, P.D.  Chair/Organizer:  The state of middle level education in Hawai'i.
                Panel discussion:  Hawai'i Department of Education--Harriet Ajimine,
                Educational Specialist, Office of Instructional Services; Clara Burrows,
                Personnel Specialist, Office of Personnel Services; Aileen Hokama,
                Superintendent, Central District; Loryn Neser, Curriculum Specialist,
                Moanalua Intermediate School; Susan Alivado, Principal, Kalama Intermediate
                School, Maui; Keith Amano, Teacher, Kapaa Intermediate School, Kauai;
                Georgia Goeas, Teacher, Konawaena Middle School, Big Island; Hawai'i
                Association of Middle Schools--C.W. Stevens, Executive Director; University
                of Hawai'i-Manoa--Thomas G. Stone, Educational Specialist, Curriculum
                Research and Development Group; Paul Deering, Assistant Professor,
                Department of Curriculum and Instruction.  Honolulu, HI:  Hawai'i Association
                of Middle Schools Annual Conference.

1995        Deering, P.D.  Put some adventure in your teaching!:  Indoor and outdoor activities
                to foster teamwork, problem-solving and self-esteem.  Honolulu, HI:  Hawai'i
                Association of Middle Schools Annual Conference.

1995        Deering, P.D.  Ain't Misbehavin':  An overview of advisor/advisee programs.
                Kona, HI:  Hawai'i Association of Middle Schools Annual Big Island
                Conference.

1995        Deering, P.D.  The Real Thing:  An examination of activities and facilitation skills
                for advisor/advisee programs.  Kona, HI:  Hawai'i Association of Middle
                Schools Annual Big Island Conference.

1995        Deering, P.D.  Analyzing your school's culture.  Kapaa, HI:  Hawai'i Association of
                Middle Schools Annual Kaua'i Conference.

1994        Deering, P.D.  Creating inclusive and cooperative cultures in middle level schools.
                Honolulu, HI:  Hawai'i Association of Middle Schools Annual Conference.

1994        Deering, P.D.  Cooperative learning research:  What does it say to teachers?
                Makawao, HI:  Presentation at the Hawai'i Association of Middle Schools
                Annual Maui Conference.

1994        Deering, P.D.  Initiative activities for problem-solving and leadership development.
                Waimea, HI:  Presentation at the Hawai'i Association of Middle Schools
                Annual Big Island Conference.

1994        Deering, P.D.  Active activities for social studies and math learning.  Honolulu, HI:
                Presentation at the Hawai'i Council of Teachers of Mathematics Semi-Annual
                Conference.

1993        Deering, P.D.  Cooperative learning to promote successful independent use of
                learning for all students.  Honolulu, HI:  Presentation at the Hawai'i

Paul D. Deering, Ph.D.                                                                            Page 25

Association of Middle Schools Annual Conference.

1993            Deering, P.D.   Social studies does math.  Honolulu, HI:  Presentation at the Hawai'i
                     Council of Teachers of Mathematics Semi-Annual Conference.

1985            Deering, P.D.  Beyond pedantry:  Initiative activities for fun and learning.
                     Cleveland, OH:  Presentation at the Annual Conference of the Ohio
                     Association for Gifted Children.

1984            Deering, P.D., & Parge, L.  The Wilderness Adventure Program.  Cincinnati, OH:
                     Presentation at the Annual Conference of the Ohio Association for Gifted
                     Children (co-presenters).

1983            Deering, P.D., & Parge, L.  The Wilderness Adventure Program.  Wilmot, OH:
                     Presentation at the Wilmot Wilderness Center Annual Outdoor Education
                     Conference (co-presenters).

**Reviewer**
2004-           National Middle School Association Annual Conference
Present

2004-           Asia-Pacific Journal of Teacher Education
Present

1995-           Research in Middle Level Education Quarterly.
Present

1995-           American Educational Research Association Annual Conference; Middle Level
Present              Education Research Special Interest Group

1995-           American Educational Research Association Annual Conference; Division K --
Present              Teacher Education

1994-           Hawai'i Association of Middle Schools Annual Conference and Neighbor Island
Present              conferences

1997            Jacob, E.  Cooperative learning in context:  Case studies of an educational
                     innovation.  Albany, NY:  State University Press.

