ORIGINAL

CHUNMAY CHANG #3302
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Tel. 808-536-2288
Fax 808-536-8807
Attorney for Respondent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 17 2006

at 11 o'clock and 25 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, nka LYNCH,<br><br>Petitioner,<br><br>v.<br><br>JOHN R. REMIS, JR.,<br><br>Respondent. | Civil No. 00-00765 SPK<br><br>Certificate of Service of Respondent's Trial Brief; Declarations of John R. Remis, Jr.; John Anolani Remis IV; Andreas Wailani Remis; Pamela Merez, Psy.D. and Paul D. Deering, Ph.D. and Trial Exhibits<br><br>Hearing Date: October 24, 2006<br>Senior Judge: SAMUEL P. KING |

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of Respondent's Trial Brief; Declarations of John R. Remis, Jr.; John Anolani Remis IV; Andreas Wailani Remis; Pamela Merez, Psy.D. and Paul D. Deering, Ph.D. and Trial Exhibits on Paul A. Lynch, attorney for Petitioner by depositing same in an official depository of the U.S. Postal Service, postage pre-paid envelope addressed as follows:

Paul A. Lynch
Lynch Ichida Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

DATED:    Honolulu, Hawaii, Oct. 17, 2006.

_____
CHUNMAY CHANG
Attorney for Respondent