# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV NO. 00-00765SPK-LEK

CASE NAME:       Catherine Jan Von Kennel Gaudin Vs. John R. Remis, Jr.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Samuel P. King        REPORTER:

DATE:     10/23/2006            TIME:

---

COURT ACTION:  EO: Court Order:

     This matter set for evidentiary hearing on October 24, 2006 and then November 21, 2006 is hereby continued to November 28, 2006 @l0:00 a.m. before Judge Samuel P. King.  Each party is to file its proposed findings of fact and conclusions of law by November 21, 2006.  By November 21, 2006, the parties shall file and provide the court and opposing counsel with a declaration setting forth the direct testimony of any witnesses that party intends to call to testify at trial.  The declaration shall be in lieu of examination unless opposition counsel stipulates that no cross-examination is requested.  An out-of-state witness, if any, may appear for cross-examination by telephone or video with leave of court.  By November 21, 2006, the parties shall file and provide the court and opposition counsel with their trial briefs and exhibits.

     IT IS SO ORDERED.

cc: All Counsel of Record

Submitted By: Leslie L. Sai, Courtroom Manager