ORIGINAL

LYNCH ICHIDA THOMPSON KIM & HIROTA
A Law Corporation

PAUL A. LYNCH 661-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: 528-0100

Attorney for Petitioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 21 2006

at 4 o'clock and 20 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, nka LYNCH,<br><br>Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>Respondent. | CIVIL NO. 00-0765 SPK (LEK)<br><br>NOTICE OF HEARING OF MOTION; PETITIONER'S MOTION TO QUASH SUBPOENA AND/OR FOR PROTECTIVE ORDER; DECLARATION OF PAUL A. LYNCH; CERTIFICATE OF SERVICE |

NOTICE OF HEARING OF MOTION

TO:  CHUNMAY CHANG, ESQ.
     737 Bishop Street, Suite 2100
     Honolulu, Hawaii 96813
     Attorney for Respondent

NOTICE IF HEREBY GIVEN that Petitioner's Motion To Quash Subpoena and/or For Protective Order shall come on for hearing before the Honorable Samuel P. King, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, the ____ day of _____, 2006, or as soon thereafter as counsel may be heard.

DATED:   Honolulu, Hawaii, November 21, 2006.

                                                                                                /s/ Paul A. Lynch
                                                                                    PAUL A. LYNCH
                                                                                    Attorney for Petitioner