UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, nka LYNCH, | ) ) ) | CIVIL NO. 00-0765 SPK (LEK) |
| | ) | PETITIONER'S MOTION TO QUASH |
| Petitioner, | ) | SUBPOENA AND/OR FOR PROTECTIVE |
| vs. | ) | ORDER |
| | ) | |
| JOHN R. REMIS, JR., | ) | |
| | ) | |
| Respondent. | ) | |
| | ) ) | |

PETITIONER'S MOTION TO QUASH SUBPOENA
AND/OR FOR PROTECTIVE ORDER

COMES NOW Petitioner, CATHERINE JANE VON KENNEL GAUDIN, nka LYNCH, and hereby moves for an order to quash subpoena and/or for protective order for Petitioner to show up at the hearing on November 28, 2006, with certain documents and records to testify about them.

The grounds for this motion include: The subject matter of the subpoena and method of proposed examination is in the nature of a fishing expedition, discovery during a substantive hearing and is inappropriate.

This motion is based on the files, records, proceedings, Declaration of Paul A. Lynch and oral argument at the hearing on the motion.

DATED:    Honolulu, Hawaii, November 21, 2006.

_____
PAUL A. LYNCH
Attorney for Petitioner