UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, nka LYNCH,<br><br>        Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>        Respondent. | ) CIVIL NO. 00-0765 SPK (LEK)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing will be duly served upon the following party by hand delivering a copy of same to her at her last known address, on this date as follows:

CHUNMAY CHANG, ESQ
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Attorney for Respondent

DATED:   Honolulu, Hawaii, November 21, 2006.

_____
PAUL A. LYNCH
Attorney for Petitioner