ORIGINAL

LYNCH ICHIDA THOMPSON KIM & HIROTA
A Law Corporation

PAUL A. LYNCH 661-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: 528-0100

Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE<br>VON KENNEL GAUDIN, nka LYNCH,<br><br>               Petitioner,<br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>               Respondent. | ) CIVIL NO. 00-0765 SPK (LEK)<br>)<br>) PROPOSED FINDINGS OF FACT<br>) AND CONCLUSIONS OF<br>) LAW; CERTIFICATE OF SERVICE<br>)<br>) Hearing: November 28, 2006<br>) Time:    10:00 a.m.<br>) Judge: Judge Samuel P. King<br>) |

PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW

Comes now the undersigned counsel for Petitioner and submits to this Court as proposed Findings of Fact and Conclusions of Law each and every factual statement made by the undersigned in the Trial Brief prepared by him and submitted on Petitioner's behalf relative to the hearing set for November 28, 2006, at 10:00 a.m., and also the Conclusions of Law are those statements therein made as conclusions to the recitation of facts after application of the law for the consequences and results therein set out *seriatim*.

Because of the nature of this hearing, including the fact that the Petitioner has already proved her Petition, it has been approved, and the Findings of Fact and Conclusions of Law with respect thereto have already been set out in the past and that the remand merely has to do with the

present status of the defense or defenses originally pleaded by the Respondent, then the Petitioner must wait to respond the Respondent's proof (as the "defense" in litigation, where the Plaintiff has the burden of proof and the burden of going forward). Should the Court wish separately stated Findings and Conclusions, Petitioner requests that it be allowed to prepare such Findings of Fact and Conclusions of Law after the Court's determination of the outcome and decision of the hearing.

The bottom line, in terms of the consequences is that the Petitioner is entitled to an order of the Court that Andreas Remis be sent back to his "habitual place of residence" in Quebec, Canada, under the provisions of the Hague Convention and the International Child Abduction Remedies Act.

DATED:    Honolulu, Hawaii, November 21, 2006.

_____
PAUL A. LYNCH
Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE<br>VON KENNEL GAUDIN, nka LYNCH,<br><br>        Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>        Respondent. | ) CIVIL NO. 00-0765 SPK (LEK)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following by hand delivering a copy of same, on this date, addressed as follows:

CHUNMAY CHANG, ESQ.
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813

DATED:    Honolulu, Hawaii, November 21, 2006.

                                          /s/ Paul A. Lynch
                                          PAUL A. LYNCH
                                          Attorney for Petitioner