ORIGINAL

LYNCH ICHIDA THOMPSON KIM & HIROTA
A Law Corporation

PAUL A. LYNCH 661-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: 528-0100

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, | ) Civil No. 00-00765 SPK LEK ) ) PETITIONER'S TRIAL EXHIBIT "1" |
| Petitioner, | ) |
| vs. | ) |
| JOHN R. REMIS, JR., | ) |
| Respondent. | ) |

PETITIONER'S TRIAL EXHIBIT "1"