28 avril 2000
Hi There Pa! How are you doing? The boys are doing fine. Thank you for their Easter package. We are enjoying our Bible Time "Easter Series". Enclosed are their school reports. Please let me know by in writing, by fax or mail... once you have your travel confirmations and your summer plans with the boys set. For their medical insurance..... Village Travel 450-458-7041.
How do you feel about this?........John?........In my estimation, it is of highest priority that our boys receive a Christian education. I am in the process of making arrangements for their Home Schooling for Grade Five and Grade Three. I am planning to use the Bob Jones University Home School curriculum including their HomeSat program. I have asked that they send you their curriculum catalogues and the video on the Home Sat. I plan to supplement their curriculum with French grammer and perhaps some Canadian geography in French. Our pastor and his wife, Paul and Kim Pelletier, whom you met, began Homeschooling using the Bob Jones University Curriculum last year. His children are in the same grades as ours. My half sister, Gloria Repp, a Christian author and writer of numerous books, works for the Bob Jones University Press and from what I understand, writes some of their curriculum reading material. The boys are already reading and enjoying a few of her books! We are looking forward to this new and exciting experience!
Take care of yourself, John,
Aloha, Catherine.
Isaiah 54:13 "And all thy children shall be taught of the Lord; and great shall be the peace of thy children."
Ésaïe 54:13 Tous tes fils seront disciples de l'Éternel, Et grande sera la prospérité de tes fils."

EXHIBIT C4