*w pen EMAIL TO BoYs May 13/00 7 Lake George 4 Grandmas.*
*a) leave for Hi American Airlines - Flight 3 - 6/20- Leave*
*Hi July 29 AA FLT 58 to Legoland return to Grandmas*
*b) August AA FLT 202*

Dear Catherine,

Seems Johnny is experiencing more than growing pains. Did the Dr. do an EKG? Most of the heart tests I've read about probe blockage of vessels which is most unlikely for Johnny. Have you been referred to a cardiologist? My Dad died of cardiac arrest. A diagnosis of angina was made in 1972. Prior to that Dad had chosen the Dr. Atkins diet and indulged in bacon and other fatty foods with relish. Of course, he smoked 3 packs of cigarettes a day. After the diagnosis, Dad changed his diet completely and undertook daily exercise. In 1991, the average life expectancy for a white male was 73. My last full half-day physical in 1998 led to a comment by the Dr. that I had the internal chemistry/function of a 25 year old.

I'll be in Hudson on 6/10, about 9:00 AM. Our itinerary will be similar to years past. We'll leave Grandma's on 6/20. Classes begin 6/19 and the school knows the boys will start 6/21. Classes run from 8-12. Unless court intervenes, I shall pick the guys up and spend the balance of the day with them. Our usual Big Island visit has not yet been set. We'll arrive back in Hudson 8/5. You will be called 4:30 on Saturdays. I shall have the ususal health insurance secured thru Village Travel on 6/5 and ask that they call you for pick-up.

Thank you for my traditional birthday song and the boys for their cards. Seems there has been a nagging cold/sore throat bug in The Islands. Just when you think it's gone, it bites again.

Mom is doing well with her gardening, weather permitting.

Aloha for now,

EXHIBIT C5