SUE A. LEHRKE, PH.D., INC.
Dillingham Transportation Building
735 Bishop Street Suite 218
Honolulu Hawai'i 96813

Telephone: 808/523-1755                                    Telefax: 808/523-1158

By Fax To:                                                 December 15, 2000

Chunmay Chang, Esq.
Paul Lynch, Esq.

    Re: Gaudin/Remis

Dear Attorneys:

On December 19, 2000, I can be available to testify by telephone from 9:00 a.m. until 10:00 a.m. or from 1:00 p.m. until 2:00 p.m.

I will not state expert opinions because that is the role of the Custody Guardian ad Litem. I will report factually on the information which I have been given, which has all come from the Remis boys and Mr. Remis. I doubt that this testimony will shed new light on the case because the Custody Guardian ad Litem seems to have obtained all the same information independently from the same sources.

I will need notification by December 18 at 3:00 p.m. about the expected time of the telephone call. A message on my answering machine or a fax will be fine.

Yours truly,

Sue A. Lehrke, Ph.D.
Licensed Clinical Psychologist,
  Child Psychologist, and Clinical Neuropsychologist

EXHIBIT C7