| STATE OF HAWAII FAMILY COURT FIRST CIRCUIT | ORDER APPOINTING ~~CUSTODY~~ GUARDIAN AD LITEM | CASE NUMBER FC-P  NO. 93-0625 |
|---|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, Petitioner, v. JOHN R. REMIS, JR., Defendant. | ~~Custody~~/GUARDIAN AD LITEM (Name, Address, & Phone No.) MARIANITA LOPEZ 66-437 Kamehameha Highway, Suite 209 Haleiwa, Hawaii, 96712 Telephone: 637-7611 GUARDIAN AD LITEM FOR (NAME) JOHN ANOLANI REMIS, IV | |

Good cause appearing, IT IS ORDERED that pursuant to HRS Sections 560:5-105, 571-8.5(8), 571-24, 571-46(8), 571-47, 578-17, 584-9, 587-34 and/or HFCR 17(c) and 152, the person indicated above be appointed guardian ad litem to protect the interests of the minor child named above until final disposition of the case or unless sooner discharged by the court subject to the "Duties of a Guardian Ad Litem (GAL)" set forth on the reverse of this Order Appointing Guardian Ad Litem and incorporated herein.

IT IS ALSO ORDERED that said guardian ad litem shall serve effective: __September 18, 2000__

[X] without bond
[ ] without compensation but shall receive reasonable costs
[ ] as a volunteer of the Volunteer Guardian Ad Litem Program, said Program having the authority to act on behalf of the volunteer
[ ] and shall receive reasonable fees and costs
[X] fees and/or cost may be payable in whole or in part by an individual or agency, or by the court as the circumstances may justify  Fees not to exceed $5,000.
[ ] _____ may be required to reimburse the court for fees and costs paid as circumstances may justify and in an amount to be determined by the court.

IT IS FURTHER ORDERED that the guardian ad litem shall:
(1) Be allowed access to the child by the caretakers of the child whether caretakers are individuals, authorized agencies, or health care providers;
(2) Have upon presentation of this order to any agency, hospital, organization, school, individual or office, including but not limited to the Clerk of this Court, human services and/or child caring agencies, public or private institutions and/or facilities, medical and mental health professionals, law enforcement agencies and the Attorney General, the authority to inspect and receive copies of any records, notes, and electronic recordings concerning the child that are relevant to the proceedings filed under this chapter without the consent of the child or individuals and authorized agencies who have control of the child;
(3) Hold any information received from any such source as confidential, and shall not disclose the same except to the court and where allowed by the court, to other parties to this case and where provided by law;
(4) Be given notice of all hearings and proceedings including but not limited to administrative, family, civil, criminal, grand juries or appellate; and all conferences including but not limited to multi-disciplinary team meetings, individual educational program meetings or interagency cluster meetings, involving the child and shall protect the best interest of the child therein, unless otherwise ordered by the court;
(5) Appear at all court hearings to represent the child's interest, providing testimony when required; and
(6) Have party status in any agreement or plan entered into on behalf of the child.

| DATE SEP 1 8 2000 Honolulu, Hawaii | JUDGE [signature] (SEAL) | FAMILY COURT FIRST CIRCUIT COURT STATE OF HAWAII FILED 3:10 o'clock, P.M. SEP 1 8 2000 A. MIYASATO Clerk |
|---|---|---|

cc: Senior Judge
    Fiscal
    GAL
    ~~Child's~~ Geoffrey Hamilton, Esq.
    ~~Child's~~ John R. Remis, Jr., Esq.

**EXHIBIT C8**

I do hereby certify that this is a full, true and correct copy of the original on file in this office.
[signature] Miyazaki

ORDER APPOINTING GUARDIAN AD LITEM