

EXHIBIT C9