IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re the Application of: | ) Civil No. 00-00765 SPK LEK |
| | ) (Other Statutory Actions) |
| CATHERINE JANE | ) |
| VON KENNEL GAUDIN, | ) CERTIFICATE OF SERVICE |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN R. REMIS, JR., | ) |
| | ) |
| Respondent. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be served on the following by hand depositing a copy of same in the United States mail, postage prepaid, this date, addressed as follows:

       Chunmay Chang, Esq.
       547 Halekauwila Street, #216
       Honolulu, Hawaii 96813
       Attorney for Respondent

DATED:    Honolulu, Hawaii,   DEC 7 2001  .

_____
PAUL A. LYNCH
Attorney for Plaintiff