## CERTIFICATE OF SERVICE

CHUNMAY CHANG, an attorney duly licensed to practice law in the State of Hawaii hereby states that a copy of Respondent's Supplemental Trial Brief will be served upon the following by depositing same with the U.S. Postal Service, first class mail postage paid and addressed to the following:

PAUL A. LYNCH
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
Attorney for Respondent

Dated: Honolulu, Hawaii, November 21, 2006.

_____
CHUNMAY CHANG
Attorney for Respondent