LYNCH ICHIDA THOMPSON KIM & HIROTA
A Law Corporation

PAUL A. LYNCH 661-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: 528-0100

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, | ) Civil No. 00-00765 SPK LEK ) ) |
| Petitioner, | ) EX PARTE MOTION TO SHORTEN TIME ) FOR HEARING ON PETITIONER'S |
| vs. | ) MOTION TO QUASH SUBPOENA AND/OR ) FOR PROTECTIVE ORDER; |
| JOHN R. REMIS, JR., | ) DECLARATION OF PAUL A. LYNCH; ) ORDER GRANTING EX PARTE MOTION |
| Respondent. | ) TO SHORTEN TIME FOR HEARING ON ) PETITIONER'S MOTION TO QUASH ) SUBPOENA AND/OR FOR PROTECTIVE ) ORDER ) ) Hearing Date: _____ ) Hearing Time: _____ ) Judge: _____ |

EX PARTE MOTION TO SHORTEN TIME
FOR HEARING ON PETITIONER'S MOTION TO
QUASH SUBPOENA AND/OR FOR PROTECTIVE ORDER

CATHERINE JANE VON KENNEL GAUDIN, Petitioner, through her attorneys,

Lynch Ichida Thompson & Kim moves this Honorable Court *ex parte* for an order shortening

time for hearing on her Motion To Quash Subpoena and/or for Protective Order.

This motion is brought pursuant to Rules 6 and 7 of the Federal Rules of civil

This motion is brought pursuant to Rules 6 and 7 of the Federal Rules of civil Procedure and is based on the attached Declaration of Counsel and the record and files herein.

DATED:    Honolulu, Hawaii, November 21, 2006.

_____
PAUL A. LYNCH
Attorney for Petitioner