IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, | ) Civil No. 00-00765 SPK LEK ) ) |
| Petitioner, | ) DECLARATION OF COUNSEL ) |
| vs. | ) ) |
| JOHN R. REMIS, JR., | ) ) |
| Respondent. | ) ) ) ) |

## DECLARATION OF COUNSEL

PAUL A. LYNCH, declares under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of Hawaii, and with the law firm of Lynch Ichida Thompson & Kim who represents the Petitioner herein.

2. Petitioner was served with a subpoena regarding testimony concerning documents.

3. The subpoena and its contents is in the nature of discovery being conducted during a hearing.

4. The nature of the hearing renders the subject matter of the subpoena inappropriate, untimely, delaying and harassing.

5. The discovery sought to be conducted is inappropriate to and for the hearing scheduled.

6. Therefore, the time to have the Motion to Quash Subpoena And/Or For Protective Order needs to be heard before or at the beginning of said hearing presently scheduled for 10:00 a.m. on November 28, 2006.

I, PAUL A. LYNCH, do declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct.

Executed:     Honolulu, Hawaii, November 21, 2006.

_____
PAUL A. LYNCH