IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN,<br><br>        Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>        Respondent. | ) Civil No. 00-00765 SPK LEK<br>)<br>)<br>) ORDER GRANTING EX PARTE MOTION<br>) TO SHORTEN TIME FOR HEARING<br>) PETITIONER'S MOTION TO QUASH<br>) SUBPOENA AND/OR FOR PROTECTIVE<br>) ORDER<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING EX PARTE MOTION
TO SHORTEN TIME FOR HEARING PETITIONER'S MOTION
TO QUASH SUBPOENA AND/OR FOR PROTECTIVE ORDER

Upon review of the Ex Parte Motion to Shorten Time for Hearing of Petitioner's Motion to Quash Subpoena and/or for Protective Order, and the Declaration of Paul A. Lynch attached thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Ex Parte Motion to Shorten Time for Hearing of Petitioner's Motion to Quash Subpoena and/or for Protective Order may be heard before the Honorable _____, Judge of the above-entitled Court, in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at _____ o'clock, ___.m., on _____ or as soon thereafter as counsel can be heard.

DATED:   Honolulu, Hawaii, _____NOV 28 2006_____.

_____/s/ Leslie E. Kobayashi_____
JUDGE OF THE ABOVE-ENTITLED COURT