# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/11/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 00-00765SPK-LEK |
| CASE NAME: | Catherine Jane Von Kennel Gaudin vs. John R. Remis, Jr. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/11/2006 | TIME: | |

COURT ACTION: EO:   COURT ORDER: Before the Court is Petitioner Catherine Jane Von Kennel Gaudin's ("Petitioner") Motion to Quash Subpoena and/or for Protective Order ("Motion"), filed November 21, 2006.  Respondent John R. Remis, Jr. has not filed a memorandum in opposition to the Motion.  Insofar as the Motion is unopposed, and for the reasons set forth in the Motion, the Court finds that the subpoena served on Petitioner should be quashed.  In light of this ruling, the Court finds it unnecessary to enter a protective order.  The Motion is therefore GRANTED IN PART and DENIED IN PART.  The hearing on the Motion, currently set for Friday, December 22, 2006, at 9:00 a.m., is HEREBY VACATED.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager