ORIGINAL

CHUNMAY CHANG #3302
737 Bishop St., Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 536-2288
Facsimile: (808) 536-8807
Attorney for Respondent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 6 2006

at 3 o'clock and ___ ___ .M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR<br><br>　　　　　　Respondent. | CIVIL NO. 00-00675 SPK<br><br>RESPONDENT'S MOTION FOR RECONSIDERATION; DECLARATION OF COUNSEL, EXHIBIT "A" CERTIFICATE OF SERVICE |

### RESPONDENT'S MOTION FOR RECONSIDERATION

Respondent, John R. Remis. Jr., (hereinafter "Respondent") by and through his attorney Chunmay Chang, hereby requests, pursuant to Rules 7 and 59 of the Federal Rules of Civil Procedure and Local Rule 60.1, that this Court reconsider its order granting Petitioner's Motion to Quash Subpoena filed December 11, 2006. This motion is based upon the applicable rules, the papers and pleadings contained in the file and the Declaration of Counsel with exhibit submitted herewith.

DATED: Honolulu, Hawaii, December 26, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHUNMAY CHANG.
　　　　　　　　　　　　　　　　　　Attorney for Respondent