## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing Motion for Reconsideration on Paul A. Lynch, attorney for Petitioner by depositing same in a an official depository of the U.S. Postal Service, postage pre-paid envelope addressed as follows:

> Paul A. Lynch
> Lynch Ichida Thompson & Kim
> First Hawaiian Tower
> 1132 Bishop Street, Suite 1405
> Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, December 26, 2006.

_____
CHUNMAY CHANG
Attorney for Respondent