# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 00-00675SPK-LEK |
| CASE NAME: | Catherine Jane Von Kennel Gaudin aka Lynch vs. John R. Remis, Jr. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/27/2006 | TIME: | |

COURT ACTION:  EO: Respondent's Motion for Reconsideration filed 12/26/06 will be considered by Magistrate Judge Leslie E. Kobayashi as a Non-Hearing Motion.

Memorandum in Opposition is due 1/9/07.
Reply Memorandum is due 1/23/07.

Respondent's Motion for Reconsideration will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager