IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, | ) | CIVIL NO. 00-00765 SPK-LEK |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| JOHN R. REMIS, JR., | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

ORDER REGARDING EVIDENTIARY HEARING

Given the current dispute regarding discovery and relevance of documents regarding the current immigration status of Petitioner, the evidentiary hearing in this case is rescheduled to February 13, 2007 at 10:00 a.m. The record reflects that John A. Remis turned 16 on September 17, 2006. Accordingly, the hearing shall be limited to issues regarding Andreas Remis. See Hague Convention, art. 4, 19 I.L.M at 1501.

IT IS SO ORDERED.

DATED: January 4, 2007.



_____
Samuel P. King
Senior United States District Judge