# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 00-00765SPK-LEK |
| CASE NAME: | Catherine Jan Von Kennel Gaudin Lynch Vs. John R. Remis, Jr. |
| ATTYS FOR PLA: | Paul A. Lynch |
| ATTYS FOR DEFT: | Chunmay Chang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Samuel P. King | REPORTER: | Cynthia Fazio |
| DATE: | 2/13/2007 | TIME: | l0:05am-l0:47am |

COURT ACTION:  EP: Evidentiary Hearing-Petitioner-Catherine Jan Von Kennel Gaudin Lynch-Present, John Remis, Jr.-Present, John Remis, IV-Present and Andreas Remis-Present.

Court and Counsel discussed the Status of this Action.

The Petitioner's Counsel has requested a continuance of this hearing to allow Counsel to file a Motion to Strike and the Respondent's Counsel to file a Motion to Dismiss.

Briefing Schedule as to the Motions-

Motions' to be filed by 3/9/2007.

Response to the Motions' to be filed by 3/30/2007.

Reply to be filed by 4/10/2007.

Court to determine if there will be a Evidentiary Hearing or a Hearing on the filed Motions' after the Motions have been filed.  Hearing Date set for 5/9/2007 @l0:00 a.m.

Respondent's Exhibit G-admitted.

Submitted by Leslie L. Sai, Courtroom Manager