LYNCH ICHIDA THOMPSON KIM & HIROTA
A Law Corporation

PAUL A. LYNCH
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: pal@loio.com
       Sjk@loio.com
Attorney for Petitioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 0 2007

at 11 o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN,<br><br>  Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>  Respondent. | CIVIL NO. 00-00765 SPK LEK<br>(Other Statutory Actions)<br><br>NOTICE OF HEARING OF MOTION;<br>MOTION TO STRIKE FORMAT, ALL<br>DECLARATIONS, AND DISMISS<br>ARTICLE 13 DEFENSES;<br>MEMORANDUM IN SUPPORT OF<br>MOTION; DECLARATION OF PAUL<br>A. LYNCH; CERTIFICATE OF<br>SERVICE |

NOTICE OF HEARING OF MOTION

TO:  CHUNMAY CHANG, ESQ.
     737 Bishop Street, Suite 2100
     Honolulu, Hawaii 96813
     Attorney for Respondent

NOTICE IS HEREBY GIVEN that Petitioner's Motion to Strike Format, All Declarations, and Dismiss Article 13 Defenses shall come on for hearing before the Honorable Samuel P. King, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, the ____ day of _____, 2007, or as soon thereafter as counsel may be heard.

DATED:   Honolulu, Hawaii, March 30, 2007.

_____
PAUL A. LYNCH
Attorney for Petitioner