IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, | ) CIVIL NO. 00-00765 SPK LEK<br>) (Other Statutory Actions)<br>) |
| Petitioner, | ) MOTION TO STRIKE FORMAT, ALL<br>) DECLARATIONS, AND DISMISS |
| vs. | ) ARTICLE 13 DEFENSES<br>) |
| JOHN R. REMIS, JR., | )<br>) |
| Respondent. | )<br>) |

MOTION TO STRIKE FORMAT, ALL DECLARATIONS,
AND DISMISS ARTICLE 13 DEFENSES

Comes now Petitioner, CATHERINE JANE VON KENNEL GAUDIN, by and through her attorneys Lynch Ichida Thompson Kim & Hirota and moves this Honorable Court to strike the format for hearing contained in the Notice of July 6, 2006 for the pending hearing on remand of the balance of this case, and for the same reasons as well as additional other reasons hereinafter recited all of the declarations submitted as and for the direct examination of witnesses for each side, and Article 13 defenses. This motion is made pursuant to Rules 12(f), 7, 11, 12(h)(2), 56, the memorandum in support herein, the declaration of Paul A. Lynch

and the records and files in this case, including all appellate proceedings from the initiation of this lawsuit on November 22, 2000 to the present time.

DATED:   Honolulu, Hawaii, March 30, 2007.

_____
PAUL A. LYNCH
Attorney for Petitioner