IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, | ) CIVIL NO. 00-00765 SPK LEK<br>) (Other Statutory Actions) |
| Petitioner, | ) MEMORANDUM IN SUPPORT OF<br>) MOTION |
| vs. | ) |
| JOHN R. REMIS, JR., | ) |
| Respondent. | ) |

# TABLE OF CONTENTS

|  |  | Page No. |
|---|---|---|
| I. | INTRODUCTION | 2 |
| II. | STATEMENT OF POSITION | 4 |
| III | THE REMAND | 8 |
|  | A. ARTICLE 13(b) – GRAVE RISK | 8 |
| IV | DECEPTION AND DELAY | 19 |

# TABLE OF AUTHORITIES

|  | Page No. |
|---|---|
| **Cases** | |
| Belay v. Getachew, 272 Fed. Supp. 2d 553 (D.Md. 2003) | 14, 15 |
| Danaipour v. McLarey, 286 73d 1 (CCA 1 2002) | 13, 15 |
| Employment Division v. Smith, 494 U.S. 872 (S.Ct. 1990) | 30 |
| England v. England, 234 F.3d 268 (CCA 5 2000) | 26, 27, 29 |
| Friedrich v. Friedrich, 78 F.3d 1060 (CCA 6 1996) | 13, 14, 15, 16 |
| Gaudin v. Remis, 415 F.3d 1028 (CCA 9 2005) | 3, 4, 8, 9, 16, 27 |
| Walsh v. Walsh, 221 F.3d 218 (CCA 1 2000) | 13, 14, 15, 19 |
| **Statutes** | |
| Hague Convention on the Civil Aspects of International Child Abduction (1980), T.I.A.S No. 11670, 1343 U.S.T.X. 89 | 2, 6, 7, 8, 14 |
| International Child Abduction Remedies Act 42 USC 11601, et seq. | 2, 8, 9 |
| **Miscellaneous\\** | |
| Perez-Vera, Explanatory Report: Hague Conference on Int'l Law, 3 Acts and Documents of the Fourteenth Session 426 (1980) | 9 |
| U.S. Department of State's Legal Analysis of the Hague Convention 151 Fed. Reg 10494 (1986) | 10 |