IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, | ) CIVIL NO. 00-00765 SPK LEK<br>) (Other Statutory Actions)<br>) |
| Petitioner, | ) DECLARATION OF PAUL A.<br>) LYNCH |
| vs. | ) |
| JOHN R. REMIS, JR., | ) |
| Respondent. | ) |

## DECLARATION OF PAUL A. LYNCH

I, PAUL A. LYNCH, hereby make the following declaration under penalty of law:

1. I am an attorney duly licensed to practice law in all courts of the State of Hawaii and in the United States District Court For The District of Hawaii.

2. I am a partner in the law firm of LYNCH ICHIDA THOMPSON KIM & HIROTA, and I am the attorney in the above-entitled proceeding for Petitioner CATHERINE JANE VON KENNEL GAUDIN.

3. I have personal knowledge of the statements made in the annexed Memorandum in Support of Motion and I am competent to testify regarding said statements if called upon to do so, except where such statements are made upon information and belief; as to those statements, I believe them to be true.

DATED:   Honolulu, Hawaii, March 30, 2007.

_____
PAUL A. LYNCH
Attorney for Petitioner