IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN,<br><br>        Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>        Respondent. | ) CIVIL NO. 00-00765 SPK LEK<br>) (Other Statutory Actions)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon the following by depositing same in the United States mail, postage prepaid, addressed as follows:

    Chunmay Chang, Esq.
    737 Bishop Street, Suite 2100
    Honolulu, Hawaii 96813
    Attorney for Respondent

    DATED:   Honolulu, Hawaii, March 30, 2007.

                                       /s/ Paul A. Lynch
                                       PAUL A. LYNCH
                                       Attorney for Petitioner