CHUNMAY CHANG #3302  
737 Bishop St., Suite 2100  
Honolulu, Hawaii 96813  
Telephone: (808) 536-2288  
Facsimile: (808) 536-8807  

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 30 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorney for Respondent

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH, <br><br> Petitioner, <br><br> vs. <br><br> JOHN R. REMIS, JR <br><br> Respondent. | CIVIL NO. 00-00675 SPK <br><br> RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT AND ALTERNATIVELY TO CONTINUE HEARING AND GRANT LEAVE TO CONDUCT DISCOVERY; MEMORANDUM OF LAW, DECLARATION OF COUNSEL, EXHIBITS "A-D" CERTIFICATE OF SERVICE <br><br> Motion Date: May 9, 2007 <br> Time: 10:00 AM <br> Senior Judge: Samuel P. King |

### RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT AND ALTERNATIVELY TO CONTINUE HEARING AND GRANT LEAVE TO CONDUCT DISCOVERY

Respondent, John R. Remis, Jr., (hereinafter "Respondent") by and through his attorney Chunmay Chang, hereby requests, pursuant to Rules 7, 15 and 56 of the Federal Rules of Civil Procedure and Local Rules 56.1, that this Court dismiss the Petition herein as being moot. Alternatively, Respondent requests a continuance of the hearing of this matter to permit time to file a motion with the Ninth Circuit Court of Appeals to vacate its decision of August 10, 2004, and alternatively to grant Respondent leave to conduct discovery based on new evidence.

This motion is based upon all applicable rules of the Federal Rules of Civil Procedure, the records and files herein and the Declaration of Counsel with exhibits submitted therewith.

DATED: Honolulu, Hawaii, March 30, 2007.

                                                                                                                            _____
                                                                                                                            CHUNMAY CHANG.
                                                                                                                            Attorney for Respondent