UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH, | ) ) | CIVIL NO. 00-00675 SPK |
| Petitioner, | ) ) ) | DECLARATION OF COUNSEL; EXHIBITS "A-D" |
| vs. | ) ) | |
| JOHN R. REMIS, JR | ) ) | |
| Respondent. | ) ) | |

DECLARATION OF COUNSEL

Chunmay Chang, an attorney duly licensed to practice law in the State of Hawaii, hereby declares under penalty of perjury that:

1. I am the attorney for the Respondent John R. Remis, Jr., and make this Declaration in support of Respondent's Motion to Dismiss the Petition.

2. Attached hereto as Exhibit "A" is a true and correct copy of United States Magistrate Judge Leslie E. Kobayashi's Order Granting Respondent's Motion for Reconsideration dated January 29, 2007.

3. Your Declarant was present at the prior hearing held before Senior Judge Samuel P. King on February 13, 2007. At that time, Petitioner, in response to a Subpoena Duces Tecum issued by my office, produced a Permanent Resident Card INS A# 020-278-602 issued in the name of Catherine J. Lynch. A true and correct copy of Petitioner's Permanent Resident Card is annexed hereto as Exhibit "B", which was entered into evidence at the hearing held February 13, 2007 as Respondent's Exhibit "G".

4. Exhibit "C" attached hereto is a true and correct copy of the transcript of the February 31, 2007, hearing before this honorable court.

5. Exhibit "D" hereto is a true and correct copy of Attorney Lynch's Declaration filed herein on November 21, 2006.

6. If this court determines not to dismiss the petition, the Respondent believes that a short continuance to allow a reasonable opportunity to conduct further discovery or Petitioner's immigration status would be warranted. Declarant believes a period of 90 days should be allowed to achieve this discovery or such period of time as may be required for Petitioner to secure copies of requested documents from the immigration authorities for which Petitioner should be ordered to issue an authorization to release her file to Respondent's attorney. It is also important for Respondent to know the timing of Petitioner's application for the renewal of her Permanent Residence.

DATED: Honolulu, Hawaii, March 30, 2007.

_____
CHUNMAY CHANG