UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH, | ) ) | CIVIL NO. 00-00675 SPK |
| Petitioner, | ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| JOHN R. REMIS, JR | ) ) | |
| Respondent. | ) ) | |

### CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of Respondent's Motion to Dismiss Petition as Moot and Alternatively to Continue Hearing and Grant Leave to Conduct Discovery was duly served upon Paul A. Lynch, , Eseq., Attorney for Petitioner, by depositing same in an official depository of the U.S. Postal Service, postage pre-paid envelope addressed as follows:

> Paul A. Lynch, Esq.
> Lynch Ichida Thompson & Kim
> 1132 Bishop Street, Suite 1405
> Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, March 30, 2007

_____
CHUNMAY CHANG
Attorney for Respondent