CHUNMAY CHANG #3302
737 Bishop St. Suite 2100
Honolulu, Hawaii 96813
808-536-2288
Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, nka LYNCH | ) ) ) ) | Case No.: CV00-00765 SPK LEK |
| | ) | RESPONDENT'S MOTION IN LIMINE DECLARATION OF COUNSEL; EXHIBIT "A" |
| Petitioner, | ) ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| JOHN R. REMIS, JR., | ) ) | Motion Date: May 9, 2007 |
| Respondent. | ) ) ) | Time: 10:00 A.M. Senior Judge: Samuel P. King |

RESPONDENT'S MOTION IN LIMINE

COMES NOW Respondent, John R. Remis, Jr., by his attorney, Chunmay Chang, and hereby moves this Court, for a hearing prior to the commencement of the hearing and move the Court in limine for an order to exclude certain evidence from the hearing to be conducted in the above-entitled matter as follows: An order excluding and precluding from use at the hearing the following evidence which the Petitioner may attempt to adduce: All statements contained in the Declaration of Paul A. Lynch dated November 21, 2006 which are excludable as being hearsay (Federal Rules of Evidence, Rule 802); without foundation as an expert (FRE, Rule 701) and irrelevant (FRE Rule 402). This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and the directive of this Court on February 13, 2007.

DATED: Honolulu, Hawaii, March 30, 2007

CHUNMAY CHANG