## DECLARATION OF COUNSEL

Chunmay Chang, an attorney duly licensed to practice law in the State of Hawaii and the U.S. District Court for the District of Hawaii, hereby declares under penalty of perjury that the following are true and correct to the best of my knowledge and belief:

1. I am the attorney for John R. Remis, Jr., Respondent herein and make this Declaration in Support of Respondent's Motion in Limine.

2. Attached as Exhibit "A" is a true and correct copy of the Declaration of Paul A. Lynch dated November 21, 2006 which was filed in this matter.

3. At paragraphs 4 and 7. of the Declaration of Paul A. Lynch dated November 21, 2006, the Petitioner's prior Trial Brief and Rule 60(b) motion and all allegations, transcript and record. References should not be permitted as evidence at this hearing as the remand clearly directed this Court to determine "grave risk" as it may exist today, not in the year 2000. Paragraph 8. of Attorney Lynch's Declaration is based in hearsay. Paragraphs 9. and 10. of said Declaration are not relevant and in Paragraph 10. Attorney Lynch apparently offers expert opinion which should be precluded.

FURTHER DECLARANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, March 30, 2007.

_____
Chunmay Chang

2