CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Respondent's Motion in Limine on Paul A. Lynch, attorney for Petitioner by mailing same this date addressed as follows:

> Paul A. Lynch
> Lynch Ichida Thompson & Kim
> First Hawaiian Tower
> 1132 Bishop Street, Suite 1405
> Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, March 30, 2007.

*[signature]*
CHUNMAY CHANG
Attorney for Respondent