ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 03 2007

at 5 o'clock and 38 min. P M
SUE BEITIA, CLERK

CHUNMAY CHANG #3302
737 Bishop St., Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 536-2288
Facsimile: (808) 536-8807
Attorney for Respondent

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH, <br><br>         Petitioner, <br><br> vs. <br><br> JOHN R. REMIS, JR <br><br>         Respondent. | CIVIL NO. 00-00765 SPK <br><br> NOTICE OF ERRATA RE: RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT AND ALTERNATIVELY TO CONTINUE HEARING AND GRANT LEAVE TO CONDUCT DISCOVERY; EXHIBIT "B"; CERTIFICATE OF SERVICE <br><br> Motion Date: May 9, 2007 <br> Time: 10:00 AM <br> Senior Judge: Samuel P. King |

NOTICE OF ERRATA RE: RESPONDENT'S MOTION TO DISMISS
PETITION AS MOOT AND ALTERNATIVELY TO CONTINUE
HEARING AND GRANT LEAVE TO CONDUCT DISCOVERY

PLEASE TAKE NOTICE that Exhibit "B" attached hereto is a true and correct redacted copy of Exhibit "B" contained in the captioned motion filed March 30, 2007 by reason of said first-filed Exhibit "B" containing sensitive information about Petitioner.

DATED: Honolulu, Hawaii, April 3, 2007.

                                          _____
                                          CHUNMAY CHANG
                                          Attorney for Respondent