## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of Notice of Errata Re: Respondent's Motion to Dismiss Petition as Moot and Alternatively to Continue Hearing and Grant Leave to Conduct Discovery; Exhibit "B" on Paul A. Lynch, attorney for Petitioner by depositing same in an official depository of the U.S. Postal Service, postage pre-paid envelope addressed as follows:

>Paul A. Lynch
>Lynch Ichida Thompson & Kim
>1132 Bishop Street, Suite 1405
>Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, April 3, 2007

*[signature]*
CHUNMAY CHANG