ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 23 2007

at 3 o'clock and 45 min
SUE BEITIA, CLERK

LODGED

APR 13 2007
3:15 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

CHUNMAY CHANG  #3302
737 Bishop St., Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 536-2288
Facsimile: (808) 536-8807

Attorney for Respondent

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH, | ) ) | CIVIL NO. 00-00765 SPK |
| Petitioner, | ) ) ) ) ) ) ) ) ) ) ) ) ) | EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT AND ALTERNATIVELY TO CONTINUE HEARING AND GRANT LEAVE TO CONDUCT DISCOVERY; [PROPOSED] DECLARATION; EXHIBIT "A"; ORDER GRANTING RESPONDENT'S MOTION TO SHORTEN TIME |
| JOHN R. REMIS, JR | ) ) | Motion Date: May 9, 2007 |
| Respondent. | ) ) ) | Time: 10:00 AM Senior Judge: Samuel P. King |

EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON RESPONDENT'S
MOTION TO DISMISS PETITION AS MOOT AND ALTERNATIVELY TO
CONTINUE HEARING AND GRANT LEAVE TO CONDUCT DISCOVERY

Respondent, John R. Remis. Jr., (hereinafter "Respondent") by and through his attorney

Chunmay Chang, hereby moves this Honorable Court, Ex Parte, for an order shortening time for

hearing on Respondent's Motion to Dismiss Petition as Moot and Alternatively to Continue

Hearing and Grant Leave to Conduct Discovery.

This motion is brought pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure and Local Rule 6.2(e) and is based upon the Declaration of Counsel attached and the records and files of this proceeding.

DATED: Honolulu, Hawaii, April 13, 2007.

                                              CHUNMAY CHANG.
                                              Attorney for Respondent