EXHIBIT A

# CHUNMAY CHANG
## ATTORNEY AT LAW

737 BISHOP STREET, SUITE 2100　　　　　　　　　　　　　　　　　　TELEPHONE: (808) 536-2288
HONOLULU, HAWAII 96813　　　　　　　　　　　　　　　　　　　　FACSIMILE: (808) 536-8807

April 4, 2007

*Facsimile 529-4997 and By Mail*

Paul A. Lynch, Esq.
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

　　　　　Re:　Gaudin v. Remis

Dear Mr. Lynch:

　　　As you are aware, we are submitting an ex parte motion for an order shortening time for hearing on Defendant's Motion to Dismiss Etc. We are asking that the court to schedule a hearing on this motion prior to the hearing on the merits on remand, including your motion regarding the declarations. Prior to our submission, we need to contact you to obtain your position with regard to our request.

　　　My paralegal Jane had left a couple of messages with your office on Monday as well as Tuesday requesting a response and has not yet received one from your office. As time is of the essence, if I do not hear from you or your office by close of business on April 5, 2007, I would take your non-response as your objection to our ex parte motion.

　　　Please contact me if you have any questions. Thank you for your attention.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　Chunmay Chang

CMC/fp

cc:　Mr. John Remis (by facsimile)