UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH, | ) ) | CIVIL NO. 00-00675 SPK |
| Petitioner, | ) ) | ORDER GRANTING RESPONDENT'S EX PARTE MOTION TO SHORTEN |
| vs. | ) ) ) | TIME FOR HEARING RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT AND ALTERNATIVELY TO |
| JOHN R. REMIS, JR | ) ) | CONTINUE HEARING AND GRANT LEAVE TO CONDUCT DISCOVERY |
| Respondent. | ) ) | |

**ORDER GRANTING RESPONDENT'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT AND ALTERNATIVELY TO CONTINUE HEARING AND GRANT LEAVE TO CONDUCT DISCOVERY**

Upon review of Respondent's Ex Parte Motion to Shorten Time for hearing Respondent's Motion to Dismiss Petition as Moot and Alternatively to Continue Hearing and Grant Leave to Conduct Discovery and the Declaration of Chunmay Chang attached thereto and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED tht said Ex Parte Motion to Shorten Time for hearing Respondent's Motion to Dismiss Petition as Moot and Alternatively to Continue Hearing and Grant Leave to Conduct Discovery may be heard before the Honorable _____, Judge of the above entitled Court, in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at _____ o'clock, ___.m., on _____, 2007, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, _____.

_____
JUDGE OF THE ABOVE ENTITLED COURT

5