IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, | ) CIVIL NO. 00-00765 SPK LEK<br>) (Other Statutory Actions)<br>) |
| Petitioner, | ) CERTIFICATE OF SERVICE<br>) |
| vs. | )<br>) |
| JOHN R. REMIS, JR., | )<br>) |
| Respondent. | )<br>) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon the following by depositing same in the United States mail, postage prepaid, addressed as follows:

    Chunmay Chang, Esq.
    737 Bishop Street, Suite 2100
    Honolulu, Hawaii 96813
    Attorney for Respondent

DATED:    Honolulu, Hawaii, May 7, 2007.

_____
PAUL A. LYNCH
Attorney for Petitioner