UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH,<br><br>     Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR<br><br>     Respondent. | CIVIL NO. 00-00675 SPK<br><br>DECLARATION OF COUNSEL; EXHIBITS "A-C" |

## DECLARATION OF COUNSEL

Chunmay Chang, an attorney duly licensed to practice law in the State of Hawaii, hereby declares under penalty of perjury that:

1. I am the attorney for the Respondent John R. Remis, Jr., and make this Declaration in support of Respondent's Supplemental Brief Re: 8 USC 1101(a)(15)(B).

2. Attached hereto as Exhibit "A" is a true and correct copy of Attorney Lynch's letter brief to the Ninth Circuit Court of Appeals dated February 4, 2004.

3. Exhibit "B" attached hereto is a true and correct copy of the Respondent-Appellee's Response to Petitioner-Appellant's Submission of February 4, 2004, dated February 6, 2004.

4. Exhibit "C" hereto is a true and correct copy of the Transcript of February 13, 2007 hearing at page 11, lines 14-15.

FURTHER DECLARANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, May 7, 2007.

                _____
                CHUNMAY CHANG