EXHIBIT C

1

```
 1              IN THE UNITED STATES DISTRICT COURT FOR THE

 2                           DISTRICT OF HAWAII

 3   CATHERINE JANE VON            )   CIVIL NO. 00-00765SPK-LEK
     KENNEL GAUDIN,                )
 4              Petitioner,        )   Honolulu, Hawaii
                                   )   February 13, 2007
 5        vs.                      )   10:03 a.m.
                                   )
 6   JOHN R. REMIS, JR.,           )   EVIDENTIARY HEARING
                                   )
 7              Respondent.        )
     _____)
 8
                          TRANSCRIPT OF PROCEEDINGS
 9              BEFORE THE HONORABLE SAMUEL P. KING,
                  SENIOR UNITED STATES DISTRICT JUDGE
10
     APPEARANCES:
11
     For the Petitioner:           PAUL A. LYNCH, Esq.
12                                 Lynch Ichida Thompson Kim
                                     & Hirota
13                                 1132 Bishop Street, Suite 1405
                                   Honolulu, Hawaii 96813
14

15

16   For the Respondent:           CHUNMAY CHANG, Esq.
                                   737 Bishop Street, Suite 3302
17                                 Honolulu, Hawaii 96813

18

19

20   Official Court Reporter:      Cynthia Fazio, RMR, CRR
                                   United States District Court
21                                 P.O. Box 50131
                                   Honolulu, Hawaii  96850
22

23

24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

1  still feel it is, but I can't get up there to challenge it.
2       So we go up to this court. This court says brief her
3  immigration status. We did. And they said she abandoned, she
4  abandoned legally, legally she abandoned her permanent resident
5  alien status because she didn't come into the United States the
6  requisite number -- the requisite period or the requisite
7  number of times. Therefore, she was in a status where she
8  legally could not form the intent. That's what they said. And
9  that therefore since domicile was the standard, they decided
10 that she -- the case was not moot and she could not legally
11 form the intent and she couldn't do it until such time as she
12 put an application in to correct that, to get some sort of
13 permanent resident status. We haven't done that obviously.
14      However I want to be straight about this. In 2003
15 when her green card was expiring, she applied for a new one.
16 Because she still didn't know that, you know, there was
17 anything --
18      THE COURT: Did she get a new one?
19      MR. LYNCH: She got a new one, one month before the
20 decision from the Ninth Circuit. I have it right here and I'm
21 more than willing to turn it over to -- however, I point out,
22 Your Honor, the law is that the green card, okay, does not
23 determine status. Seems like it does, looks like it does, but
24 it was just a renewal. Unless she put in an application to do
25 away with the abandonment that the Ninth Circuit found, the