IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, nka LYNCH<br><br>                Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>                Respondent. | Civil No. 00-00765 SPK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Respondent's Supplemental Brief Re: 8 USC §1101(a)(15)(B) will be served upon the following by depositing same with the U.S. Postal Service, first class mail postage paid and addressed to the following:

PAUL A. LYNCH
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
Attorney for Respondent

    Dated: Honolulu, Hawaii, May 7, 2007.

                                                      /s/ Chunmay Chang
                                                      CHUNMAY CHANG
                                                      Attorney for Respondent