# MINUTES

CASE NUMBER:    CV NO. 00-00765SPK-LEK

CASE NAME:    Catherine Jan Von Kennel Gaudin Vs. John R. Remis, Jr.

ATTYS FOR PLA:    Paul A. Lynch

ATTYS FOR DEFT:    Chunmay Chang

INTERPRETER:

JUDGE:    Samuel P. King            REPORTER: Cynthia Fazio

DATE: May 09, 2007                TIME:10:06am-10:25am

COURT ACTION:   EP: Various Motions'-Petitioner and the Respondent are present.

Respondent's Motion to Dismiss-Oral Argument Held.  This Motion is hereby Denied.

Petitioner's Motion to Strike-Oral Argument Held.  This Motion is hereby Denied.

Respondent's Motion in Limine-Oral Argument Held.  This Motion is hereby Denied.

Evidentiary Hearing set for 5/30/2007 @l0:00 a.m. before this Court.

Court to issue a written order.

Submitted by Leslie L. Sai, Courtroom Manager