## CERTIFICATE OF SERVICE

CHUNMAY CHANG, an attorney duly licensed to practice law in the State of Hawaii

hereby states that a copy of Respondent's Supplemental Trial Brief will be served upon the

following by hand delivery to the following:

PAUL A. LYNCH
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
Attorney for Respondent

Dated:  Honolulu, Hawaii, May 30, 2007.

_____
CHUNMAY CHANG
Attorney for Respondent