# MINUTES

CASE NUMBER:    CIVIL 00-00765SPK-LEK

CASE NAME:    Catherine Jane Von Kennel Gaudin vs. John R. Remis, Jr.

ATTYS FOR PLA:    Paul A. Lynch

ATTYS FOR DEFT:    Chumay Chang

INTERPRETER:

---

JUDGE:    Samuel P. King    REPORTER:    Debra Chun

DATE:    05/30/2007    TIME:  10:00 - 12:00 1:3:30 - 5:15

---

COURT ACTION:  Evidentiary Hearing:

Petitioner Catherine Jane Von Kennel Gaudin present with counsel Paul Lynch.

Respondent John R. Remis, Jr., present with counsel Chumay Chang.

CST:  Pamela Boyer Merez
     Dr. Paul Deering
     John R. Remis, Jr.
     Andreas Remis
     John Anolani Remis, IV
     Paul Lynch

Exhibits Admitted: Respondent's - A, B, C, D1, D2, D3, D4, E, F, G, H.

Declarations of Pamela Boyer Merez, Dr. Paul Deering, John R. Remis, Jr., Andreas Remis, John Anolani Remis, IV and Paul Lynch admitted.

In chambers conference held with Judge King, law clerk, courtroom manger, court reporter and Andreas Remis.  Court questioned Andreas Remis.

Evidentiary Hearing taken under submission.

Submitted by:  Dottie Miwa, Courtroom Manager