CHUNMAY CHANG 3302
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: 808-536-2288
Fascimile: 808-536-8807

Attorney for Respondent/Appellee

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| Catherine Jane Von Kennel Gaudin, nka Catherine Jane Von Kennel Lynch, | ) ) ) ) | Case No. 03-15687 District Court Case No. CV-00-00765 SPK LEK |
| Petitioner/Appellant, | ) ) | RESPONDENT-APPELLEE'S MOTION FOR RELIEF FROM |
| vs. | ) ) | JUDGMENT ORDER OF AUGUST 10, 2004, BY VACATING SAID |
| John R. Remis, Jr. | ) ) | JUDGMENT AND AFFIRMING JUDGMENT OF THE DISTRICT |
| Respondent/Appellee. | ) ) ) ) ) ) ) ) | COURT OF MARCH 3, 2003, NUNC PRO TUNC; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS "A" – "D"; CERTIFICATE OF SERVICE |

RESPONDENT-APPELLEE'S MOTION FOR RELIEF
FROM JUDGMENT ORDER OF AUGUST 10, 2004, BY
VACATING SAID JUDGMENT AND AFFIRMING JUDGMENT OF THE
DISTRICT COURT OF MARCH 3, 2003, NUNC PRO TUNC

COMES NOW, Respondent/Appellee John R. Remis, Jr., by and

through his attorney of record, Chunmay Chang, Esq., and hereby moves this

Honorable Court pursuant to Federal Rules of Appellate Procedure 27 and Rules of

Ninth Circuit Court of Appeals Circuit Rule 27-1, and Federal Rules of Civil Procedure, Rule 60(b) for an order vacating and setting aside the judgment/order of this Court entered on August 10, 2004 and affirming the judgment of the District Court of March 3, 2003, nunc pro tunc. The bases for this motion include newly discovered evidence, misconduct of adverse party, significant change in facts, fraud upon this Court, the interests of justice and all other applicable provisions Rule 60(b).

This motion is based upon all the proceedings heretofore had herein, the records and files maintained by this Court and the United States District Court for the District of Hawaii, the Memorandum of Law in support of Motion, Declaration of Counsel and exhibits annexed hereto, and any further submissions as may be allowed or required herein, together with any evidence which may be adduced at a requested hearing on this motion.

DATED: Honolulu, Hawaii, May 25, 2007.

/s/ CHUNMAY CHANG
_____
CHUNMAY CHANG
Attorney for Respondent/Appellee