IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| Catherine Jane Von Kennel Gaudin, ) | Case No. 03-15687 |
| ) | District Court |
| Petitioner/Appellant, ) | Case No. CV-00-00765 SPK LEK |
| ) | |
| vs. ) | DECLARATION OF COUNSEL |
| ) | |
| John R. Remis, Jr. ) | |
| ) | |
| Respondent/Appellee. ) | |

DECLARATION OF COUNSEL

Chunmay Chang, an attorney duly licensed to practice law in the State of Hawaii and before this Honorable Court, hereby declares under penalty of perjury that the following are true and correct:

1. I am the attorney for the Respondent/Appellee herein and make this Declaration in support of Appellee's motion for an order vacating and setting aside the judgment/order of this Court entered on August 10, 2004 and affirming the judgment of the District Court of March 3, 2003, nunc pro tunc.

2. Annexed hereto and made a part hereof as Exhibit "A" is a copy of Petitioner/Appellant's February 4, 2004, letter brief to this Court.

3. Annexed hereto and made a part hereof as Exhibits "B is a true and correct copy of the transcript of the February 13, 2007, hearing before the Honorable Samuel P. King.

14

4.   Annexed hereto and made a part hereof as Exhibit "C" is a true and correct copy of Petitioner/Appellant's 'green' card issued on July 10, 2004.

5.   Annexed hereto and made a part hereof as Exhibit "D" is a true and correct copy of the November 21, 2006 Declaration of Attorney Paul A. Lynch.

This motion is filed in good faith and not to cause undue delay.

FURTHER DECLARANT SAYETH NAUGHT,

DATED:  Honolulu, Hawaii, May 25, 2007.

/s/ CHUNMAY CHANG
_____
CHUNMAY CHANG
Attorney for Respondent/Appellee

15