

Exhibit C

# IMPORTANT INFORMATION – SAVE THIS MAILER

Use this section to speed your application for an extension or replacement card (see below). Do Not Bend or Fold This Cut-off Section.

LYNCH, CATHERINE J
538B KEOLU DR
KAILUA, HI 96734

A# 020-278-602

✂ (Do not Bend or Fold This Cut-off Section)

Form I-797D (Rev. 11-07-03)N

## Your Application Has Been Approved.
Here is your new card. The expiration date is shown on the front.

## Please Check Your Card to Verify That the Information Is Correct.
If you find an error on it, please call us at the telephone number provided below.

## Please Protect Your Card.

## Please Read the Back of This Notice.
It has important information. We also recommend that you keep this notice for your records.

If you ever have questions about immigration benefits and procedures, or wish to have an application mailed to you, please call our USCIS National Customer Service Center at **1-800-375-5283**, or check our website at **http://www.uscis.gov**.

P.O. Box 10765
Laguna Niguel, CA 92607-0765

USCIS California Service Center

Phone Number 1-800-375-5283

Date 07/10/2004

A# 020-278-602

Receipt # WAC0323151573



U.S. Citizenship and Immigration Services

LYNCH, CATHERINE J
538B KEOLU DR
KAILUA, HI 96734

U.S. Department of Homeland Security

**U.S. Citizenship and Immigration Services**

## Help USCIS Serve You Better

We recommend you keep this notice in a safe place for your future reference. It shows your USCIS "A" or "N" number, which is your USCIS account and file number, and it also has other important information.

This top tear-off portion of this mailer can also help speed your later application for another card. When you file for another card, we recommend you attach the top tear-off portion to your completed application.

## Additional Information About Your Card

USCIS issues several kinds of cards for different purposes. Please read how to use your card. Always carry your card in the United States and show it when you reenter the United States. Please keep this information for your future reference.

### Permanent Resident Card

Your card has an expiration date.
- If you are a conditional resident, you should apply to remove the conditions 90 days before your card expires.
- If you are a permanent resident, the expiration date does not affect your status, but you should use Form I-90 to apply for a new card 90 days before this card expires.

As a resident you should be aware of other immigration services:
- If your card is lost, stolen, or becomes damaged, or your name or other information shown on your card changes, use Form I-90 to apply for a new card.
- If you are going to travel abroad and believe you may be gone a year or more, you should apply for a reentry permit *before you leave* — see Form I-131 for information.
- You can sponsor the immigration of certain relatives — see Form I-130 for information.
- Permanent residents can become American citizens. Usually, you have to be a permanent resident for 5 years, but in some circumstances you can apply earlier — see Form N-400 for information.

### Employment Authorization Card

You are authorized to work consistent with any conditions shown on the card until it expires.
- If you apply for a job, you may show your card to the employer to show you are authorized to work while the card is valid.
- If you are already employed and this card extends your employment authorization, you may show this new card to your employer to show that your work authorization has been extended.

Your EAD card is also evidence of your status. Unless otherwise endorsed, your card <u>cannot</u> be used to reenter the United States.

### USA B1/B2 VISA/BCC/LASER VISA

Use your card when you want to enter the United States to visit for pleasure or business. If you are a national of Mexico and believe you may want to stay longer than 72 hours, or go further than 25 miles from the border, you must also complete a Form I-94 at the port of entry when you apply to enter the United States.

### Replacement Citizen Card

Use your card as evidence of your U.S. citizenship. (This replacement card is only issued to certain American Indians and persons from the Northern Mariana Islands who were previously issued this kind of card.) You do not need to carry your card while in the United States.

### Student/Exchange Visitor Card

Use your card to show that you are a valid F, J, or M nonimmigrant student, exchange visitor, or dependent. This card does not grant employment authorization. To apply for employment authorization, use Form I-765.