UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN, nka LYNCH,<br><br>        Petitioner,<br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>        Respondent. | ) CIVIL NO. 00-0765 SPK (LEK)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following by hand delivering a copy of same, on this date, addressed as follows:

CHUNMAY CHANG, ESQ.
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813

    DATED:    Honolulu, Hawaii, November 21, 2006.

                                                      _/s/ Paul A. Lynch_____
                                                      PAUL A. LYNCH
                                                      Attorney for Petitioner

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Catherine Jane Von Kennel Gaudin, ) <br> ) <br>     Petitioner/Appellant, ) <br> ) <br> vs. ) <br> ) <br> John R. Remis, Jr. ) <br> ) <br>     Respondent/Appellee. ) <br> _____) | Case No. 03-15687 <br> District Court <br> Case No. CV-00-00765 SPK LEK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the foregoing documents were duly served upon the individual at the last known address by first class mail, postage prepaid, on May 25, 2007:

    Paul A. Lynch, Esq.
    Steve J. Kim, Esq.
    1132 Bishop Street, Suite 1405
    Honolulu, Hawaii, 96813

    Attorneys for Petitioner/Appellant

DATED: Honolulu, Hawaii, May 25, 2007.

                                     /s/ CHUNMAY CHANG
                                     CHUNMAY CHANG
                                     Attorney for Respondent/Appellee