AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Hawaii*

Catherine Jane Von Kennel Gaudin    v.    John R. Remis, Jr..

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: Civil No. 00-00765 SPK

| PRESIDING JUDGE<br>Samuel P. King | PLAINTIFF'S ATTORNEY<br>Paul A. Lynch | DEFENDANT'S ATTORNEY<br>Chunmay Chang |
|---|---|---|
| TRIAL DATE(S)<br>May 30, 2007 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A | 10/24/06 | | 5/30 | Picture of John R., John A., Andreas and Mary Remis: John R. Remis, Jr. |
| | B | 10/24/06 | | // | Picture of John A. Remis IV and Andreas Remis: John R. Remis, Jr.. |
| | C | 10/24/06 | | // | Picture of John A. Remis IV and Andreas: John R. Remis, Jr. |
| | D1 | 10/24/06 | | // | Religious pamphlet sent by Gaudin to children on 8/28/06: John R. Remis, Jr. |
| | D2 | 10/24/06 | | // | Religious pamphlet sent by Gaudin to children on 8/28/06: John R. Remis, Jr. |
| | D3 | 10/24/06 | | // | Religous pamphlet sent by Gaudin to children on 8/28/06: John R. Remis, Jr. |
| | D4 | 10/24/06 | | // | Religious pamphlet sent by Gaudin to children on 8/28/06: John R. Remis, Jr. |
| | E | 10/24/06 | | // | Report card of Andreas W. Remis dated 10/17/06: John R. Remis, Jr. |
| | F | 10/24/06 | | // | Report card of John A. Remis dated 10/17/06: John R. Remis, Jr. |
| | H | | | | Andreas Remis rough notes of declaration |
| | I | | | | John Andoni Remis IV rough notes of declaration |
| | G | | | | Permanent Resident Card for Catherine J. Lynch |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages