AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN,<br><br>　　　　Petitioner,<br><br>　　V.<br><br>JOHN R. REMIS, JR.,<br><br>　　　　Respondent. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL NO. 00-00765 SPK-LEK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>June 5, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that the Petition is dismissed and Judgment is entered in favor of Respondent, pursuant to the "Findings of Fact, Conclusions of Law, and Order Dismissing Petition" filed on June 1, 2007.

cc: all counsel of record

| | |
|---|---|
| 　　　June 5, 2007<br>――――――――――――<br>Date | 　　　SUE BEITIA<br>――――――――――――<br>Clerk<br><br>_(signature)_<br>――――――――――――<br>(By) Deputy Clerk |