LYNCH ICHIDA THOMPSON KIM & HIROTA
A Law Corporation

PAUL A. LYNCH
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Facsimile: (808) 528-4997
E-mail: pal@loio.com

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re the Application of: | ) CIVIL NO. 00-00765 SPK LEK |
| | ) (Other Statutory Actions) |
| CATHERINE JANE | ) |
| VON KENNEL GAUDIN, | ) NOTICE OF APPEAL; CERTIFICATE |
| | ) OF SERVICE |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN R. REMIS, JR., | ) |
| | ) |
| Respondent. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that CATHERINE JANE VON KENNEL

GAUDIN, Petitioner in the above named case, hereby appeals to the United States

Court of Appeals for the Ninth Circuit from Findings of Fact and Conclusions of Law and Order Dismissing Petition, entered in this action on the 1st day of June, 2007, and the Judgment entered herein on June 5, 2007, in which judgment was entered in favor of Respondent.

DATED: Honolulu, Hawaii, *JUNE 29, 2007*.

_____
PAUL A. LYNCH
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re the Application of: | ) CIVIL NO. 00-00765 SPK LEK |
| | ) (Other Statutory Actions) |
| CATHERINE JANE | ) |
| VON KENNEL GAUDIN, | ) CERTIFICATE OF SERVICE |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN R. REMIS, JR., | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was served on the following by depositing a copy of same in the United States mail, this date, postage prepaid, addressed as follows:

    Chunmay Chang, Esq.
    737 Bishop Street, Suite 2100
    Honolulu, Hawaii 96813
    Attorney for Respondent

    DATED:   Honolulu, Hawaii, _JUNE 29, 2007_.

                                            _/s/ Paul A. Lynch_
                                            PAUL A. LYNCH
                                            Attorney for Petitioner