ORIGINAL

CHUNMAY CHANG #3302
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Tel.: 808-536-2288
Fax: 808-536-8807

Attorney for Respondent

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH, )<br>Petitioner, )<br>)<br>vs. )<br>)<br>JOHN R. REMIS, JR )<br>)<br>Respondent. ) | CIVIL NO. 00-00675 SPK<br><br>DECLARATION OF COUNSEL; EXHIBIT "A"; BILL OF COSTS; CERTIFICATE OF SERVICE |

DECLARATION OF COUNSEL

Chunmay Chang, an attorney duly licensed to practice law in the State of Hawaii, hereby declares under penalty of perjury that:

1. I am the attorney for the Respondent John R. Remis, Jr., and make this Declaration in support of Respondent's Request for Taxation of Costs pursuant to 28 U.S.C 1920, Federal Rules of Civil Procedure Rule 54(d)(1) and Local Rule 54.2.

2. Judgment in the above matter was rendered in favor of Respondent, John R. Remis, Jr. ("Remis") on June 5, 2007, making this a timely request. Respondent Remis is the prevailing party in whose favor judgment was entered and thus entitled to request a taxation of costs. This request is limited to the allowable costs pertaining to the judgment entered in the current remand.

reasonable and necessary for use in submissions, preparing for and conducting the hearing in this action:

10/17/06: Declarations of John R. Remis, John A. Remis, Andreas W. Remis, Paul Deering and Pamela Merez (412 pages)

10/17/06: Trial brief (36 pages)

10/17/06: Memorandum of law (30 pages)

10/17/06: Exhibits in binders (48)

11/21/06: Supplemental Trial Brief (84 pages)

12/26/06: Motion to Reconsider Re: Motion to Quash Subpoena (30 pages)

1/23/07: Reply to Petitioner's Opposition Re: Motion to Quash Subpoena (18 pages)

3/30/07: Respondent's Motion in Limine (54)

4/13/07: Memorandum in Opposition to Motion to Strike Format (42 pages)

5/7/07: Supplemental Brief Re: 8 USC 1101(a)(15)(B) (48 pages)

5/29/07: Second Supplemental Trial Brief (120 pages)

5/30/07: Original statements of John A. Remis and Andreas W. Remis (3 pages)

Total pages: 925  @.15 = $138.75

    4. In addition to the foregoing, Respondent incurred the following expenses for which reimbursement is sought:

    a. Subpoena Duces Tecum fee: $35.00 for Catherine Lynch to attend hearing of October 28, 2006. This fee was paid by Respondent to secure Petitioner's immigration records which were pertinent to this case. See declaration of John R. Remis, Jr., dated July 5, 2007 attached as Exhibit "A".

2

    b. Subpoena fee: $25.00 for Pamela Merez, Psy. D. to attend hearing of February 13, 2007. This fee was paid by Respondent to assure Dr. Merez's attendance to provide testimony as to both "grave risk" and "age and maturity" of Andreas W. Remis. Dr. Merez voluntarily appeared for the hearing on May 30, 2007. See declaration of John R. Remis, Jr., dated July 5, 2007 attached as Exhibit "A".

    c. Witness fee: $80.00 for Pamela Merez to attend hearings of February 13, 2007 and May 30, 2007. Dr. Merez charged Respondent $549.67 to attend the hearing of May 30, 2007 per copies of invoice and payment check included with the declaration of John R. Remis, Jr. dated July 2, 2007. Dr. Merez also billed $471.15 for her appearance on February 13, 2007 which was postponed at the request of Attorney Paul A. Lynch. See declaration of John R. Remis, Jr., dated July 5, 2007 attached as Exhibit "A".

    d. Transcript fee: $134.76 as stated in the Declaration of John R. Remis, Jr., dated July 5, 2007 attached as Exhibit "A"..

FURTHER DECLARANT SAYETH NAUGHT.

    DATED: Honolulu, Hawaii, July 5, 2007.

                                                     _____
                                                   CHUNMAY CHANG