CHUNMAY CHANG #3302
737 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Tel.: 808-536-2288
Fax: 808-536-8807

Attorney for Respondent

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN nka LYNCH,<br><br>        Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR<br><br>        Respondent. | CIVIL NO. 00-00675 SPK<br><br>DECLARATION OF JOHN R. REMIS, JR.; EXHIBITS "A-B" |

### DECLARATION OF JOHN R. REMIS, JR.

John R. Remis, Jr., an attorney duly licensed to practice law in the State of Hawaii, hereby declares under penalty of perjury that:

1. I am the Respondent above and make this Declaration in support of Respondent's Request for Taxation of Costs pursuant to 28 U.S.C 1920, Federal Rules of Civil Procedure Rule 54(d)(1) and Local Rule 54.2.

2. Judgment in the above matter was rendered in favor of Respondent, John R. Remis, Jr. ("Remis") on June 5, 2007, making this a timely request. Respondent Remis is the prevailing party in whose favor judgment was entered and thus entitled to request a taxation of costs. This request is limited to the allowable costs pertaining to the judgment entered in the current remand.

Ex A

3. Declarant has made payment of the following in the current proceeding for which judgment against Petitioner is sought:

a. Subpoena Duces Tecum fee: $35.00 for Catherine Lynch to attend hearing of October 28, 2006. This fee was paid by Respondent to secure Petitioner's immigration records which were pertinent to this case. This fee was paid in or about October 2006 to Process Servers Exclusive, LLC, 550 Halekauwila Street, Suite 301B, Honolulu, HI. Due to records being lost in moving my office I cannot find the cash receipt.

b. Subpoena fee: $25.00 for Pamela Merez, Psy. D. to attend hearing of February 13, 2007. This fee was paid by Respondent to assure Dr. Merez's attendance to provide testimony as to both "grave risk" and "age and maturity" of Andreas W. Remis. Dr. Merez voluntarily appeared for the hearing on May 30, 2007. This fee was paid in or about February 2007 to Process Servers Exclusive, LLC, 550 Halekauwila Street, Suite 301B, Honolulu, HI. Due to records being lost in moving my office I cannot find the cash receipt.

c. Witness fee: $80.00 for Pamela Merez to attend hearings of February 13, 2007 and May 30, 2007. Dr. Merez charged Respondent $549.67 to attend the hearing of May 30, 2007 per copies of invoice and payment check included with the declaration of John R. Remis, Jr. dated July 5, 2007. A true and correct copies of Dr. Merez's invoice and Respondent's check for payment (redacted as to account number) are annexed as Exhibit "A". Dr. Merez also billed $471.15 for her appearance on February 13, 2007 which was postponed at the request of Attorney Paul A. Lynch. This invoice was paid in the same manner by your Declarant but the invoice and check are amongst lost records described above.

2

  d. Transcript fee: $134.76 as per a copy of the receipt for payment from Cynthia Fazio, U.S. Court Reporter, a true and correct copy of which is annexed as Exhibit "B".

FURTHER DECLARANT SAYETH NAUGHT.

  DATED: Honolulu, Hawaii, July 5, 2007.

                  _____
                  JOHN R. REMIS, JR.

**Pamela Boyer Merez, Psy.D.**
1221 Kapiolani Blvd., Ste. 348
Honolulu, Hawaii 96814
(808) 596-2988

# INVOICE



June 11, 2007

TO:  John Remis
     2788A Pacific Heights Road
     Honolulu, Hawaii 96813

FOR: REMIS, Andreas (ID# 432-06)

| DATE OF SERVICE: | | AMOUNT DUE |
|---|---|---|
| 05/30/07 | Court Preparation & Travel (0.5 hr.) | $ 150.00 |
| 05/30/07 | Court Attendance (1.25 hr.) | $ 375.00 |
| | 4.7% GE Tax | $ 24.67 |
| **TOTAL AMOUNT DUE:** | | **$ 549.67** |

Please send your payment to me at the above address upon receipt of this invoice.

Thank you,

*Pamela Boyer Merez, Psy.D.*

Pamela Boyer Merez, Psy.D.
Hawaii Licensed Psychologist

EXHIBIT A

AO 44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO: 20070028

**MAKE CHECKS PAYABLE TO:**

JOHN R. REMIS, JR., Esq.
Law Office of John R. Remis, Jr.
547 Halekauwila Street
Suite 118
Honolulu, HI 96813

Phone: (808) 524-4343

CYNTHIA FAZIO
United States Court Reporter
P.O. Box 50131
Honolulu, HI 96850

Phone: (808) 533-0102
FAX: (808) 533-0102
Tax ID: 03-0574234

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 02-14-2007   DATE DELIVERED: 03-02-2007

Case Style: CV00-765SPK, CATHERINE GAUDIN v JOHN REMIS, JR.
2/13/07: Evidentiary Hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 39 | 3.30 | 128.70 | | | | | | | 128.70 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                                          MISC. CHARGES:

TOTAL: 128.70

LESS DISCOUNT FOR LATE DELIVERY:

TAX (if Applicable): 0.06

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid:         Amt:         TOTAL DUE: [redacted]

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the dicial Conference of the United States.

SIGNATURE: *Cynthia Fazio*

DATE: 3/2/07

(All previous editions of this form are cancelled and should be destroyed)

EXHIBIT B