## CERTIFICATE OF SERVICE

I certify that I served true and correct copies of Respondent's proposed Bill of Costs with supporting Declarations of Counsel and John R. Remis, Jr., and exhibits thereto on Paul A. Lynch, attorney for Petitioner by depositing same in an official depository of the U.S. Postal Service, postage pre-paid envelope addressed as follows and/or hand delivery today:

> Paul A. Lynch
> Lynch Ichida Thompson & Kim
> 1132 Bishop Street, Suite 1405
> Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, July 5, 2007

CHUNMAY CHANG