# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** Catherine Jane Von Kennel Gaudin vs. John R. Remis, Jr.

    **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 00-00765SPK-LEK

II  **DATE NOTICE OF APPEAL FILED:** June 29, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

    **DOCKET FEE PAID ON:** 06/29/07    **AMOUNT:** $455.00

    **NOT PAID YET:**    **BILLED:**

    **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

    **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE:**    **& ATTACH COPY OF ORDER/CJA**

    **WAS F.P. STATUS REVOKED:**    **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 18, 2007

To All Counsel of Record as Appellees:

    IN RE:   Catherine Jane Von Kennel Gaudin vs. John R. Remis, Jr.

    Civil No. 00-00765SPK-LEK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on June 29, 2007.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Catherine Jane Von Kennel Gaudin (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS