# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Catherine Jane Von Kennel Gaudin vs. John R. Remis, Jr.

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-16308

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 00-00765SPK-LEK

   RECEIVED
   CLERK U.S. DISTRICT COURT
   JUL 27 2007
   DISTRICT OF HAWAII

II. **DATE NOTICE OF APPEAL FILED:** June 29, 2007

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 06/29/07     **AMOUNT:** $455.00

   **NOT PAID YET:**                    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**     **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)