

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

U.S. Court of Appeals Docket Number: 07-16308
Lower Court Docket Number: CV-00-00765-SPK

CATHERINE JANE VON KENNEL GAUDIN

      Petitioner - Appellant

v.

JOHN R. REMIS, JR.

      Respondent - Appellee

**FILED**

JUL 25 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

# TIME SCHEDULE ORDER

The parties shall meet the following time schedule:

| | |
|---|---|
| -> Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to Circuit Rule 10-3.1(a); | 7/9/07 |
| -> Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to Circuit Rule 10-3.1(b); | 7/19/07 |
| -> Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to Circuit Rule 10-3.1; | 7/30/07 |
| -> Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and Circuit Rule 11-1.1; | 8/29/07 |

-> Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and Circuit Rule 32-1;   10/15/07

-> The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and Circuit Rule 32-1;   11/14/07

-> The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and Circuit Rule 32-1.

FAILURE OF THE APPELLANT TO COMPLY WITH THE TIME SCHEDULE ORDER WILL RESULT IN AUTOMATIC DISMISSAL OF THE APPEAL. CIRCUIT RULE 42-1.

APPELLANTS/PETITIONERS WITHOUT REPRESENTATION OF COUNSEL IN A PRISONER APPEAL MAY HAVE THEIR CASE SUBMITTED ON THE BRIEFS AND RECORD WITHOUT ORAL ARGUMENT, PURSUANT TO FRAP 34(a). WITHIN 10 DAYS OF THE FILING OF THE APPELLANT'S OPENING BRIEF, PARTIES MAY FILE A STATEMENT SETTING FORTH THE REASONS WHY, IN THE OPINION OF THE PARTIES, ORAL ARGUMENT SHOULD BE HEARD.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk