LYNCH ICHIDA THOMPSON KIM & HIROTA
A Law Corporation

PAUL A. LYNCH
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: pal@loio.com
       Sjk@loio.com
Attorney for Petitioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 31 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE JANE VON KENNEL GAUDIN,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN R. REMIS, JR.,<br><br>    Respondent. | ) CIVIL NO. 00-00765 SPK LEK<br>) (Other Statutory Actions)<br>)<br>) CERTIFICATE OF SERVICE<br>) [Re Transcript Designation and<br>) Ordering Form]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Transcript Designation and

Ordering Form, filed herein on July 30, 2007, was duly served, on this date, on the

following by depositing same in the United States mail, postage prepaid, addressed as follows:

>Chunmay Chang, Esq.
>737 Bishop Street, Suite 2100
>Honolulu, Hawaii 96813
>Attorney for Respondent

DATED:   Honolulu, Hawaii, July 31, 2007.

>*/s/ Paul A. Lynch*
>PAUL A. LYNCH
>Attorney for Petitioner