UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 3 1 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

CATHERINE JANE VON KENNEL
GAUDIN,

        Petitioner - Appellant,

v.

JOHN R. REMIS, JR.,

        Respondent - Appellee.

No. 03-15687

D.C. No. CV-00-00765-SPK/LEK
District of Hawaii,
Honolulu

ORDER

RECEIVED
CLERK U.S. DISTRICT COURT

NOV 02 2007
/ 2.'2 0 0 ~ 4
DISTRICT OF HAWAII

Before:  RYMER, HAWKINS, and BYBEE, Circuit Judges.

      Respondent-appellee's motion, filed May 29, 2007, for relief from judgment

order of August 10, 2004, by vacating said judgment and affirming judgment of the

district court of March 3, 2003, nunc pro tunc, is hereby DENIED.