1996            Educational Research and Evaluation.

1996-           Review of Research in Education.
Present

1995            Report on basic and advanced National Middle School Association/NCATE-
                     approved revised curriculum guidelines for middle level teacher education.

Paul D. Deering, Ph.D.                                                    Page 26

Columbus, OH:  NMSA.

| 1995 | Teacher Education Quarterly:  Theme Issue -- Middle Level Teacher Education |
|---|---|
| 1990-91 | Urban Anthropology, Studies of Cultural Systems and World Economic Development |
| 1990 | American Educational Research Association Annual Conference Division C-1, Reading |
| 1989 | National Reading Conference |

**SERVICE**
**University Service Activities**

| **Date** | **Context** | **Nature of Service** |
|---|---|---|
| 2004-05 | College | Chair<br>Search Committee for Assistant Professor of Middle Level and Secondary Education, Institute for Teacher Education |
| 2003-Present | University | Member<br>Committee on Middle Level Teacher Preparation and Licensure |
| 2003 | University | Chair<br>Pre-planning Committee on Middle Level Teacher Licensure |
| 2001-Present | Department | Member<br>EDCS Department Committee on Buildings and Facilities |
| 2000 | College | Member<br>Writing/Editing Committee:  Institutional Report, Standard II-- Student Population for College of Education's application for accreditation by the National Council for Accreditation of Teacher Education |
| 2000 | University | Staff Development Presentation<br>UHM Economics Department:  "Cooperative Learning:  The Most Economical Way to Teach Most Anything"    2/18/00 |
| 2000 | College | Organizer/Presenter |

Paul D. Deering, Ph.D.                                                                    Page 27

|            |            | Workshop on Teacher Portfolios for Student Teachers for College of Education Student Association |
|------------|------------|---------------------------------------------------------|
| 1999       | College    | Facilitator<br>Beginning Teacher Symposium |
| 1999       | College    | Chair<br>Committee for College of Education Secondary Educator Awards |
| 1998-03    | College    | Member<br>College of Education Aloha Committee |
| 1998-03    | Department | Member<br>EDCS Aloha Committee |
| 1998-1999  | College    | Chair<br>Division of Secondary and Middle Level Education: Multi-department programs for initial preparation of teachers in grades 7-12, on islands of Oahu, Maui, Kauai |
| 1998-1999  | University | Program Planner/Leader<br>Hawai'i Institute for Educational Partnerships: Institute for Educational Inquiry |
| 1998-1999  | University | Member<br>Teacher Education Coordinating Committee: Involves all institutions of higher education that prepare teachers in Hawai'i |
| 1998-1999  | Department | Member<br>Department Personnel Committee |
| 1998-1999  | College    | Member<br>Department of Counselor Education Personnel Committee |
| 1998       | College    | Chair<br>Search Committee for Lecturer: Site coordinator for Post-Baccalaureate Certificate in Secondary Education program on Kaua'i |
| 1998       | College    | Chair<br>Search Committee for Lecturer: Instructor, Secondary Education program |

Paul D. Deering, Ph.D.                                                    Page 28

| 1998 | College | Chair<br>Search Committee for Assistant Professor of Social Studies Education |
|------|---------|------|
| 1997-1998 | University | Associate<br>National Network for Educational Renewal--Institute for Educational Leadership |
| 1995-Present | University | Program Developer/Coordinator<br>Masters Degree in Curriculum Studies with a Middle Level Emphasis (MLMED). Multi-college/department program |
| 1993-Present | Department | Member<br>EDCS Department Masters Program Management Committee |
| 1994-97 | College | Evaluation Researcher:<br>Elementary Teacher Education Cohort Program |
| 1994-96 | Department | Member<br>TECS Department Personnel Committee |
| 1994-95 | College | Chair<br>Search Committee for Assistant Professor of Social Studies Education; Departments of Curriculum and Instruction, and Field Services |
| 1993-95 | University | Chair<br>Hawai'i School-University Partnership Implementation Task Force for Middle Level Teacher Education |
| 1993-94 | College | Consultant<br>Honolulu Middle School Evaluation Project; Evaluation Group, Curriculum Research and Development Group, University of Hawai'i |
| 1993-94 | Department | Member<br>Search Committee for Assistant Professor of Social Studies Education, TECS Department |

**International Universities**

| 2006 | Batchelor Institute for Indigenous Education, Batchelor, Australia | Consultation with Faculty:<br>Middle Grades Teacher Education<br>July 31, 2006 |
|------|------|------|

Paul D. Deering, Ph.D.                                                    Page 29

| 2001 | Queensland University of Technology, Brisbane, Australia | Consultation with Faculty: Middle Grades Teacher Education May 28, 2001 |
|------|------|------|
| 2001 | University of Western Sydney, Nepean, Australia | Lecture at Graduate Research Seminar and Consultation with Faculty: Recent Research in Middle Grades Education April 2, 2001 |
| 2001 | Deakin University, Geelong, Australia | Consultation with Faculty: Middle Grades Teacher Education and Recent Research in Middle Grades Education March 19, 2001 |
| 2001 | University of Sydney, Australia | Lecture at Graduate Research Seminar:  Recent Research in Middle Grades Education March 8, 2001 |
| 2001 | Massey University, Palmerston North, New Zealand | Consultation with Faculty:  Middle Grades Teacher Education February 8, 2001 |

### Prior to the University of Hawai'i-Manoa

| 1991 | School of Education, University of Colorado, Boulder, CO. | Computer Program Purchaser/Trainer HyperQual 4.0 computer program for qualitative data analysis; conducted training on use of program |
|------|------|------|
| 1987-90 | School of Education, University of Colorado, Boulder, CO. | Editor Education Graduate Student Action Center Newsletter; also director of clearinghouse on information for School of Education graduate students |
| 1987-92 | Foundation Center, University of Colorado | Phonathon Fundraiser Graduate School Foundation, and the School of Education Dean's Fund |
| 1987 | School of Education, University of Colorado, & Carmel House for Developmentally Disabled Adults; Boulder, CO | Outing Co-Director Rock climbing outing for residents of Carmel House |

**Professional Service Activities**

| **Date** | **Context** | **Nature of Service** |
|------|------|------|

Paul D. Deering, Ph.D.                                                      Page 30

| | | |
|---|---|---|
| 2004-Present | National Middle School Association Annual Conference | Reviewer |
| 2004-07 | National Middle School Association West Region | Elected Board of Trustees Member: 3-year term, repeatable |
| 2004-06 | Middle Level Educational Research – Special Interest Group of the American Educational Research Association | Council Member |
| 2003 | National Middle School Association West Region | Board of Trustees Representative -- Nominee |
| 2001-Present | American Educational Research Association Annual Conference; Division K: Teacher Education | Reviewer |
| 1999 | National Middle School Association West Region | Board of Trustees Representative -- Nominee |
| 1996 | Educational Research and Evaluation | Reviewer |
| 1996-Present | Review of Research in Education | Reviewer |
| 1995-Present | National Middle School Association -- Affiliate Leaders Group | Member<br>Presenter at Meetings |
| 1995-Present | Research in Middle Level Education Quarterly/Research in Middle Level Education Annual. | Reviewer |
| 1995-Present | American Educational Research Association Annual Conference; Middle Level Educational Research Special Interest Group | Reviewer |
| 1995 | Teacher Education Quarterly | Reviewer |
| 1994-Present | Hawai'i Association of Middle Schools Annual Conference and Neighbor Island conferences | Reviewer |
| 1994-Present | Hawai'i Association of Middle Schools (HAMS) | Board Member<br>President, 1996-97 |

Paul D. Deering, Ph.D.                                        Page 31

**Community Service Activities**

| Date | Context | Nature of Service |
|------|---------|-------------------|
| 2006 – Ongoing | Chiefess Kamakahelei Middle School, Lihue, HI | Consultation & Staff Development for middle level school renewal |
| 2006 – Ongoing | Niu Valley Middle School, Honolulu, HI | Consultation with parents and faculty regarding inclusion of 6th graders in middle school |
| 2006 | Kona District Parent Community Networking Coordinators and parents, Kona, HI | Presentation for parents, counselors and faculty on early adolescent development and education |
| 2006 | Kea'au Intermediate School, Kea'au, HI | Presentation for parents and faculty on early adolescent development and education |
| 2006 | Hokulani Elementary School, Honolulu, HI | Consultation with parents and faculty regarding inclusion of 6th graders in middle school |
| 2006 | Hawai'i Parent Community Networking Coordinators, Kane'ohe, HI | Presentation for statewide PCNCs on early adolescent development and education |
| 2005 | Ai'ea Intermediate School, , Ai'ea, HI | Consultation & Staff Development for middle level school renewal |
| 2004-05 | Kapa'a Middle School, Kapa'a, HI | Consultation & Staff Development for middle level school renewal |
| 2003-04 | Punahou School, Honolulu, HI | Consultation & Staff Development for middle level school renewal and professional development school implementation |
| 2002-Ongoing | Hawai'i Department of Education, Honolulu, HI | Consultation on Implementation of the Middle Level Education Policy |
| 2002-Ongoing | Hawai'i Department of Education, Honolulu, HI | Member: Task Force for School Administrator Staff Development in Middle Level Education and Policy Implementation |

Paul D. Deering, Ph.D.                                                              Page 32

| 2002-04 | Ilima Intermediate School, 'Ewa Beach, HI | Consultation & Staff Development for school renewal |
|---------|---|---|
| 2002-04 | Kalama Intermediate School, Makawao, HI | Staff development and consultation regarding middle level education |
| 2002-03 | Pearl City Highlands Intermediate School, Pearl City, HI | Consultation & Staff Development for middle level school renewal and professional development school implementation |
| 2000-2002 | Kaimuki Middle School, Honolulu, HI | Consultation & Staff Development for school renewal |
| 2000-02 | I'ao Intermediate School, Wailuku, HI | Long-Term Consultation & Staff Development for school renewal |
| 2000-02 | Lokelani Intermediate School, Kihei, HI | Long-Term Consultation & Staff Development for school renewal; approximately two sessions monthly |
| 2000 | Noelani Elementary School, Honolulu, HI | Presentation to parent organization regarding middle schools, and proposed HIDOE Middle Level Education Policy |
| 2000 | Hawai'i Department of Education; Hawai'i State Parent Teacher Student Association; Hawai'i Community Education Association, Honolulu, HI | Presentation at 'O 'Ohana Ho'olaule'a: Statewide Parent Summit |
| 2000 | Kawananakoa Middle School, Honolulu, HI | Long-Term Consultation & Staff Development for school renewal; approximately two sessions monthly |
| 1999-Ongoing | Maui Waena Intermediate School, Kahului, HI | Long-Term Consultation & Staff Development for school renewal; approximately two sessions monthly |
| 1999-Ongoing | Hawai'i Teacher Standards Board, Honolulu, HI | Consultant Consultation regarding Middle Level Teacher Licensure and MLMED |

Paul D. Deering, Ph.D.                                                      Page 33

| | | Portfolio Process. |
|---|---|---|
| 1999-<br>Ongoing | Hawai'i Educational Policy Center,<br>Honolulu, HI | Member: Research Panel |
| 1999-2000 | St. Louis School, Honolulu, HI | Long-Term Consultation & Staff<br>Development for school renewal;<br>approximately one session<br>monthly |
| 1999-2000 | Hawai'i Department of Education:<br>School Opinion Survey Redesign<br>Task Force, Honolulu, HI | Member<br>Participation in redesign of school<br>climate survey process. |
| 1999 | Hawai'i State Board of Education,<br>Honolulu, HI | Testified at BOE hearing regarding<br>proposed Middle School Policy;<br>3/30/99 |
| 1998-<br>Ongoing | Maryknoll School, Honolulu, HI | Long-Term Consultation & Staff<br>Development for school renewal;<br>approximately two sessions<br>monthly |
| 1998-2000 | Hawai'i State Board of Education,<br>Honolulu, HI | Member: Task Force on Middle<br>School Policy; Ron Toma, Chair |
| 1998 | Kalakaua Middle School, Honolulu, HI | Consultation & Staff Development for<br>middle level school renewal |
| 1998 | Jarrett Middle School, Honolulu, HI | Consultation & Staff Development for<br>middle level school renewal |
| 1998 | LeJardin Academy, Honolulu, HI | Consultation & Staff Development<br>regarding middle level school<br>renewal |
| 1997-<br>Ongoing | Hawai'i Dept. of Education Honolulu<br>District Middle Level Principals<br>Cadre, Honolulu, HI | Meeting/consultation on current<br>research and trends in middle<br>level education |
| 1997-99 | Central Middle School, Honolulu, HI | Staff Development workshop on<br>teacher guidance |
| 1997-2001 | Wai'anae Intermediate School,<br>Wai'anae, HI | Two-day staff development workshop<br>regarding collaborative learning<br>and middle level education |

Paul D. Deering, Ph.D.                                                      Page 34

| 1997-2000 | Mid-Pacific Institute, Honolulu, HI | Long-Term Consultation & Staff Development for school renewal; approximately six sessions monthly |
| 1997 | Aliamanu Intermediate School, Honolulu, HI | Staff Development workshop on early adolescents & middle level education |
| 1997 | Stevenson Middle School, Honolulu, HI | Staff development meeting regarding teacher advisory programs |
| 1996-Ongoing | Moanalua Middle/Intermediate School, Honolulu, HI | Staff development regarding teacher advisory programs and middle level education |
| 1996-97 | Manoa Elementary School, Honolulu, HI | Twice-monthly demonstration teaching with fifth graders |
| 1996 | Waimanalo Elementary and Middle School, Waimanalo, HI | Parent workshop regarding at-risk youth |
| 1995-96 | Hawai'i Dept. of Education Central District, Mililani, HI | Extensive consultation/staff development regarding middle level educational approaches and plans for a new Mililani middle school; participation in video on middle level education |
| 1995-2000 | National Middle School Association -- Affiliate Leaders Group, Columbus, OH | Member |
| 1995 | Waiau Elementary School, Pearl City, HI | Planner/presenter regarding interdisciplinary curriculum emphasizing social studies and educational technology |
| 1994-97 | Kamehameha Middle School, Honolulu, HI | Staff-development meetings on middle level education |
| 1994-95 | Hilo Intermediate School, Hilo, HI | Collaborative research/staff development |
| 1994 | Wheeler Intermediate School, Mililani, HI | Staff-development meeting on middle level education |

Paul D. Deering, Ph.D.                                                                              Page 35

| | | |
|---|---|---|
| 1994 | Konawaena Intermediate School, Kona, HI | Co-authored Apple Computer Corporation Grant with teachers of Konawaena Intermediate School and Hawaiʻi Association of Middle Schools |
| 1994 | Noelani Elementary School, Honolulu, HI | Demonstration teaching with sixth grade class |
| 1994 | Hawaiʻi Dept. of Education School Improvement Coordinators, Honolulu, HI | Consultant regarding team teaching and interdisciplinary education |
| 1993-Ongoing | Hawaiʻi Association of Middle Schools (HAMS) | Board Member President, 1996-97 |
| 1993-95 | Hawaiʻi Dept. of Education Teacher Standards Advisory Board, Honolulu, HI | Consultant regarding teacher standards for middle level education |
| 1993; 2005-Ongoing | Kailua Intermediate School, Kailua, HI | Consultant regarding middle level education |
| 1993; 1998-Ongoing | Washington Middle School, Honolulu, HI | Consultant regarding middle level education |
| 1993 | Hawaiʻi Dept. of Education Middle School Task Force, Honolulu, HI | Consultant regarding middle level education and teacher education |

**International Districts and Schools**

| | | |
|---|---|---|
| 2005 | Wynnum State High School, Queensland, Australia | Consultation with teachers and administrators: Middle Grades Education |
| 2005 | Beaumaris North Primary School, Victoria, Australia | Consultation with teachers and administrators: Middle Grades Education |
| 2005 | Christies Beach Primary School and Christies Beach Secondary School, South Australia, Australia | Consultation with teachers and administrators: Middle Grades Education |
| 2005 | South Australia Department of Education and Children's Services, Australia | Presentation on teacher action research |

Paul D. Deering, Ph.D.                                          Page 36

| 2003-Ongoing | South Australia Department of Education and Children's Services, Australia | Presentation on Early Adolescents and Middle Grades Education |
|---|---|---|
| 2003-Ongoing | Victor Harbour Secondary School, South Australia Victor Harbour Primary School and Victor Harbour Secondary School, South Australia | Consultation with teachers and administrators: Middle Grades Education and Qualitative Research Methods. |
| 2003-Ongoing | Kangaroo Island School District, South Australia | Consultation with teachers, administrators and parents: Middle Grades Education and Child-Rearing. |
| 2003 | Victoria Department of Education and Training, Victoria, Australia | Consultation with district administrators: Middle Grades Education |
| 2003 | Sandringham School District, Victoria, Australia | Consultation with teachers and administrators: Middle Grades Education |
| 2003 | Mandurah and Perth School Districts, West Australia | Consultation with teachers and administrators: Middle Grades Education |
| 2003 | Fleurieu School District/Southern Sea and Vines District, South Australia | Consultation with central office administration |
| 2002-03 | Aldinga Primary School, South Australia | Consultation with Faculty: Recent Research in Middle Grades Education; Guest teaching of middle level students. 2002-03. |
| 2002 | Eastern Fleurieu School, South Australia | Consultation with Faculty: Recent Research in Middle Grades Education; Guest teaching of middle level students. August 6, 2002. |
| 2002 | Seaford Middle School, South Australia | Consultation with Faculty: Recent Research in Middle Grades Education; Guest teaching of middle level students. August 5, 2002 |

Paul D. Deering, Ph.D.                                                    Page 37

| | | |
|---|---|---|
| 2002 | Frankston High School, Victoria, Australia | Consultation with Faculty:  Recent Research in Middle Grades Education; Guest teaching of middle level students. July 24, 2002 |
| 2002 | Mount Erin Primary School, Victoria, Australia | Consultation with Faculty:  Recent Research in Middle Grades Education; Guest teaching of middle level students. July 23, 2002 |
| 2002 | Sandringham Secondary College, Victoria, Australia | Consultation with Faculty:  Recent Research in Middle Grades Education; Guest teaching of middle level students. July 22, 2002 |
| 2001-2002 | New South Wales Department of Education and Training, Sydney, NSW, Australia | Ongoing Consultation with Director of Secondary Education, Trevor Wootten, and Staff:  Recent Research in Middle Grades Education, Staff Development, School Reform February - June, 2001 August, 2002 |
| 2001; 2005 | Rutherford Intermediate School, Wanganui, New Zealand | Consultation with Faculty:  Recent Research in Middle Grades Education; Guest teaching of middle level students. January 25 & February 9, 2001 |
| 2001 | Government Dr. Ambedkar Higher Secondary School, Pondicherry, India | Consultation with Faculty:  Recent Research in Middle Grades Education; Guest teaching of middle level students. June 19, 2001 |
| 2001 | Methodist Ladies College, Burrwood, NSW, Australia | Consultation with Faculty:  Recent Research in Middle Grades Education; Guest teaching of middle level students. May 14, 2001 |
| 2001 | Goulburn Valley Grammar School, Shepparton, Vic., Australia | Consultation with Faculty:  Recent Research in Middle Grades |

Paul D. Deering, Ph.D.                                                    Page 38

|      |                                    | Education; Guest teaching of middle level students. March 15-16, 2001 |
|------|------------------------------------|--------------------------------------|
| 2001 | Palmerston North Intermediate Normal School, Palmerston North, New Zealand | Consultation with Faculty:  Recent Research in Middle Grades Education; Guest teaching of middle level students. January 24, 2001 |

Paul D. Deering, Ph.D.                                                    Page 39

## Prior to the University of Hawai'i-Manoa

| | | |
|---|---|---|
| 1993 | Boulder Counter Partners, Boulder, CO | Volunteer<br>Fund-raising volunteer for BCP, a program which pairs troubled teens with adult mentors/role models |
| 1992 | Burbank Middle School, Boulder, CO. | Participant<br>Panel discussion on middle school organization and instruction |
| 1991-92 | Boulder Unified Softball League, Boulder, CO | Peer Athlete<br>Able partner (peer) on a softball team in league for developmentally disabled adults |
| 1987-90 | Colorado State Legislature, Denver, CO | Legislative Consultant<br>Educational legislation with State Representatives Dick Bond (D-Greeley) and Jeanne Faatz (R-Denver) |
| 1987 | Colorado Parent-Teachers Organization, Wheatridge, CO | Consultant<br>Advised Executive Committee on educational legislation |
| 1984-85 | Lakewood Public Schools, Lakewood, OH | Member<br>Eighth Grade American History Textbook Selection Committee |
| 1983-84 | Lakewood Public Schools, Lakewood, OH | Member<br>Seventh Grade Geography and Ohio Studies Textbook Selection Committee |
| 1982-83 | Lakewood Teachers Association, Lakewood Public Schools, Lakewood, OH | Member<br>Contract Negotiation Advisory Committee |
| 1981-82 | Harding Middle School, Lakewood Public Schools, Lakewood, OH | Member<br>Principal's Advisory Committee on Discipline |
| 1984-87 | Lakewood Public Schools/Cleveland State University; Lakewood & Cleveland, OH | Secretary-Treasurer<br>Classroom Teacher Educators |

Paul D. Deering, Ph.D.                                                          Page 40

| 1983-84 | Harding Middle School, Lakewood Public Schools, Lakewood, OH | President Harding Teachers Association--an in-house, unaffiliated organization |
| 1981-83 | Harding Middle School, Lakewood Public Schools, Lakewood, OH | Representative Lakewood Teachers Association, Ohio Education Association and National Education Association |

## PROFESSIONAL MEMBERSHIPS

2000-Present     National Association of Professors of Middle Level Education

1994-Present     University of Hawai'i College of Education Student Association

1993-Present     National Middle School Association; Board of Trustees West Region Representative 2004-07

1993-Present     Hawai'i Association of Middle Schools; Board Member, Past President

1993-2000        Hawai'i State Council for Social Studies

1993-Present     National Council for the Social Studies

1988-Present     American Educational Research Association; Divisions B, C, D, G, K;  Special Interest Groups:  Division D/Qualitative Research; Middle Level Education Research; Cooperative Learning

1978-Present     National Education Association

1988-93          American Anthropological Association, Council on Anthropology and Education

1987-93          International Association for the Study of Cooperation in Education

1987-90          Association for Experiential Education

1985-90          Wilderness Education Association

1983-87          Ohio Association for Gifted Children

1982-87          Ohio Conservation and Outdoor Education Association

Paul D. Deering, Ph.D.                                              Page 41

1978-87     Ohio Education Association

1978-87     Lakewood Teachers Association


**REFERENCES**

| | |
|---|---|
| Dr. Randy Hitz, Dean<br>  College of Education<br>  University of Hawai'i<br>  1776 University Ave.<br>  Honolulu, HI 96822<br>  (808) 956-7703<br>  hitz@hawaii.edu<br>  Dean, 1998-Present | Dr. Neil Pateman, Chair<br>  Department of Curriculum Studies<br>  University of Hawai'i<br>  1776 University Ave.<br>  Honolulu, HI 96822<br>  (808) 956-4401<br>  pateman@hawaii.edu<br>  Colleague/Department Chair, 1993-Present |
| Paul O'Brien, Principal<br>Carole Ota, Assistant Principal<br>  Maryknoll School<br>  1722 Dole St.<br>  Honolulu, HI 96822<br>  (808) 973-1777<br>  paul@maryknollgs.org<br>  Consulted with school, 1998-Present | Susan Kahiapo, Executive Director<br>  Hawai'i Assn. of Middle Schools<br>  c/o Mililani Middle School<br>  95-1140 Lehiwa Drive<br>  Mililani, HI 96789<br>  Extensive work together in teacher<br>    education and on board of Hawai'i<br>    Assn. of Middle Schools, 1993-Present |
| Dr. Vincent A. Anfara, Jr.<br>  Associate Professor of Educational<br>    Administration<br>  University of Tennessee<br>  College of Education, Health, and Human<br>    Sciences<br>  A321 Claxton Complex<br>  Knoxville, TN 37996-3430<br>  vanfara@utk.edu<br>  Collaboration on research in middle level<br>    education, 1999-Present | Trevor Wootten, Executive Director of<br>  Secondary Education<br>  New South Wales Department of<br>    Education and Training<br>  GPO Box 33<br>  Sydney, NSW 2001 Australia<br>  61(02)9651-8313<br>  trevor.wootten@det.nsw.edu.au<br>  Consulted regarding middle level and<br>    secondary education, 2001 |
| Caroline Wong, Principal<br>  Moanalua Middle School<br>  1489 Mahiole St.<br>  Honolulu, HI 96819<br>  (808)831-7850<br>  wongcs@aol.com<br>  Extensive collaboration on teacher<br>    education and school improvement,<br>    1994-Present | Dr. James Beane<br>  National Louis University<br>  928 West Shore Dr.<br>  Madison, WI 53715<br>  (414)792-3699 fax: (414)792-3680<br>  JBeane@nl.edu<br>  Collaboration on middle level education,<br>    1995-Present |

Paul D. Deering, Ph.D.                                                    Page 42

| | |
|---|---|
| Dr. Margaret A. Eisenhart<br>   School of Education<br>   University of Colorado<br>   Campus Box 249<br>   Boulder, CO   80309<br>   (303)492-8583<br>   margaret.eisenhart@colorado.edu<br>   Dissertation chair; collaboration on school<br>      research, 1988-93 | Michael Hudson, Superintendent<br>   Department of Education and Children's<br>      Services<br>   Noarlunga House 5th Floor<br>   Noarlunga Centre<br>   South Australia<br>   5168   Australia<br>   61(08)8207-3766<br>   Hudson.Mike@saugov.sa.gov.au><br>   Presentations and consultation since 2002. |
| Dr. John Goodlad<br>   National Network for Educational Renewal<br>   124 East Edgar St.<br>   Seattle, WA   98102<br>   (206)543-6230<br>   co:  afroh@saul.u.washington.edu<br>   Participated together in NNER Leadership<br>      Associates Program 1997-98. | Dr. Chris Stevenson, Professor Emeritus<br>   University of Vermont<br>   College of Education and Social Services<br>   Burlington, VT  05405<br>   scsteven@moose.uvm.edu<br>   Collaboration in meetings of the Hawai'i<br>   Association of Middle Schools & National<br>   Middle School Association; 1993-Present. |
| Dr. Evelyn Jacob<br>Department of Educational Leadership and<br>      Human Development<br>   George Mason University<br>   Fairfax, VA  22030-4444<br>   (703)993-3138<br>   Adjunct Member of Dissertation<br>      Committee; Colleague since 1989. | Dr. Joanne Arhar<br>Department of Educational Leadership and<br>      Human Development<br>   Kent State University<br>   404 White Hall<br>   Kent, OH  44242<br>   (216)672-2580<br>   Colleague since 1993. |